# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:19−cr−00226
Honorable Sunil R. Harjani

Robert M. Kowalski, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 13, 2019:

MINUTE entry before the Honorable Jeffrey T. Gilbert as to Robert M. Kowalski: Detention hearing held on 3/13/19. The Government and Defendant agree on certain conditions of release. The Court, however, will not enter an order setting those conditions of release unless and until Defendant has purged the contempt finding entered by the Bankruptcy Court in In re Robert M. Kowalski, case number 18−09130 and this Court is assured that entry of such a release order will not interfere with the bankruptcy proceedings. Defendant signed a secured bond in the amount of $50,000 which also is secured by his co−defendant and sister's home. A status hearing on release is set for 3/20/19 at 10:30 a.m. in courtroom 1386 or immediately after the parties appear in Bankruptcy Court earlier that day. If the parties will be appearing in Bankruptcy Court on an earlier date, counsel shall notify Judge Gilbert's courtroom deputy to reschedule the status hearing before Judge Gilbert. Preliminary examination hearing set for 3/22/19 at 1:00 p.m. in courtroom 1386. Defendant shall remain in custody. It is ordered that Defendant shall remain confined in the Metropolitan Correction Center or an alternative facility designated by the U.S. Marshal, but held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. It is further ordered that Defendant shall be afforded reasonable opportunity for private consultation with his counsel while in custody. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.