In the United States District Court
for the Northern District of Illinois

United States of America )
v ) 19 CR 226
Robert M Kowalski )
Jan R. Kowalski )

Motion to Compell Representation or Withdrawl of Appointed Attorney Imani Chiphe

Now comes Robert M. Kowalski, (defendant) in support of his motion states as follows:

① Imani Chiphe was appointed my attorney relative to the captioned proceeding.

② Toward those ends, Mr Chiphe has rendered advice, guidance and counsel competently.

③ This has included advocating that I not relinquish my 5th Amendment Rights against self-incrimination in this proceeding and a bankruptcy Case No 18-09130.

④ The complainant in this matter Jacob Evans, and the Federal Deposit Insurance Corporation, have continued to assert and perpetuate a massively fraudulent loan sheme with falsification by a failed bank, its president, and employees.

4. cont)

This fraud was detailed in a <u>report</u> from the Inspector General of the Department of the Treasury dated 11-6-2018 relative to the failed bank. Nevertheless FDIC wishes to collect on fraudulent loans through their prima facia fraudulent and detailless claim.

5) Mr Chiphe appeared briefly before Judge Cox in the bankruptcy case.

6) His counsel has provoked a negative inference before Judge Cox.

7) Judge Cox's orders reflect that she has "<u>punished</u>" me with continued incarceration, notwithstanding that bankruptcy courts have no authority to "<u>punish</u>."

8) Attached is a recent motion I attempted to file via mail with bankruptcy court. Despite the emergency nature its whereabouts are uncertain and it has not been heard.

9) Civil incarceration is a drastic remedy.

10) FDIC has filed this complaint in bad faith in order to assist collection of the FRAUDULENT MASSIVE LOAN Scheme upon a hapless debtor.

11) This criminal complaint concerns the same fact pattern and issues of the bankruptcy proceeding. The criminal matter supercedes the civil proceeding

(12) The Supreme Court has confirmed in Fisher v. United States 425 US 391 (1976) that: the fifth Amendment trumps the bankruptcy court orders under these circumstances.

(13) The ~~~~ United States Bankruptcy Court for the Central District of California- Santa Ana Division, In Re Kenny G. Enterprises, LLC in Case No: 8:11-bk-24750-TA; under similar circumstances Appointed the Federal Public Defender to represent debtor.

(14) Mr Chiphe can't neglect a matter once he has Appeared before a court.

(15) The bankruptcy case and superceding criminal case Are inextricably linked.

(16) Without an understanding of bankruptcy law and practice Mr Chiphe is unqualified to represent me in the superceding criminal matter.

Wherefore, Robert M. Kowalski respectfully requests this Court enter an order:

(A) Allowing and Directing Mr Chiphe to continue his Representation before the Bankruptcy court in Case No 18-09130

(B) Allowing Mr Chiphe to withdraw from these Representations.
(C) Providing for substitute counsel, if necessary, under these circumstances
(D) And for all such further relief as this court deems just and equitable

Respectfully Submitted

Robert M Kowalski
_Robert M. Kowalski_, defendant attorney