UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 19 CR 226 |
| | ) | |
| v. | ) | Judge Virginia M. Kendall |
| | ) | |
| ROBERT M. KOWALSKI, | ) | |
| JAN R. KOWALSKI, | ) | |
| ROSALLIE C. CORVITE, | ) | |
| JANE V. IRIONDO, | ) | |
| fka JANE V. TRAN, | ) | |
| ALICIA MANDUJANO, and | ) | |
| CATHY M. TORRES | ) | |

**MOTION FOR ENTRY OF UNOPPOSED SUPERSEDING PROTECTIVE
ORDER GOVERNING DISCOVERY**

The United States, by and through JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits for the Court's consideration the accompanying Unopposed Superseding Protective Order Governing Discovery.

Counsel for each of the defendants have represented that they have no objection to the entry of the Unopposed Superseding Protective Order Governing Discovery.

1

WHEREFORE, the government respectfully requests that the Court enter the Unopposed Superseding Protective Order Governing Discovery.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ Brian P. Netols
BRIAN P. NETOLS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4128