# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                                       Case No.: 1:19–cr–00226
                                                                     Honorable Virginia M. Kendall

Robert M. Kowalski, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 21, 2020:

      MINUTE entry before the Honorable Virginia M. Kendall as to Robert M. Kowalski. Evidentiary Hearing regarding Rule to Show Cause held on 10/21/2020. For the reasons as stated in open Court, the Court Orders Defendant Robert Kowalski's Bond revoked. Defendant is remanded into federal custody. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.