①

**FILED**

NOV 1 0 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States of America )
)
)
v. )          19 CR 226-1
)          Hon. Virginia Kendall
)
Robert M. Kowalski )

Motion to allow withdrawl of Attorney Imani
Chiphe and to allow pro-se representation

Now comes the defendant Robert M. Kowalski, (Robert)
for his motion to allow withdrawl of Attorney Imani
Chiphe and to allow Robert to defend himself pro-se.
In Support of his motion Robert states as follows:

1.) Every defendant has a constitutionally guaranteed
right to legal counsel from an attorney of their own
choice.

2.) Imani Chiphe is not the attorney of Robert's choice.

3.) Robert has earned a B.A. degree from Marquette
University (1985). Robert graduated from Creighton University
School of law earning a J.D. degree (1990). Robert passed
the bar exam and has been a licensed Illinois attorney
for 30 years. Accordingly, Robert seeks to represent
himself.



Wherefore, Robert prays that an order be entered as follows:

1.) That Imani Chiphe is allowed to withdraw from this proceeding, effective immediately.

2.) That Attorney Robert is allowed to represent himself immediately.

3.) That Robert enjoy his right to unrestricted and confidential access to the court by correspondence. This would include: PACER Access, electronic filing, transcript access, access to court forms, access to writing implements including: pens typewriter - ability to create computer generated documents, access to subpeona records and persons for trial, the ability to spindle a motion in the normal course of business, access to normal paper to present a motion. Access to Robert's own business records.

4.) For all legal and equitable relief this court deems just.

Respectfully, Submitted

Robert M. Kowalski

Robert M. Kowalski

Robe[...]
Metropolitan Correctional Center
71 W VanBuren Street
Chicago, Illinois
60605

2020 NOV 10 PM 7:36 CM

11/10/2020-59



Hon. Virginia Kendall

219 South Dearborn Street

Chicago, Illinois

60604

Legal Correspondence