FILED
NOV 10 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States of America )
)
v. ) 19 CR 226-1
) Hon Virginia Kendall
Robert M. Kowalski )

## SPEEDY TRIAL DEMAND

Defendant, attorney Robert M. Kowalski hereby demands a speedy Trial in accordance with his constitutionally guaranteed Rights.

*Robert M. Kowalski*
Robert M. Kowalski

Rober[...]
Metropolitan Correctional Center
71 W VanBuren Street
Chicago, Illinois
60605

2020 NOV 10 PM 7:36

11/10/2020-59



Hon. Virginia Kendall
219 South Dearborn Street
Chicago, Illinois
60604

Legal Correspondence