November 16, 2020

Mr Thomas G. Bruton
Clerk of Court
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

RE 19 CR 226-1

Dear Mr Bruton:

Attached is the following which I would like to file:

1.) Speedy Trial Demand

2.) Motion to Dismiss Indictment

3.) Motion to Reinstate Bond


Very Truly Yours,

Robert M. Kowalski

Robert M. Kowalski
# 53527-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois
    60605



Thomas G. Bruton
Clerk of Court
United States District Court
219 South Dearborn Street
Chicago, Illinois
    60604

LEGAL MAIL

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST
The enclosed letter was processed through
This letter has neither been opened nor inspected.

NOV 1 7 2020

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.