November 16, 2020

Hon Virginia Kendall
United States District Court
Eastern District Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Re: Request for hearing
19 CR 226-1

**FILED**
NOV 24 2020 DB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Judge Kendall:

May I request a hearing on the following motions:

1. Motion to Stay Related bankruptcy
2. Motion to compell withdrawl of Imani Chiphe
3. Speedy Trial Demand
4. Motion to Dismiss Indictment
5. Motion to Reinstate Bond

Very Truly Yours

Robert M. Kowalski, attorney at Law
# 53527-424
71 W Van Buren Street
Chicago, Illinois 60605

Robert M. Kowalski
#53527-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

Legal Mail

11/24/2020-28

Hon. Virginia Kendall
United States District Court
219 South Dearborn Street
Chicago, Illinois 60604

S SUBURBAN IL 604
17 NOV 2020 PM 5 L

2020 NOV 23 AM 11:25

Legal Correspondence

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected.

NOV 1 7 2020

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.