United States of America )
)
v. ) 19 CR 226-1
)
Robert M. Kowalski )

## COMPASSIONATE REINSTATEMENT of BOND MOTION

Now comes Robert M. Kowalski, (Bob) for his Compassionate Reinstatement of Bond Motion states as follows:

A.) **Alexander needs his Daddy:**

Alexander has just turned two years old. He has not reacted positively to this development. The little fella lashes out at his perceived abandonment. His father spent a great deal of time together with him. Going to parks and Brookfield zoo for dinosaurs were his favorites. Alexander shares a real resemblance to his father + grandfather. He's a little slow with speech. But otherwise a wonderful son to be proud of. He deserves to be loved by his dad. Under the best of circumstances my age may not allow our relationship to last long into his life. Alexander ought to be allowed memories he can cherish. also, he is ready for potty-training and needs his daddy's patience and reassurance. Witnessing him tear open his Christmas presents would be a gift from God to be relished eternally. Hoping that he has not forgotten Dad, priceless!

B.) 13yr old Stepson's need Bob

My stepson's are making, as 8th graders, a transition into high school. It has been trebly difficult due to the loss of socialization and lack of classtime. Bob helps tutor the young men. Bob encourages them and allow certain expectations guide them. Bob's experiences and educational level helps the boys know that they belong and can accomplish. Bob helps introduce his stepson's, be introduced, into a greater world of learning. In this regard the loss of their teachers and basic inadequacy of e-learning is keenly felt. Further there are huge headwinds for teenagers in the form of cell phones and videogames. A calm supportive male role model in the form of Attorney Bob is warmly appreciated. All my older children received college degrees! These stepsons will have the same Nourishment, Opportunity to Excel!

C.) Natalie:

My soulmate is overwhelmed at times with being a single mom of three boys. It is fearful during this pandemic and time of social unrest to be cast alone suddenly. She would confirm the foregoing. There is no domestic violence in our home. We have shared a wonderful relationship. She struggles to be both a mother and father. Natalie would like to be able to work to support our family. Otherwise our family is a burden on her parents.

(3).

GENERAL FACTORS:

1.) Bob is 58 years old

2.) Bob is not a problem in Jail. No disciplinary issues are noted.

3.) Bob is not a danger to community. He has not been charged with a violent crime, he has been an officer of the court for over 30 years, as such with a Juris doctor degree, he is highly educated. Bob is not an alcoholic or drug abuser. Bob had not harmed anyone during his bond pendancy.

4.) Bob's health is commensurate with someone of his age. Dental issues arise with frequency. Bob is arthritic and experiences compound pain with a meniscus tear within his left knee.

5.) Bob was out on bond for many months without issue.

6.) Bob has absolutely no prior criminal record whatsoever

7.) Bob does not own a gun nor are guns part of his charge.

8.) Bob has presently endured five weeks of solitary and was previously jailed for 3 months by related bankruptcy matter. Time served is a deterrant

9.) The public will not be harmed by Bob

10.) Bob is not a flight risk. He was born in Chicago in 1962. His entire family is here. His young son is here. He is not facing a life-sentence. Because of his health, age, and now indigent status he will need to access Social security.

11.) The "ghost Loan Account" nature of his criminal proceeding is unusual and a conviction is not (hardly) a foregone conclusion at all!

## Extreme Covid-19 Conditions at MCC (Jail) Undermine Constitutional Guaranties:

1.) Extended Solitary Confinement advances no legitimate governmental interest. It undermines diminishes one's ability to assist in their own defense and promotes ineffective assistance of counsel. Rather it promotes a manic-depressive condition. One suffers from increased anxiety with corresponding loss of focus, acuity, and ability to concentrate. It induces a certain lethargy. The cell is small and extremely claustrophobic. After a fashion the room spins and the walls seem to close in with resulting stress induced hopelessness. Fears become extremely magnified. This has been my fate for five weeks. Bob is not Covit positive or poses a health risk to anyone.

2.) There is no visitation allowed. My family also suffers not knowing if I am alive and well.

3.) There is not regular access to telephone, as I draft I have not been allowed out of this cell for 3 days. My family must have concluded that I just don't care about them. My little two year old must think he has been abandoned. In reality my worst fear is that I'm not needed and worthless, just a problem.

4.) Extended Lockdown: I have been out of this cell twice in the past two weeks. This is worse than super-maximum conditions. Hygeine is an issue. It

(5).

4. cont) represents a cruel and unusual punishment, especially for a pre-trial detainee. The end result is designed and calculated to break one's morale and result in unfair plea bargaining inducement conditions. Indeed this incarceration is identical to the SHU (Special Housing Unit). Which is otherwise reserved and imposed for disciplinary reasons. Bob has no such need of correction. This isolation is proven successful for addling ones mind. It creates a loss of self-esteem. That one's life is not worth living. This induces such unfavorable thoughts. I can not represent myself effectively or even poorly with my hands tied behind my back all day every day. There is no corresponding benefit. Detainees contract Covid-19 from the staff even after lockdown is imposed.

5.) There is no access to a law library. There is no access to Legal Reference materials.

6.) There is no electronic or certain access to the court or the docket, or clerk of courts office

7.) There is no access to recreational library books

8.) There is Ability to practice one's faith or to religious afiliation

9.) There is no recreation, Bob's enforced confinement long lockdown produces atrophy, one just wastes away. Not a good situation for an arthritic man.

6.

10.) There is no fresh air, I am in a small cell, narrow closed window without ventilation. The cell features plumbing drain Issues.

11.) The food is not sufficiently nourishing. The staff being reduced in the kitchen, the diet has been steadily diminished. Fear of covit has made for reduced staffing levels

12.) There is no grooming hair cuts. Bob resembles a mad hairy caveman.

13.) Laundry is co-mingled promoting virus spread

14.) Comissary has been denied.

In short, all those rights provided by Warden Heisner's "Prisoners Rights" handbook have been compromised. In favor of an ill-defined fatuous Covid-19 agenda. These efforts have not eradicated Covit-19 as a threat. However the damage done to the detainees is guaranteed to provoke, by these draconian policies, profound injury to all exposed. Under the circumstances of this emergency more should be done to promote good health rather than an ill-conceived imposition of a throw away the key Lockdown. This is the very definition of a cruel and unusual punishment. One the wrongly overwhelms my presumption of innocence.

15.) My law clients need continuity in their representations

16.) My case features voluminous bank records. The MCC is not a conducive place to handle such materials; not to mention confidentiality issues.

Wherefore, Robert requests the following relief:

1.) His bond be restored.

2.) all equitable relief that the court deems just r equitable.

Respectfully Submitted,

*Robert M. Kowalski*

Robert M. Kowalski, attorney at Law

Metropolitan Correction Center
# 53527-424

71 West Van Buren Street

Chicago, Illinois 60605





2020 DEC -2 AM 9:27

Hon. Virginia Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Robert M. Kowalski
#53527-424
71 West Van Buren Street
Chicago, Illinois 60605

12/02/2020-44

Legal mail

METROPOLITAN CORRECTIONAL CENTER
7 . V.. JFEN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

NOV 24 2020

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the materiel for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.