FILED
12/2/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
EC

(1)

United States of America )
)
)
v. ) 19 CR 226-1
)
)
Robert M. Kowalski )

## Motion to Dismiss Defective Indictment

Now comes Robert M. Kowalski (Bob) for his Motion to Dismiss Defective Indictment states as follows:

### BACKGROUND

On November 6, 2018 the Inspector General of the Department of the United States Treasury issued his official government report detailing the actual cause of the implosion failure of Washington Federal Bank. The preparation/completion of this report is mandated and otherwise required by Federal Law. The Inspector General cited "MASSIVE FRAUD" committed by the bank president and his employees. The report was replete with sketchy shortcomings of an unusually deeply flawed, missed red flag audit process. Before the abrupt hasty closure this community bank was a model for perfection in the industry. This seemingly perfection was repeatedly confirmed over the last four audits conducted (see page eight). Except of course that everything was based upon FRAUD. The Inspector General reported numerous glaring red flags went mysteriously unheeded disregarded. This sounds like a funny way to run a bank, It is. The only way the practice

could exist was with the cooperation of the bank auditor. United States v Riley 550 F2d 233 (1977). Then as now this FRAUD could not occur without the tacit approval of FDIC Auditors.

Specifically the Inspector General did not state that bank customers nor attorney caused the catastrophic failure. Nevertheless, this indictment reflects a conspiracy charge added in contravention of the official government findings. FDIC is NOT ALLOWED UNDER EXISTING Law or at liberty to revise official history as a smokescreen to conceal its own wrongdoing involvement in the bank failure. The failed bank could not have massively fraudulantly based to the extent of half its assets within a short time. FDIC is collaterally estopped from asserting a contrary version of the failure which is at odds with the official cause of collapse. The FDIC is a subordinate agency that reports directly and is answerable to the Department of the Treasury.

## MATERIAL OMISSION OF OVERT FACTS

The overt facts supplied to the GRAND Jury can not support a criminal charge against Bob. If anything these facts exemplify the practices by which the "Massively FRAUDULENT Bank president and his employees" victimized its customers. The Grand Jury was undoubtedly provided a crafted version that

(3.)

deliberately misled the jury by omission of critical material facts. These overt facts merely confirm more details of the nefarious massive fraud of the now silent banker. After being victimized by the "bank president and his employees, the FDIC calvary now comes through to conceal its own practices that promoted the extraordinary scale of the collapse.

A.) $100,000 payment; Robert contracted to sell his vacant parcel of land located at the gateway of Fulton Market Street and Halsted, in Chicago. This parcel was encumbered with a mortgage from Washington Federal Bank. The value of this mortgage did not exceed the total value of the property. The sale price was $2.75 million dollars. The MASSIVELY FRAUDULANT bank president refused a true and correct mortgage loan payoff letter to allow for a normal closing. This placed Bob in a considerable dilemma. In the event of default the contract purchaser was sure to litigate for specific performance. Bob was entitled a mortgage loan payoff amount that accurately reflected the true value of his loans. Lacking decency and fair play the fraud bank president issued a "Net Proceeds" payoff letter that held Bob's equity hostage and exposed him to civil litigation with the contract purchaser. Bob reasonably expected to receive his $1.5 million in equity rather than being cheated out of his proceeds with a miserly fraud. The check for $100,000 did not hit the spot. John made this payment not Bob. Bob had every right to receive the value of his property.

(4).

Washington Federal accepted the entirety of the $2.75 million payoff. However, contrary to the instructions of the title company the MASSIVE FRAUD bank did not issue releases of these mortgages. Preferring that these paid extinguished loans remain part of its "ghost loan account" portfolio. How does cheating victimizing Bob become an overt act of Bob?

