(1.)

FILED
12/2/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
EC

United States of America )
)
)
v. ) 19 CR 226-1
)
)
Robert M. Kowalski )

## REQUEST FOR BILL OF PARTICULARS

Now comes Robert M. Kowalski (Bob) for his request for a Bill of Particulars states as follows:

1.) In a related bankruptcy proceeding FDIC-R filed two sworn under oath claims in the amount of $27.2 million of loan accounts, the nature of these claims was not verified or disclosed despite Bob's persistent, vociferous attempts to elicit same as more fully set forth on the records of the bankruptcy court docket, filings, and transcripts.

2.) On November 6, 2018 the Inspector General of the United States Department of the Treasury, in his official report on the failure of Washington Federal Bank stated that: "MASSIVE FRAUD of the bank president and his employees" created cause of the bank collapse.

3.) The Indictment herein refers to $29 millino dollars of "GHOST LOAN ACCOUNTS". Other than referring to these accounts in the plural, neither the quantity nor quality of the "GHOST LOAN ACCOUNTS" has been disclosed.

(2).

4.) Now that "GHOST LOAN ACCOUNTS" have been specified it is only fair that details of these "GHOST LOAN ACCOUNTS" be forthcoming so that Bob can be apprised of their exact nature and be able to defend accordingly. This should include all "GHOST LOAN ACCOUNTS" of any nature whatsoever.

Respectfully Submitted,

Robert M. Kowalski

*/s/ Robert M. Kowalski*

Metropolitan Correction Center (MCC)
# 53527-424
71 W. Van Buren Street
Chicago, IL 60605





2020 DEC -2 AM 9:27

Hon. Virginia Kendall
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Robert M. Kowalski
#53527-424
71 West Van Buren Street
Chicago, Illinois 60605

12/02/2020-44

Legal mail

METROPOLITAN CORRECTIONAL CENTER
7 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

NOV 24 2020

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the materiel for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.