

FILED

DEC 21 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States of America )
)
)
v. ) 19 CR 226-1
)
)
Robert M. Kowalski )

## Motion to Dismiss
### Dishonestly Induced Indictment

Now comes Robert M. Kowalski, (Bob), for his Motion to Dismiss Dishonestly Induced Indictment states as follows:

1.) Agents of FDIC-R provided testimony, allegations sworn under oath, before the May Special Grand Jury relative to the captioned proceeding. The indictment produced specifically relates to and charges "GHOST LOAN ACCOUNTS" of Washington Federal Bank in the amount of $29 million as a crime.

2.) Previously, in Bob's related Federal Bankruptcy case, 18 B 9130, FDIC-R submitted sworn under oath bankruptcy creditor claims, under penalty of Law, in the amount of $272 million dollars for the self-same accounts. FDIC-R characterized itself as the largest most significant creditor. FDIC-R neglected any mention of "GHOST LOAN ACCOUNTS". Maintaining and representing claims it knew to be false as legitimate debt. "GHOST LOAN ACCOUNTS" having no substance do not constitute bona-fide debt instruments.

3.) FDIC-R did not disclose the phantom-like dubious sketchy nature of its "GHOST LOAN CLAIMS" in the Federal Bankruptcy court. Rather, FDIC-R posed as an honest legitimate creditor after knowingly stepping directly into the Spooky shoes of an acknowledged massively ghoulishly scarry bank. See Inspector General of Treasury report dated November 6, 2018, also Supreme Court case O'Melveny v. Myers ___ ___ ( ).

4.) There are no debtor prisons allowed under the United States Constitution.

5.) FDIC-R may not collect upon mere apparitions as an illusory creditor in a Federal Bankruptcy case. FDIC-R has an affirmative duty to only represent solid real substantial lawfully owed debt. FDIC is not the United States. FDIC does not enjoy full agency status. It knew that these debts, "ghost loan accounts" were not real and proceeded regardless.

6.) During a Marathon session Sec 2004 bankruptcy examination FDIC-R confirmed that many "GHOST LOAN ACCOUNTS" included loans that had been paid off years before. The ledgers even reflected Bob's loan payoff's were received and credited by the bank. These paid off loans are more like ZOMBIE's than GHOSTS.

(3.)

7.) FDIC-R playing a smoke and mirrors shell game forgot its last lie. It has provided misrepresented inconsistent testimony to a Grand Jury in order to indict Bob. How can a sworn $27.2 million claim levitate, float upward to grow and transcend now into $29 million? Only where the FDIC-R mixes more lies fast and loose with old lies failing to reconcile its wrong mis-deeds with the official findings of the Inspector General of the Treasury. FDIC-R provided changed allegations to fraudulantly influence and prejudice the Grand Jury. Remarkably, FDIC-R predictably does this in the same manner in which it misled the United States bankruptcy court.

8.) A $27.2 million creditor claim does not suddenly spike, spiral up to, or transparently sprout to equal $29 million. Such addition only confirms the unreal nature of these "Ghost Loan Accounts". In the same vein, "Ghost Loan Accounts" can not simultaneously constitute real debt, (whenever it suits FDIC-R's cross purposes), and then later criminal "Ghost Loan Accounts" before a Grand Jury. The quantity and quality nature of a debt can not, should not change metamophosize merely because of a special dishonest motivation of FDIC-R.

9.) Lies and misrepresentations come easy for a Rogue monster FDIC-R. FDIC is not the United States. In a scathing report on the peculiar failure of a formerly perfect Washington Federal Bank, the Inspector General of the Department of Treasury narrated in nauseating frightening detail unexplainable systemic audit failures

9.) cont. at this little bank, that promoted a huge #86 million massive failure loss.

10.) The FDIC-R struggles with a considerable conflict of interest where it Acts in a law enforcement capacity. After its own admitted errors contributed or participated in a spectacular bank implosion.

11.) Under troubling circumstances, the former bank president is now a ghost. Reportedly after playing hide and seek while running away from someone or something. Police Reports suggested that John was searching for protection and sanctuary. He found neither. Meanwhile City of Park Ridge Police reports that the case was closed as unfounded. Yet an ongoing federal death scene investigation proceeds unabated.

