United States of America )
)
)
v. ) 19 CR 226-1
)
)
Robert M. Kowalski )

**FILED**
DEC 23 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Motion to Sever Defendants ("Zombie Gang")

Now comes Robert M. Kowalski, (Bob), for his Motion to sever defendants states as follows:

1.) There is an exorbitantly unacceptably large risk, if Bob was tried along side of the accused employees of Washington Federal Bank, a "Massively Fraudulent Bank", that a jury would be confused. Bob is not an employee of the failed bank. The Inspector General of the United States Department of Treasury in his official Report of November 6, 2018 placed blame for the bank collapse failure collectively upon these ladies. Bob intends to call each one of these codefendants to the stand to explain their role and capacity in the scheme.

2.) A most vicious gang they are. All are single mothers raising young children. All were long time staff of the dangerous bank, starting as tellers many years ago. Their teamwork collectively summonsed "Ghost Loan Accounts". Presumably they could have been known as the "Zombie Gang" in night of the living dead fashion. No kindly witches are these co-defendants. They

(2.)

2.) Cont ruthlessly revived loans that had been paid off. Bringing these dead loans (blood suckers) back to life, A/K/A "Night of Living dead" style to pose as real bona-fide loans. Toward this end the indictment relates they violently hacked up property appraisals. Relentlessly embarking on a veritable cutting, pasting, copying and forgery rampage. New loan documents were created for otherwise extinguished loans. This witchcraft breathed new life into Bob's very dead paid off loans. The Zombie Gang continued to credit report and treat the paid off loan as a legitimate debt for their purposes.

3.) In his Federal Bankruptcy case 18-B-9130, FDIC-R revealed and confirmed the existence of several such blood sucker Zombies nestled amongst Bob's otherwise cute cuddily "Ghost Loan Accounts". These pertained to sold homes at: 1738 N. Bissell, 2943 W. Jarvis, 5854 N. Maplewood amongst others. Certainly one such purchaser, Ryan Ori, a Chicago Tribune Columnist will recall his afternoon spent closing on a new home for his family at Chicago Title. The HUD-1 closing statement reflects that a net-proceeds payoff was provided from Sellers proceeds to Washington Federal Bank. Nevertheless, the Zombie gang moved in and did not furnish a Recordable mortgage Release to the title company per the bank's payoff letter. The payoff was recorded in a yellow loan ledger receipt. Then the dead loan stumbled off back into the fraudulent bank's loan portfolio where it was kept alive. The Zombie gang fed the loan on life support by crediting the loan with fake payments never made.

3.) CONT FRom Time to time the gang inflated the Zombie loan in value to distorted swollen proptions. Many times larger than its original sustainable reasonable amount. The Zombie Gang did not limit its prey to Bob's loans exclusively. They indiscriminately cut pasted and forged at will, needing more blood to keep the bank and their jobs alive.

4.) Never relenting, after a while, the Zombie Gang attacked Bob's good loans. Once promising developments withered from within as Bob's equity was hungrily greedily drained-sucked out to conceal Washington Federal's weakness. Where completed new home should have stood, Bob and the community was left holding the bag with empty foundations, deserted construction sites, and unfunded construction mortgages. However, the Zombie Gang was flush. Having feasted, Fed, and bloated on three (3) cut and pasted mortgages of $1,014,000. each. The scene of this Zombie abduction crime occurred at 1742, 1746 and 1748 North Bissell, Chicago respectively. Another Rabid Zombie attack occurred at 4547 S. Union. Bob's modest rehabbed two flat had a reasonable commensurate original mortgage value of $130,000. Once the Zombie Gang was finished slashing the mortgage soared to an unrecognizable-unsupportable amount of $490,000, well beyond the property value. This pattern was often repeated.

5.) The audit professionals of FDIC stood idle and seemingly confused for more than ten years. Meanwhile, the sophisticated brazen Zombie Gang maintained their employment by executing their scheme with impunity. Asserting Control

5.) Cont and dominion over Bob's and others property to its exclusive benefit, as if FDIC had encouraged these living dead attacks. A massive loss in the amount of $86 million ensued. There is a correspondingly high risk that a typical jury will likewise be confused by a myriad of these stranger than regular-irregular banking transactions. This would severely prejudice Bob. It is impossible to balance the likely possibility of the specific and compelling prejudice to Bob against the public interest in judicial efficiency and economy. After being victimized by the "Zombie Gang" who had cut and pasted a swath of destruction through his properties, assisted by the complicity or slumbering FDIC, Bob will be prejudiced to be tried alongside those who had used his identity and belongings to further their own selfish schemes and benefit.

6.) The overt acts recited in the indictment reflect for example, a clear and substantial contradiction between the codefendants Zombie Gang and Bob. When the real estate taxes at 1742, 1746, + 1748 N. Bissel were paid by the Bank, it was not, hardly for Bobs benefit where the Zombie Gang had previously siphoned the property's value for its benefit (See paragraph 3). This causes an inherent irreconcilability between all defendants. The irreconcilability creates a danger or risk that the jury will draw an improper conclusion from the existence of the conflicting defenses alone that both defendants are guilty.

7.) This risk is especially problematic for Bob. The Inspector General of the United States Treasury has determined who is at fault for the unsound operation of Washington Federal. His official report was published November 6, 2018. He concluded that the FDIC and bank employees caused, "Zombie Gang", the sudden implosions. Accordingly, a jury can, should conclude on the basis of the same information that Bob is innocent. Bob was a customer. The only mystery remains why was Bob charged at all. FDIC-R, heavily critized, simply wishes to blame shift.

Wherefore, Robert Kowalski, respectfully requests entry of the following order:

1.) Severe Bob from the Zombie Gang.

2.) Dismiss the indictment with prejudice.

3.) all relief this court deems just and proper

Respectfully Submitted

Robert M. Kowalski

Robert M. Kowalski, attorney at Law
Metropolitan Correction Center # 53527-424
71 W. Van Buren Street
Chicago, Illinois 60605

Robert M. Kowalski
#53527-424
Metropolitan Correctional Center
W. Van Buren Street
Chicago, Illinois
60605

Legal Mail

Honorable Virginia M. Kendall
United States District Court Northern Illinois
219 South Dearborn Street
Chicago, Illinois
60604

RECEIVED
2020 DEC 23 AM 8:05

S SUBURBAN IL 604
17 DEC 2020 PM 3

60604-180099

Legal Mail

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

DEC 1 7 2020

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.