UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) No 19 CR 226-1 |
| | ) Hon. Virginia M. Kendall |
| Robert M. Kowalski, | ) |
| Defendant | ) |

## MOTION TO MODIFY BOND CONDITIONS

Now comes Robert M. Kowalski (Robert), pro se in support of his Motion to Modify Bond Conditions to allow Robert to reside with **_his family_** states as follows:

1.) Robert seeks permission to reside with his family. This consists of his fiancée Natalie J. Lira, her thirteen year old twins and their two year old son Alexander.

2.) There is no order of protection preventing reunification of our family.

3.) A former order was vacated at **_petitioner's_** request, by the Circuit Court of Cook County on October 26, 2020 (See Exhibit A)

4.) Robert's son is a terrible two toddler who resembles and needs his father.

5.) Robert is punished dearly by being compelled to live apart from his family.

6.) Robert and Natalie desire to live together as man and wife.

Wherefore, Robert moves this Honorable Court to enter an order authorizing the reunification of our family by allowing Robert to reside with his family

Respectfully Submitted,

*[signature]*

Robert M. Kowalski
1009 61st Street
Lagrange Highlands, Illinois 60525
(708)307-4497