# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:19–cr–00226 |
| | Honorable Virginia M. Kendall |
| Robert M. Kowalski, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 28, 2021:

MINUTE entry before the Honorable Virginia M. Kendall as to Robert M. Kowalski. Status hearing held via Video Conference on 1/28/2021. Defendant Kowalski was unable to appear via video and appeared via Teleconference. Oral argument heard regarding Defendant's Motion to Modify Bond Conditions [220]. Defendant's Motion to Modify Bond Conditions [220] is denied. The Government shall Respond to Defendant's Motion to compel [219], Motion to modify protective Order [221], and Motion to Dismiss Indictment [227] by 2/17/2021; Defendant Kowalski's Reply due by 3/3/2021. Defendant shall Reply to Motions to Compel [216], [217] and [218] by 2/10/2021. Status hearing set for 3/4/2021 at 10:00 AM which will proceed in person in Courtroom 2503. By agreement of Parties, and pursuant to Title 18, Section 3161(h)(7)(B)(iv) time is hereby excluded to 3/4/2021 for the filing and review of Pretrial Motions. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.