# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:19−cr−00226
Honorable Virginia M. Kendall

Robert M. Kowalski, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 10, 2021:

MINUTE entry before the Honorable Virginia M. Kendall as to Robert M. Kowalski. In Court Rule to Show Cause hearing set for 2/11/2021 at 10:30 AM which will proceed in Courtroom 2503. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 877−848−7030 and the call−in Access Code is 2413900. Any party calling in is reminded to please mute their phones/devices. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.