**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                       Case No.: 1:19−cr−00226
                                                         Honorable Virginia M. Kendall

Robert M. Kowalski, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 22, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall as to Robert M. Kowalski: Teleconference Status hearing held on 2/22/2021. Defendant Kowalski, Stand−by Defense Counsel Imani Chiphe, AUSA Jeremy Daniels and Attorney Beau Brindley appeared telephonically. Attorney Beau Brindley advised he will not be representing Defendant Kowalski. Defendant Kowalski will be proceeding pro se. Defense counsel Chiphe will remain as standby counsel. Rule to show cause hearing set for 2/25/2021 at 10:00 AM via video conference. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 1−650−479−3207 and the call−in Access Code is 180 698 4009. Any party calling in is reminded to please mute their phones/devices. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Any remaining responses to pretrial motions shall be filed by 3/1/2021. Replies shall be filed by 3/15/2021. Teleconference Status hearing set for 3/22/21 at 9:45 AM. Prior to the conference call, Please click on this hyper link: https://teleconference.uc.att.com/ecm/?bp=4044432170&mac=2413900; to take you to Judge Kendall's telephone conference login. From there, join conference As Guest, ENTER YOUR NAME, Type the digits in the picture, Click on the Call Me option and fill in your phone number (no hypens) and NAME. If you do not have access to a computer Dial: (877)848−7030, the access code is: 2413900#. Given the increased volume of users that is anticipated, we ask that you keep your phone on mute until your case is called. Please also remember to SAY YOUR NAME EACH AND EVERY TIME BEFORE YOU SPEAK. The Court is also asking that speaker phone not be used. Please consider the sound quality when utilizing certain devices. By agreement of Parties and pursuant to Title 18, Section 3161(h)(7)(B)(iv) time is hereby excluded to 3/22/2021 for the filing and review of Pretrial Motions. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.