UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

United States of America )
)
v. ) No 19 CR 226-1
) Hon. Virginia M. Kendall
Robert M. Kowalski, )
    Defendant )

## MOTION TO MODIFY BOND CONDITIONS

Now comes Robert M. Kowalski (Robert), pro se in support of his Motion to Modify Bond Conditions to allow Robert to reside with **his family** states as follows:

1.) Robert seeks permission to reside with his family. This consists of his fiancée Natalie J. Lira, her thirteen year old twins and their two year old son Alexander.

2.) There is no order of protection preventing reunification of our family.

3.) A former order was vacated at **petitioner's** request, by the Circuit Court of Cook County on October 26, 2020 (See Exhibit A)

4.) Robert's son is a terrible two toddler who resembles and needs his father.

5.) Robert is punished dearly by being compelled to reside apart from his family. Robert has a strong constitutional right to parent. The liberty interest at issue in this case the interest of parents in the care, custody, and control of their children is perhaps the oldest of the fundamental liberty interests recognized by this Court. Toxel v Granville, 530 U.S.57 (2000).

6.) Robert and Natalie desire to live together as husband and wife.

7.) The court could have heard, would have heard from Natalie directly on this issue as it had requested. Except that Special Agents Stephenson and Evans of FDIC intercepted and held Natalie in a room in the Dirksen building under

circumstances where she could not reasonably believed that she could leave on October 21, 2020. Until a bond revocation hearing had been concluded. See docket at 249 for further information.

Wherefore, Robert moves this Honorable Court to enter an order authorizing the reunification of our family by allowing Robert to reside with his family

Respectfully Submitted,

*/s/ Robert M. Kowalski*

Robert M. Kowalski
Attorney at Law
1009 61st Street
Lagrange Highlands, Illinois 60525
(708)307-4497

Disposition Order    (This form replaces CCG-0081 and CCG-0682)    (10/05/05) CCG N804

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Natalie Lira
_____
Petitioner

v.

Robert Kowalski
_____
Respondent

Any order of protection which would expire on a court holiday shall instead expire at the close of the next court business day. 750 ILCS 60/220 (f)

CASE NO. 20OP50793

LEADS NO. _____

RESPONDENT'S D.O.B. _____

**DISPOSITION ORDER**
Orders of Protection

☐ Independent Petition
☑ Domestic Relations
☐ Criminal Proceeding

THE COURT FINDS THAT:
(Strike if inapplicable)
☑ An Emergency Order of Protection was issued on 10/8/2020.
☐ An (Interim/Plenary) Order of Protection was issued on _____
☐ An (Emergency/Interim/Plenary) Order of Protection was previously extended on _____

THE COURT HAVING JURISDICTION OF THE SUBJECT MATTER IT IS HEREBY ORDERED THAT:

1. ☐ The Emergency Order of Protection is extended to: _____ Date _____ at _____ .m.
   OR
   ☐ The (Interim/Plenary) Order of Protection previously issued is hereby extended to:
   _____ Date _____ at _____ .m.

2. ☐ A hearing on the Emergency Order of Protection is set for _____ Date _____ at _____ .m.
   OR ☐ A hearing on the (Interim/Plenary) Order of Protection is set for _____ Date _____ at _____ .m.
   in the Court located at _____ Address _____ / Room No.

3. ☑ The Emergency Order of Protection is vacated. at petitioners request
   OR ☐ The (Interim/Plenary) Order of Protection is vacated.

4. ☐ The Emergency Order of Protection is terminated.
   or ☐ The (Interim/Plenary) Order of Protection is terminated.

5. ☐ The Emergency Order of Protection is modified as follows:
   OR ☐ The (Interim/Plenary) Order of Protection is modified as follows:

   Judge Kathaleen T. Lanahan
   OCT 26 2020
   Circuit Court - 2235

6. ☐ Alias Summons to issue
   ☐ Service by publication

7. ☐ Case Number _____ is dismissed.

Atty. No.: _____
Name: _____
Atty. for: _____
Address: _____
City/State/Zip: _____
Telephone: _____

ENTERED:
Dated: 10/26/2020
_____ Judge _____ 2235 Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Copy Distribution - White: 1. ORIGINAL - COURT FILE  Green: 2. PETITIONER'S COPY  Canary: 3. RESPONDENT'S COPY