# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| United States of America, <br><br> Plaintiff(s), <br><br> v. <br><br> Robert Kowalski, <br><br> Defendant(s). | Case No. 19 CR 226-1 <br> Judge Virginia M. Kendall |

## ORDER

ORDER as to Robert Kowalski: In Court Arraignment hearing held. Defendant informed of rights and waives formal reading of the Third Superseding Indictment. Defendants enter plea of not guilty to the Third Superseding Indictment. Rule 16 Conference shall be on or before 3/28/2021. In Court Status hearing set for 4/30/2021 at 9:30 a.m. By agreement of the parties, and pursuant to Title 18, Section 3161(h)(7)(B)(iv) time is hereby excluded to 4/30/2021 for the filing and review of Pretrial Motions. Defendant's Motion to Modify Bond Conditions [265] is denied for reasons as stated in open Court. Bond conditions shall remain. Defendant's Application Obtain the Services of A Computer/Printer [266] is denied as the Court does not have the ability to provide the services. The Government agreed to provide Defendant Kowalksi copies of the 3500 materials.
(XT)
(00:45)

Date: 3/4/2021

/s/ Virginia M. Kendall
U.S. District Court Judge