# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                            Case No.: 1:19–cr–00226
                                                    Honorable Virginia M. Kendall

Robert M. Kowalski, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 30, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall as to Robert M. Kowalski. In person Status hearing held on 4/30/2021. The Court is satisfied Discovery is ongoing and the Government understands its obligations under Brady. An Order of early return of trial subpoenas with reciprocal Discovery is granted. The Government must be notified of the subpoenas at the time they are filed. Robert Kowalski is instructed to deliver any allegedly defective thumb drives to the Government. Robert Kowalski's renewed Motion to alter the conditions of his bond [323] is denied based on his continued inability to comply with Pretrial Services directives and absence of evidence Natalie Lira was prevented from testifying on Defendant's behalf when his bond was revoked. Defendant Robert Kowalski's Motion to dismiss standby counsel is taken under advisement. (Dkts. [319], [327]). Status hearing set for 5/28/2021 at 10:00 AM which will proceed in person for Defendant Robert Kowalski. Time is excluded until May 28, 2021, over Kowalski's objections based on his numerous pending pretrial motions. The Government is instructed to respond by 5/14/2021 to any pending motions filed by Robert Kowalski to which they have not already done so.Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.