# Attachment 1

| Motion Dkt. No. | Response Dkt. No. | Order Dkt. No. |
|---|---|---|
| 168 | 174 | |
| 169 | 228 | |
| 176 | 228 | |
| 177 | 228 | |
| 178 | 228 | |
| 180 | 228 | |
| 187 | Oral argument | Granted (#206) |
| 188 | 228 | |
| 189 | 228 | |
| 190 | 229 | |
| 193 | 228 | |
| 194 | 228 | |
| 196 | Oral argument | Granted (#206) |
| 197 | Oral argument | Granted (#206) |
| 198 | 229 | |
| 202 | 228 | |
| 205 | 228 | |
| 216 | 229 | |
| 217 | 229 | |
| 218 | 229 | |
| 219 | 262 | |
| 220 | Oral argument | Denied (#230) |
| 221 | 262 | |
| 227 | 262 | |
| 248 | 262 | |
| 249 | 262 | |
| 265 | Oral argument | Denied (#286) |
| 299 | 305 | Denied (#316) |
| 300 | 305 | Response filed (#305) |
| 303 | 305 | Denied (#316) |
| 304 | 305 | Response filed (#305) |
| 307 | 316 | Denied (#316) |
| 308 | Filed 5/14/21 | |
| 309 | Oral argument | Denied, in part (#316) |
| 310 | Oral argument | Denied (#316) |
| 319 | None | Denied (#335) |
| 323 | Oral argument | Denied (#334) |
| 324 | Filed 5/14/21 | |
| 327 | None | Denied (#335) |
| 339 | No response date set | |
| 340 | No response date set | |