UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 226-1 |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| ROBERT M. KOWALSKI | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **WEDNESDAY, JUNE 2, 2021 at 9:30 A.M.** at the opening or as soon thereafter as counsel may be heard, I will appear before Judge Kendall in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present **MOTION FOR HEARING REGARDING VIOLATION OF SUPERSEDING PROTECTIVE ORDER**, in the above captioned case, at which time and place you may appear if you see fit.

    Respectfully submitted,

    JOHN R. LAUSCH, JR.
    United States Attorney

By:   /s/ *Michelle Petersen*
    MICHELLE PETERSEN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-7655

Dated: June 1, 2021