**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **19 CR 226-1** |
| | ) | **Judge Virginia M. Kendall** |
| | ) | |
| **ROBERT M. KOWALSKI** | ) | |

**ROBERT KOWALSKI'S UNOPPOSED MOTION TO**
**EXTEND APPEAL DUE DATE**

Robert Kowalski, by the Federal Defender Program and its attorney IMANI CHIPHE, respectfully requests that this Honorable Court extend the time for filing a notice of appeal to on or before July 9, 2021. The government does not object.

The Court has appointed counsel as standby counsel for Mr. Kowalski, who is representing himself pro se in this matter. In December 2020, Mr. Kowalski was released by this Court on an unsecured bond. Dkt. 206. As a condition of his bond, he was placed on electronic monitoring and not allowed to leave his home without the Court's permission.

A Rule to Show Cause hearing was held on June 2, 2021, to determine if Mr. Kowalski's pre-trial release should be revoked. Dkt. 371. The pre-trial violation report was filed on May 27, 2021. It alleged that Mr. Kowalski violated his conditions of release by leaving his residence without his Pre-trial Service

Officer or the Court's permission and not properly communicating with his Pre-Trial Service Officer. Dkt. 356.

After an oral argument, the Court revoked Mr. Kowalski's bond and ordered that he be detained. Dkt. 371. The order was entered on June 2, 2021. He had 14 days to file a notice of appeal. Mr. Kowalski's notice of appeal was mailed from the Metropolitan Correction Center on June 22, 2021. See Exhibit A (Envelope containing Kowalski notice of appeal).

On June 30, 2021, the Seventh Circuit Court of Appeals ordered counsel, as counsel of record, to file a "Jurisdictional Memorandum" to address the timeliness of Mr. Kowalski's notice of appeal. See Exhibit B (Seventh Circuit Order).[1] However, as the Court is aware, counsel has been appointed standby counsel in this matter. Had counsel been acting as counsel of record, counsel would have filed Mr. Kowalski's notice of appeal within the 14-day time limit. Mr. Kowalski did not communicate with counsel concerning his wish to appeal the Court's June 2, 2021 order.

---

[1] The Seventh Circuit's order recommended that Mr. Kowalski file a motion with this Court if he wished to extend the due date in which to file his appeal. The order stated that the status of the request for an extension should be address in the "Jurisdictional Memorandum".

Mr. Kowalski is being detained at the MCC. As the Court may be aware, he does not receive the Court's orders immediately when they are entered. They are generally mailed out to pro se litigants.

Under Federal Rule of Appellate Procedure 4(b)(4), this Court has the authority to extend the date for filing a notice of appeal if the party shows excusable neglect or good faith. Under the rule, either excusable neglect or good faith will suffice.

Mr. Kowalski's request is based on excusable neglect or good faith. Had counsel been proceeding as counsel of record, he would have immediately filed a notice of appeal if Mr. Kowalski had requested. In addition, it is doubtful that Mr. Kowalski received the Court's order on June 2, 2021, and thus he may not have had the 14-day time period in which to file his notice of appeal. An extension would in no way prejudice the United States.

Wherefore, it is respectfully requested that the Court extend the date under the provisions of Federal Rule of Appellate Procedure 4(b)(4) and extend the appeal date to on or before July 16, 2021.

Dated July 1, 2021, at Chicago, Illinois.

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
John F. Murphy,
Executive Director

By:     */s/ Imani Chiphe*
        Imani Chiphe
        FEDERAL DEFENDER PROGRAM
        55 E. Monroe Street, Suite 2800
        Chicago, IL  60603
        (312) 621-8300

4

## CERTIFICATE OF SERVICE

The undersigned, <u>Imani Chiphe</u>, attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

## ROBERT KOWALSKI'S UNOPPOSED MOTION TO EXTEND APPEAL DUE DATE

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on July 1, 2021, to counsel/parties that are non-ECF filers.

FEDERAL DEFENDER PROGRAM
John F. Murphy,
Executive Director

By:    <u>/s/ Imani Chiphe</u>
Imani Chiphe
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL  60603
(312) 621-8300

# Exhibit A

CRV

UNITED States District Court
Northern District of Illinois
Eastern District

SHORT RECORD
Appeal No. 21-2212
Filed 6.29.2021

**FILED**

JUN 28 2021 -cb

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
v. )
)   No 19 CR 226-1
)
Robert M. Kowalski, )   Hon Virginia M. Kendall
)
     defendant )
)

# NOTICE OF APPEAL

Robert appeals the Revocation of his
bond per the orders dated June 2, 2021
and June 18, 2021.


Respectfully Submitted,

Robert M. Kowalski

Case: 1:19-cr-00226 Document #: 386 Filed: 07/01/21 Page 8 of 12 PageID #:3249
Case: 1:19-cr-00226 Document #: 383 Filed: 06/29/21 Page 2 of 75 PageID #:3166
Case: 21-2212     Document: 1     Filed: 06/29/2021     Pages: 75

**INMATE REQUEST TO STAFF**

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| FROM: | REGISTER NO.: |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT. (Briefly state your question or concern and the solution you are requesting.   Continue on back, if necessary.   Your failure to be specific may result in no action being taken.   If necessary, you will be interviewed in order to successfully respond to your request.)

_____

_____

_____

_____

_____

_____

_____

_____

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

Robert M. Kowal Case: 1:19-cr-00226 Document #: 383 Filed: 06/29/21 Page 3 of 75 PageID #:3167
#53527-424
Metropolitan Correction Center
71 W Van Buren Street
Chicago, Illinois
60005

S SUBURBAN IL 604

22 JUN 2021 PM 7 L

06/28/2021-3

Clerk of the
United States District Court
For The Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois
60604

60604-180059

Legal Mail

Legal Mail

METROPOLITAN COR____TIONAL CENTER
71 W. VAN BUREN ST ___ICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected

JUN 2 2 2021

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.

Exhibit B

# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois  60604

June 30, 2021

**By the Court:**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] Appeal from the United |
|     Plaintiff-Appellee, | ] States District Court for |
| | ] the Northern District of |
| No. 21-2212       v. | ] Illinois, Eastern Division. |
| | ] |
| ROBERT M. KOWALSKI, | ] No. 1:19-cr-00226-1 |
|     Defendant-Appellant. | ] |
| | ] Virginia M. Kendall, |
| | ]    Judge. |

## O R D E R

Rule 4(b) of the Federal Rules of Appellate Procedure requires that a notice of appeal in a criminal case be filed in the district court within 14 days of the entry of the judgment or order appealed.  In this case the order revoking defendant's bond was entered on June 2, 2021, and the notice of appeal was filed on June 28, 2021, 12 days late. The district court has not granted an extension of the appeal period, *see* Rule 4(b), and this court is not empowered to do so, *see* Fed. R. App. P. 26(b).  Accordingly,

IT IS ORDERED that both appellant and his attorney, on or before July 14, 2021, file a brief memorandum stating why this appeal should not be dismissed because it is untimely.  Briefing shall be suspended pending further court order.

If appellant wishes to request an extension of time in which to file the notice of appeal, appellant Robert M. Kowalski should file an appropriate motion in the district court, not this court, as soon as possible.  Appellant's jurisdictional memorandum should include a discussion of the status of any such motion.

NOTE:       Caption document "JURISDICTIONAL MEMORANDUM".  The filing of a Circuit Rule 3(c) Docketing Statement does not satisfy your obligation under this order.