# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

July 8, 2021

**By the Court:**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff-Appellee,<br><br>No. 21-2253    v.<br><br>ROBERT M. KOWALSKI,<br>   Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:19-cr-00226-1<br>]<br>] Virginia M. Kendall,<br>]   Judge. |

### O R D E R

Rule 4(b) of the Federal Rules of Appellate Procedure requires that a notice of appeal in a criminal case be filed in the district court within 14 days of the entry of the judgment or order appealed. In this case the order revoking defendant's bond (one of the orders that defendant appeals) was entered on June 2, 2021, and the notice of appeal was filed on July 6, 2021, nearly three weeks late. The district court has not granted an extension of the appeal period, *see* Rule 4(b), and this court is not empowered to do so, *see* Fed. R. App. P. 26(b).

Appellant also appeals the district court's order of June 24, 2021. That order pertained to a status hearing, involving discovery and the filing of pretrial motions. Case management orders, such as the June 24, 2021 order, are not immediately appealable. *See Jangia v. Questar Capital Corp.*, 615 F.3d 735, 740 (7th Cir. 2010); *Wingerter v. Chester Quarry Co.*, 185 F.3d 657, 662 (7th Cir. 1999) (per curiam). Accordingly,

**IT IS ORDERED** that both appellant and his attorney, on or before July 22, 2021, file a brief memorandum stating why this appeal should not be dismissed because it is untimely, in part, and for lack of jurisdiction, in part. Briefing shall be **SUSPENDED** pending further court order.

-over-

No. 21-2253 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

     If appellant wishes to request an extension of time in which to file the notice of appeal, appellant Robert M. Kowalski should file an appropriate motion in the district court, not this court, as soon as possible.  Appellant's jurisdictional memorandum should include a discussion of the status of any such motion.

NOTE:      Caption document "JURISDICTIONAL MEMORANDUM".  The filing of a Circuit Rule 3(c) Docketing Statement does not satisfy your obligation under this order.