UNITED STATES DISTRICT COURT
Northern District of Illinois
Eastern Division.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 19 CR 226-1 |
| ) | |
| Robert M Kowalski ) | Hon Virginia M. Kendall |
| ) | |

FILED
JUL 08 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Motion to Request Forensic Accountant

Now Comes Robert M. Kowalski (Robert) for his motion to Request a Forensic accountant pursuant to the Criminal Justice Act states as follows:

On December 5, 2017 the Office of the Comptroller of the currency (OCC), through director of its Special Services acknowledged that the records of Washington Federal Bank (WFB) were unreliable. They had been altered, forged, photoshopped, contained fakes, cut and pasted. The Records of WFB represent a considerable part of this case. In fact, despite the inherent unreliability, these fraud records have been paraded before a Grand Jury to produce the present indictments. These Records include what have been termed account snapshots. Robert requires a forensic accountant to understand and ferret out the major fraud from millions of WFB documents

Wherefore, Robert Respectfully Requests the assistance of a forensic accountant.

Respectfully Submitted
Robert M. Kowalski

53527-424
71 W Van Buren
Chicago, IL 60605
Metropolitan Correction Center

INMATE REQUEST TO STAFF

U.S. DEPARTMENT OF JUSTICE                                         FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| FROM: | REGISTER NO.: |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

_____
_____
_____
_____
_____
_____
_____
_____
_____

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

Robert M. Kowalski
#35527-424
7 W. Van Buren St
Chicago, IL 60605

Legal Mail

Clerk of United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Legal mail

07/08/2021-13

2021 JUL -8 AM 8:28

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected.

JUN 2 9 2021

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.