SM

United States District Court

For THE NORTHERN DISTRICT OF Illinois
        Eastern Division

FILED

JUL 08 2021 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States of America )
                          )
                          )       No 19 CR 226
        V.                )
                          )
                          )       Hon. Virginia M. Kendall
Robert M. Kowalski,       )
        defendant         )

## MOTION TO COMPEL SPECIFIC DISCOVERY
### (SECOND REQUEST)

Now comes Robert M. Kowalski, Robert, for his motion
to COMPEL SPECIFIC Discovery states as follows:


On November 6, 2018 the Inspector General (IG) of the
Department issued his material bank failure report
relative to Washington Federal Bank (WFB). This
Report cited major fraud perpetuated by the bank
president and his employees. Even more disconcerting
the IG roundly criticized that the OCC Federal
Regulators repeatedly inexplicably missed innumerable
Red flag audit concerns extending over a decade. These
flawed audits shared one common denominator. The
audit teams were all led by an individual known only
ADC#1. This is shorthand for "assistant deputy
Comptroller number one."


The IG ominously noted that certain audit notes

(1.)

INMATE REQUEST TO STAFF

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| FROM: | REGISTER NO.: |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.   Continue on back, if necessary.   Your failure to be specific may result in no action being taken.   If necessary, you will be interviewed in order to successfully respond to your request.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(Do not write below this line)

DISPOSITION:




| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

Notes taken in the field by the examiners in charge of the audits were alarming different from the final results of the audit approved by ADC#1. This discordant results consistently bestowed upon (W.F.B) the major Fraud Bank with a perfect score of 1, top rated. The IG also learned from from other audit team members that ADC#1 like an absentee landlord on cruise control failed to adequately supervise his audit teams.

The IG related this idyllic state of fraud affairs at WFB was likely to continue indefinitely, except for the intervention of a new assistant deputy comptroller A/K/A ADC#2 in 2017. Immediately she cut through what the FDIC-R agents have since-termed a sloppy fraud. Asking questions and demanding answers over matters that include, but are not limited to altered unreliable records, fake loans, forgery, cut and pasted documents. Amongst other things discovery provined confirmed that a veritable forgery assembly line was recovered in the office of bank employee, now co-defendant Ms. Alicia Mandujano.

In light of the foregoing audit blunders appearing more like audit blindness the real identity of ADC#1 is of critical importance to Robert's defense. Oddly, prosecution team has identified the associate junior members of the audit teams. However they have flatly refused to disclose the high ranking member of the OCC audit team

INMATE REQUEST TO STAFF

**U.S. DEPARTMENT OF JUSTICE**                                                                **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| FROM: | REGISTER NO.: |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.    Continue on back, if necessary.    Your failure to be specific may result in no action being taken.    If necessary, you will be interviewed in order to successfully respond to your request.)

_____
_____
_____
_____
_____
_____
_____
_____
_____

(Do not write below this line)

DISPOSITION:

Signature Staff Member                                    Date

Record Copy - File; Copy - Inmate

Accepting perhaps encouraging flawed audit results as a part of the WFB conspiracy to embezzle, ADC#1.

Robert's defense wishes to subpoena all relevant documents from this elusive mysterious auditor. Further Robert seeks to utilize his compulsory rights under the Constitution to compel the testimony of ADC#1. Who is this sketchy private OCC auditor who could not even detect a sloppy fraud after years of experience and with notes of his audit team screaming impropriety? Why has his identity been maintained as a closely guarded secret? Certainly not because of the exceptional quality of his supervision, accounting work, or lack thereof.

Wherefore, Robert requests that this court enter an order:

A.) Compelling disclosure of the identity of an OCC AKA ADC#1, including contact information.

B.) all relief that is just and proper.

Respectfully Submitted,

Robert M. Kowalski

Robert M. Kowalski
Metropolitan Correction Center
71 W. Van Buren
Chicago, Illinois 60005
#53527-424

INMATE REQUEST TO STAFF

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| FROM: | REGISTER NO.: |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.     Continue on back, if necessary.     Your failure to be specific may result in no action being taken.     If necessary, you will be interviewed in order to successfully respond to your request.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

**FILED**

United States District Court
for the Northern District of Illinois
Eastern Division

JUL 08 2021 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States of America )
                                           )   No 19 CR 226-1
                                           )
              v.                           )
                                           )   Hon Virginia
                                           )
Robert M. Kowalski,                        )
              defendant                    )

## Motion to Compel Return of Property

Now Comes Robert M. Kowalski, (Robert) for his motion
to compel Return of property pursuant to FRCP 41(g) requests
Return of the following:

(#1) A seiko wristwatch seized from Robert's attorney's office.
Said watch is Robert's. A gift given to him by his deceased
father on the day of his grade school graduation in 1976.

(#2) A computer taken from Robert's pickup truck in February
2019

(#3) An Apple I-phone taken from Robert's pickup truck in
February 2019. The contents of this phone are absolutely
price less to Robert. This device contains family pictures,
invaluable memories that can not be replaced or replicated.

INMATE REQUEST TO STAFF

**U.S. DEPARTMENT OF JUSTICE**　　　　　　　　　　　　　　　　　　　　　　　**FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| FROM: | REGISTER NO.: |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.　Continue on back, if necessary.　Your failure to be specific may result in no action being taken.　If necessary, you will be interviewed in order to successfully respond to your request.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

(#4) All files and business Records seized from Roberts office of any nature whatsoever

(#5) All files and business Records seized from Robert's attorney's office wherever situated

Wherefore Robert respectfully Requests this Court enter an order:

A.) Returning all of Robert's property of any nature to Robert

B.) all relief that this court deems just and proper

Respectfully Submitted

Robert M. Kowalski

Robert M. Kowalski

Metropolitan Correction Center

71 W. VAN Buren

Chicago, ILLiNOiS 60605

# 53527-424

2

INMATE REQUEST TO STAFF

**U.S. DEPARTMENT OF JUSTICE**                                                          **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| FROM: | REGISTER NO.: |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.    Continue on back, if necessary.    Your failure to be specific may result in no action being taken.    If necessary, you will be interviewed in order to successfully respond to your request.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Do not write below this line)

DISPOSITION:



| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

Robert M. Kowalski
#53527-424
Metropolitan Correction Center
71 W. Van Buren
Chicago, Illinois
60005

Legal Mail

Clerk of United States District Court
for the Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois
60004

07/08/2021-22

60604-180099

Legal Mail

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

JUL 02 2021

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.

2021 JUL -8 AM 8:28