**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                            Case No.: 1:19–cr–00226
                                                     Honorable Virginia M. Kendall

Robert M. Kowalski, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 12, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall as to Robert M. Kowalski. In Court Status hearing held on 7/12/2021. Defendant's Motions for extension of time to file appeal [386] and [388] are granted. Notice of Appeal shall be filed by 7/16/2021. The Government has provided to the Defendant an external hard drive containing hundreds of thousands of documents, letters describing where to find various items (which had been provided to him in the past), a summary chart of loan disbursements to him, a new production of boxes received from the DaVinci's Bar on a thumb drive, records from Washington Federal (over 540,000 pages comprising for example scanned checks), 2400 emails of the Defendant, new discovery in the form of law enforcement interviews, and 75,000 loan files that are not active. Each time Defendant is brought to court for a status, he is required to quarantine for 14 days. There is a computer in that area; however, he is given limited access to it. Defendant, an attorney, is representing himself. The Court requests that the Warden consider if there is a way to provide Defendant with more computer time both during quarantine and when he is in general population due to the volume of materials that he needs to review. This does not mean that the Defendant is relieved of his obligation to follow the MCC procedures for requesting computer time. The Court requests that Robert Steele be present at the next court hearing in order to discuss with the Court any procedures that the MCC has for use of its computers and for the review of discovery including the platforms used and the types of computers. The Court warns Mr. Kowalski that he must diligently review the discovery in this matter to be prepared for trial when that trial date is set. The Court will be requesting specifically what materials Mr. Kowalski is reviewing in order to prevent any argument that he has not had time or access to the materials. In Court Status hearing is set for 7/26/2021 at 10:00 AM. Members of the public and media will be able to call in to listen to this hearing. The call–in number is 1–650–479–3207 and the call–in Access Code is 180 698 4009. Any party calling in is reminded to please mute their phones/devices. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Time is excluded both due to the complexity of the case and pursuant to Title 18, Section 3161(H)(1)(C) for the numerous interlocutory appeals that Defendant has filed. Mr. Chiphe remains as standby counsel available to reach out to potential witnesses on Mr. Kowalski's behalf. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.