# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

Submitted June 16, 2021
Decided June 23, 2021

Before

FRANK H. EASTERBROOK, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*

| No. 21-1771 | UNITED STATES OF AMERICA, Plaintiff - Appellee  v.  ROBERT M. KOWALSKI, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cr-00226-1 Northern District of Illinois, Eastern Division District Judge Virginia M. Kendall ||

The following are before the court:

1. **GOVERNMENT'S EMERGENCY MOTION TO DISMISS APPEAL AS MOOT**, filed on June 3, 2021, by counsel for appellee.

2. **RESPONSE TO GOVERNMENT'S MOTION TO DISMISS**, filed on June 15, 2021, by pro se appellant.

**IT IS ORDERED** that the government's motion is **GRANTED** and the appeal is **DISMISSED** as moot.

form name: c7_Order_3J     (form ID: 177)