**IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19 CR 226-1 |
| | ) | Judge Virginia M. Kendall |
| ROBERT M. KOWALSKI, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that ROBERT M. KOWALSKI, defendant above

named, hereby appeals to the United States Court of Appeals for the Seventh

Circuit from the order entered in this action on the 2nd day of June 2021.

DATED: July 16, 2021

/s/ *John F. Murphy*
John F. Murphy
Attorney for Defendant

JOHN F. MURPHY
Executive Director
FEDERAL DEFENDER PROGRAM
55 E. Monroe St.
Suite 2800
Chicago, Illinois 60603
(312)621-8300

### CERTIFICATE OF SERVICE

The undersigned, <u>John F. Murphy</u>, an attorney with the Federal Defender Program, hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

### **<u>NOTICE OF APPEAL</u>**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on July 16, 2021, to counsel/parties that are non-ECF filers.

/s/ <u>*John F. Murphy*</u>
John F. Murphy
Attorney for Defendant

JOHN F. MURPHY
Executive Director
FEDERAL DEFENDER PROGRAM
55 E. Monroe St.
Suite 2800
Chicago, Illinois 60603
(312)621-8300