# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                                  Plaintiff,

v.                                                                            Case No.: 1:19−cr−00226
                                                                           Honorable Virginia M. Kendall

Robert M. Kowalski, et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 26, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall as to Robert M. Kowalski. In Court hearing held on 7/26/2021. Attorney Advisor Robert Steele appeared representing Metropolitan Correctional Center advised that Defendant Kowalski has been approved for extended law library time to three hours a day, plus an hour out of cell time on the quarantine unit. Attorney Advisor Steele also advised that Defendant Kowalski can review paper documents in his cell. The Government and Attorney Advisor Steele further advised that Mr. Kowalski was provided services from an IT specialist on 7/14/2021 to assist him in reviewing Discovery on a hard drive and it was verified he was able to access the files. The Government shall provide the Court with monthly status reports regarding Defendant's records of time requested and used in the law library to review Discovery. The Government's Motion to supplement the Record on Appeal [362] is granted. By request of Defendant Kowalski and by agreement of the Government, In Court Status hearing is set for 9/29/2021 at 10:00 AM. Over objection of Defendant, time is excluded both due to the complexity of the case and pursuant to Title 18, Section 3161(H)(1)(C) for the numerous interlocutory appeals that Defendant has filed and Title 18, Section (H)(6) due to Defendant being joined for trial with co−defendants as to whom time trial has not run and no motion for severance has been granted. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.