# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

Submitted July 27, 2021
Decided July 27, 2021

Before

ILANA DIAMOND ROVNER, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*

|  | UNITED STATES OF AMERICA, Plaintiff - Appellee |
|---|---|
| No. 21-2212 | v. |
|  | ROBERT M. KOWALSKI, Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:19-cr-00226-1 Northern District of Illinois, Eastern Division District Judge Virginia M. Kendall ||

The following are before the court:

1. **MOTION TO REINSTATE BOND**, filed on July 2, 2021, by pro se appellant.

2. **SECOND MOTION TO AMEND FRAP 9 MEMORANDUM**, filed on July 8, 2021, by pro se appellant.

3. **MOTION TO REINSTATE BOND**, filed on July 20, 2021, by pro se appellant.

4. **GOVERNMENT'S RESPONSE TO MOTION TO REINSTATE BOND,** filed on July 22, 2021, by counsel for appellee.

No. 21-2212                                                                                   Page 2

5. **MOTION TO WITHDRAW AS COUNSEL**, filed on July 22, 2021, by Attorneys John F. Murphy and Imani Chiphe.

6. **MOTION TO WITHDRAW AS COUNSEL**, filed on July 22, 2021, by Attorneys John F. Murphy and Imani Chiphe.

**IT IS ORDERED** that counsel's motion to withdraw is **GRANTED**. Attorneys John F. Murphy and Imani Chiphe may withdraw from further representation of the appellant in this appeal, as well as in Appeal Nos. 21-2253 and 21-2310. Appellant Robert M. Kowalski is reminded that he will be proceeding pro se in his appeals unless he secures new counsel.

**IT IS FURTHER ORDERED** that the motion for release is **DENIED**. *See* Fed. R. App. P. 9(a); 18 U.S.C. § 3148. Because this is an appeal from a pretrial detention order, this order resolves the appeal. *See* Fed. R. App. P. 9(a); Cir. R. 9(a).

CERTIFIED COPY

A True Copy

Teste:

_____

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit