# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                  Case No.: 1:19–cr–00226

                                                              Honorable Virginia M. Kendall

Robert M. Kowalski, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 23, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall as to Robert M. Kowalski. Defendant Robert Kowalski moves to stay the bankruptcy proceedings against him during the course of this criminal case [168]. First, this is not the court that Kowalski should be addressing for his request. His motion is properly made before the Bankruptcy Court where that judge can determine if the automatic stay exception for a criminal proceeding is appropriate. However, the statute itself carves out an exception for criminal proceedings to take place and they do not stay a criminal proceeding against the debtor. 11 U.S.C.A. § 362(b)(1). The exception to the automatic stay applicable to the commencement or continuation of a criminal action or proceeding against the debtor is an absolute exception. See In re Gruntz, 202 F.3d 1074 (9th Cir. 2000); In re Branch, 525 B.R. 388 (Bankr. E.D. Mich. 2015); In re Pickett, 321 B.R. 663 (Bankr. D. Vt. 2005). Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.