# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Robert M. Kowalski, et al.

Defendant.

Case No.: 1:19–cr–00226
Honorable Virginia M. Kendall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 23, 2021:

MINUTE entry before the Honorable Virginia M. Kendall as to Robert M. Kowalski. Defendant Robert Kowalski has filed three separate motions for a speedy trial [169], [177] and [180]. All of the motions seeking a speedy trial have been filed while Kowalski continues to file dozens of Pretrial Motions. The Court has previously ruled on a number of Pretrial Motions and the number currently stands at 47 pending Pretrial Motions filed by Kowalksi alone. His request for a speedy trial, however, are also always expressed at the same time that he is seeking more Discovery and demanding that the Discovery be provided to him to prepare for trial. In spite of his requests for a speedy trial, Kowalski has told the Court that he is not ready for trial, that he needs to go through the massive amounts of Discovery, and that he needs more Discovery. These actions conflict with his speedy trial requests. Regardless, due to his own filings, time is excluded under the Speedy Trial Act while those motions are being considered and ruled on. 18 U.S.C. §3161(h)(1)(D). Time resulting from the filing of a Pretrial Motion falls within the exceptions to the Speedy Trial Act regardless if it actually causes or is expected to cause delay. United States v. Tinklenberg, 563 U.S. 647 (2011). Motions for a speedy trial [169] [177] [180]are denied without prejudice while the motions are being filed, reviewed, and ruled on. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.