## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                            Case No.: 1:19–cr–00226
                                            Honorable Virginia M. Kendall

Robert M. Kowalski, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 23, 2021:

       MINUTE entry before the Honorable Virginia M. Kendall as to Robert M. Kowalski. Defendant Kowalski seeks a Bill of Particulars [189]. The Third Superseding Indictment in this case spans 67 pages and is a speaking Indictment, meaning that it explains in detail the conspiracy and scheme charges. The charging document explains the process of the crime, the manner in which it was conducted, and by whom. Also, the Government has provided hundreds of thousands of documents to support the charges. The indictment is not required to "detail every factual nugget necessary for conviction", nor is it required to "allege in detail the factual proof that will be relied on to support the charges." United States v. Smith, 230 F.3d 300, 306 (7th Cir. 2000). Here the Third Superseding Indictment lays out the elements of the charged offenses, gives sufficient notice of the charges to allow Kowalski to prepare a defense, gives the time and place of the accused's allegedly criminal conduct, and cites the applicable statute or statutes. This is all that is needed. United States v. Vaughn, 722 F.3d 918, 927 (7th Cir. 2013). The Defendant's constitutional right to know the charges against him may also be fulfilled by the Government turning over the information supporting the charges. Adequate discovery can "satisfy the need for a bill of particulars." Vaughn, 722 F.3d at 928. Based upon the detailed charging document and the extensive discovery being provided, Defendant's Motion for a bill of particulars [189] is denied. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.