UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT M. KOWALSKI | No. 19 CR 226-1<br><br>Judge Virginia M. Kendall |

**GOVERNMENT'S STATUS REPORT REGARDING DEFENDANT ROBERT M. KOWALSKI**

The UNITED STATES OF AMERICA, through JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, hereby provides this Court with the government's status report regarding defendant Robert M. Kowalski.

Defendant's Computer Access at the Chicago MCC

Staff at the MCC have worked to provide defendant with access to electronic devices so that he may review his discovery, including by making special accommodations that exceed the access typically provided to inmates. Since approximately July 2021, defendant has been allowed at least three hours of "law library" time a day, seven days a week, during which he can use designated computers to review his discovery and/or access electronic legal materials such as criminal statutes, criminal practice guides, and case law.

Additionally, since approximately September 15, 2021, defendant has also been provided with his own discovery laptop, which is a device he can take into his cell and use to review discovery. Defendant is provided with the discovery laptop Monday through Friday from approximately 8:00am to 4:00pm. He continues to also

1

receive the extra three hours of "law library" time every day, including on the weekends.

## Discovery to Defendant

Over the past several weeks, the government conferred with the Federal Defender Program, who provided to the government a second portable hard drive for purposes of discovery. Upon receipt, the government loaded onto that hard drive voluminous electronic records[1] related to Washington Federal, including email communications and documents stored in Washington Federal's computer servers. That production contained over 1,400,000 separate files.[2]

To assist defendant in locating relevant documents, the government ran certain keyword searches, such as "Kowalski" or "Piorun," and generated indexes of the records that contained those search terms. Those indexes are being provided along with the hard drive. The government will also accommodate reasonable requests by defendant for additional indexes to be created using additional search terms.

The government attempted to hand-deliver the hard drive to the MCC this week; however, the hard drive was too large to fit through the legal mail slot at the Chicago MCC, so the Chicago MCC staff could not take possession of the hard drive.

---

[1] As the government has previously relayed to the Court, these voluminous electronic files were processed offsite, and the processing time was significant given the volume of the records.

[2] The approximately 1,400,000 files include over 540,000 files that were previously provided to defendant on June 22, 2021, including check images and electronic bookkeeping records. *See* Dkt. 395 at 2-3.

On Friday, October 1, 2021, the hard drive was mailed to defendant via U.S. Mail, so it should arrive early the week of October 4, 2021.

### Defendant's Ongoing Appeals

Defendant still has two ongoing appeals related to this case, docketed as case number 21-2253 and 21-2310. Case number 21-2253 was docketed with the Seventh Circuit Court of Appeals on or about July 7, 2021; case number 21-2310 was docketed with the Seventh Circuit Court of Appeals on or about July 19, 2021.

While an interlocutory appeal is pending, those periods of delay "shall be excluded in computing the time" by which a trial must commence for purposes of the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(C).

                                                Respectfully submitted,

                                                JOHN R. LAUSCH, JR.
                                                United States Attorney

By:   *s/ Michelle Petersen*
        MICHELLE PETERSEN
        Assistant United States Attorney
        United States Attorney's Office
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-7655

Dated: October 1, 2021

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), that the Government's Status Report Regarding Discovery Tendered to Robert M. Kowalski will be mailed to the defendant at the Chicago MCC the next business day after filing.

*/s/ Michelle Petersen*
MICHELLE PETERSEN
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-7655