B.) REAL ESTATE TAX PAYMENT, Bob owned two vacant lots and one new recently completed home in the Lincoln Park community of Chicago. Bob granted and recorded to Washington Federal three construction mortgages for $540,000 each in connection with his development. Plans + Permits were obtained. Demolition occurred. Excavation commenced and foundations placed. However on the request of the first construction draw, Washington Federal Bank refused to advance any funds whatsoever. Work ceased. Bob was unable to complete his development. He was left with a hole and rebars. Subsequently, fraud bank refused to release its unfunded mortgages to allow: a different bank to finance the new homes or sale of site to a third party. Nevertheless, upon closure of fraud bank the FDIC reported that these loans had an amount due of $1,014,000 each. It should have been a zero balance each. Instead it was, had become a "ghost loan account". The massive fraud bank president did not pay the real estate taxes for Bob's benefit, only to preserve his "ghost Loan Account" scheme. Holding Bob's hostage frustrating, thwarting, and preventing him from supporting his family.

5.

c.) **$4,481 of Rental Income from 11611-13 S. Vincennes, Chicago, Illinois.** This Related to a formerly distressed gang infested drug house that Bob owned. These three flats were renovated, rehabbed, maintained at Bob's own expense and work. Bob was entitled to collect his rental income. It was derived through his work. How do Bob's honest labors ever rise to the level required to support the overt act requirement of a conspiracy? Further other counts of the same indictment relate that the employees of the MASSIVELY FRAUDULANT BANK were busy cooking the books. Loan documents and appraisals were altered relative to the identical property.

None of these acts constitutes a overt act that will sustain a conviction. How does being victimized by the Acknowledged Massively FRAUDULANT BANK benefit Bob. About the same as the favor shown to the Rape victim by her Rapist. This would never had occured if the FDIC had simply done its job once over a ten year period. The Grand Jury testimony, gratuitously provided by FDIC simply confirms how the "Massively Fraudulent Bank" wrongfully took control of its customers Assets for its own scheme. Using mortgages to hold property hostage by conjuring/contrieving "ghost Loan accounts". The testimony FDIC furnished contains material omissions of fact. Had the Grand Jury learned of the nature of the "ghost Loan accounts" there would be no indictment. It further fails to coincide, is at cross-purposes with the official findings of the Inspector General of the department of the Treasury. The FDIC in omitting, failing to disclose its own flawed audit practices

(6).

regard to the massively fraudulent bank is simply outrageous. Rather than recognize, inexplicably, its asleep at the wheel role in the bank implosion collapse. The FDIC contines to plow with an inherent bad faith conflict of interest when it unfairly omits - withholds material information from a Grand Jury to unfairly influence the rendition of a scapegoat indictment. The cited overt acts relative to BoB form absolutely no basis to sustain a conviction. Bob was not a member of the conspiracy, just another of its many victims.

FDIC may not rewrite by material omission a sordid history documented by the Inspector General to downplay its odd lethargy and lack of auditing veracity in a more positive light. Washington Federal Bank went from perfection to implosion over the course of a single Board of Directors meeting per the Inspector General Report. The myth of invincible banking financial perfection was shattered by a whistleblower not FDIC. Yet per Inspector General, FDIC should have known because Washington Federal Bank was using mickey mouse home grown spread sheets not industry-wide recognized accounting software methods. Over one half of the bank's assets perished along with the President of the Massively Fraudulent Bank. The FDIC, not FBI, participated in a peculiar death scene with predictable lack of results. FDIC special agent Stephenson did however, recover and remove from the Death Investigation crime scene certain undisclosed financial records, Cash perhaps? The

The foregoing inconsistency suggests a larger smokescreen being employed. Depriving me of my freedom after the MAssively Fraudulant BAnk deprived me of the means I literally built to provide for my four children and their educations.

Wherefore Bob prays for entry of an order entered that:

1.) Dissmisses the wrongfully fraudulantly induced indictment

2.) Compells the FDIC to disclose all Washington Federal Bank "ghost Loan accounts", their complete files and their instrumentalities of any nature whatsoever.

3.) Expose the ghosts to the light of day.

4.) all equitable Relief that the court deem just.

5.) Provide a copy of the Grand Jury Transcript.

Respectfully,

_Robert M. Kowalski_
Robert M. Kowalski





2020 DEC -2 AM 9:27

Hon. Virginia Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Robert M. Kowalski
#53527-424
71 West Van Buren Street
Chicago, Illinois 60605

12/02/2020-44

Legal mail

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

NOV 24 2020

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the materiel for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.