12.) A Grand Jury proceeding demands truthful competent testimony, Not figments for a double-talking FDIC-R. It is devilishly troubling that this FDIC-R has every reason to cover up its involvement. Intentional lies to the bankruptcy court And providing a different version to a Grand Jury have undermined the integrity - validity of a returned indictment. These lies have produced a flawed indictment obscuring a more profound crime.

13.) Bob is a builder - developer - attorney not a loan cooking "GHOST LOAN ACCOUNT" maker.

(5.)

14.) The FDIC-R reaped a "GHOST LOAN ACCOUNT" windfall of over $2,000,000 through Bob's Federal Bankruptcy court case. Then shifting gears FDIC-R has NOW related in sworn testimony before a Grand Jury, in this proceeding, that these previously good sworn under oath creditor claims are in reality, actually, and factually $29 million of bogus "GHOST LOAN ACCOUNTS". FDIC-R failed to disclose the true nature of its bogus sketchy claim before the bankruptcy tribunal. FDIC-R can not have it both ways as it pleases wily nily fashion. It accepted a benefit by deceiving by fraud in the bankruptcy proceeding by perpetuating a deliberate carefully planned + executed deception.

15.) FDIC-R has not separated the wheat from the chaff. Instead, FDIC-R using the ole-misdirection play has been on a witch hunt. It shifted blame Godzilla fashion from its own serial like audit failures, as poignantly disclosed in a glaringly critical stark reveal by the Official Inspector General of the United States Treasury Report. Slipping into the shoes of a failed Massively FRAUDULANT Bank did not authorize or empower FDIC-R to perpetuate heap more fraud upon the COURT. Nevertheless, knowing of the fraudulant nature of its "GHOST LOAN ACCOUNTS" FDIC-R proceeded regardless.

6.

16.) Bob's Chapter 11 Bankruptcy plan of Reorganization was Resoundingly simple. Pay all legitimate debts (see BK Docket). Eliminate the fraud of a massively Fraudulant bank out from his business. Regretfully, FDIC-R marches to a different beat.

17.) FDIC-R is Not entitled to treatment as an agency of the United States government. However this has not stopped FDIC-R, its ghosts and zombies from passing themselves off a part of the government. As part of its scheme to dispossess Bob, FDIC-R caused the selection of a "Conflicted trustee" through false representations to the United States Trustee's office. Then FDIC-R caused an order to be forthcoming through ex-parte, star chamber-like proceedings of the Executive Committee of this Court. This order further inflamed and influenced the bankruptcy proceedings by branding attorney Bob as "Loud + Disruptive".

18.) There is No way that a Garden variety "Ghost(Zombie) Loan Scheme, could hoodwink FDIC Audit professionals over an extended duration. Unless there was some active complicity by these FDIC Auditors. The scheme would have proceeded unabated, as the Inspector Generals report confirms, if it was not for a whistleblower.

7.

19.) Dead bankers, massive fraud, "ghosts and zombie Loan Acct's oh my! This is not how Franklin Delano Roosevelt and the framers of the New Deal envisioned FDIC operating to safeguard the financial banking system. No FAMILY SHOULD HAVE TO ENDURE THIS! No family should be separated from its loved ones because of such pathetic self serving lies of those entrusted with a duty to protect.

Wherefore, Bob respectfully requests entry of the following order:

1.) Dismissing this indictment with prejudice

2.) Holding agents of FDIC-R in contempt of court

3.) Providing all relief equitable that this court deems proper.

4.) Disgorging all money FDIC-R gleaned through unjust false claims.

Respectfully Submitted,

Robert M. Kowalski

Robert M. Kowalski, attorney at Law
# 53527-424
Metropolitan Correctional Center
71 W. Van Buren Street
Chicago, IL 60605



Robert M. Kowalski
Attorney at Law
# 53527-424
Metropolitan Correction Center
71 West Van Buren Street
Chicago, Illinois
60605

RECEIVED
2020 DEC 21 AM 8:17

Honorable Virginia M. Kendall
United States District Court for Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois
60604

Legal mail

**METROPOLITAN CORRECTIONAL CENTER**
**71 W. VAN BUREN . CHICAGO, IL 60605**

The enclosed letter was processed through    il mailing procedures for forw   ng to you
This letter has neither been opened nor inspected.

**DEC 15 2020**

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to a other addressee,
please return the enclosure to the above  ddress.