SH

FILED

NOV 08 2021 CR

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No 19 CR 226-1 |
| | ) |
| Robert M. Kowalski, | ) Hon Virginia M. Kendall |
| defendant | ) |

## MOTION TO COMPEL
## PRODUCTION OF ORIGINAL DOCUMENTS

Now Comes Robert M. Kowalski (Robert) for his motion to compel production of original documents states as follows:

1.) On December 5, 2017 the Office of the Comptroller of the Currency (OCC) through its Director of Special Services confirmed that the records of Washington Federal Bank (WFB) are unreliable and altered. That they contain major fraud and forgery. The prosecution has only tendered to defense team an electronic version of the falsified record. This format does not allow Robert to determine exactly where the fraud exists and the extent thereof.

2.) On October 15, 2020, Ms Peterson disclosed that hard copy records are available for review at your request.

(1.)

3.) During her sworn statement to FDIC-R dated April 9, 2019 co-defendant Alicia Mandujano admitted to forging Robert's signature, and others, on various documents, see pages 84-103 thereof.

4.) A veritable signature forging "Robert M. Kowalski" factory was discovered in Ms Mandujano's WFB office at bank failure per Grand Jury Testimony of FDIC-R Agent Sean Stephenson.

5.) FDIC-R Attorney Tonkinson admitted in a deposition of Ms Torres on May 30, 2019 at page 17 and with Ms Mandujano on April 9, 2019 at page 102 that: the actual files of what has been termed "GHOST LOAN ACCOUNTS" # 18362 and 18370 are missing.

6.) The Inspector General of the Treasury in his material failure report of WFB dated November 6, 2018 cited massive fraud, forgery, and OCC malfeasance.

In view of the foregoing, it is indispensable that Robert and his forensic document have ample access to the physical remains of these mutilated documents. Perhaps the prosecution can note which are fraud so that all can employ appropriate caution while handling so as not to rely on the fraud therein. The apparatus of forgery that Ms. Mandujano maintained in her office is of special interest.

Apparently, the prosecution wishes to pass off this chewed up rendition of WFB pasted and cut documents in electronic format to legitimize the fraud. Such misdeeds can not reasonably be construed to constitute ordinary business of a federally insured institution. Enough Tom Foolery has occured at WFB. Although it seemed to satisfy ADC#1 and the OCC for a decade. There is no need to continue perpetuation of fraud upon defendant's, jurors, and the District Court by camoflaging and passing off this slop in a credible electronic format as if they represent real authentic bank records. Considerable defense scrutiney of this material is warranted under these sordid circumstances.

Wherefore Robert requests that this court enter an order:

1.) Requiring delivery of this material to his cell at MCC immediately from WFB, including forgery machine.

2.) All relief this court deems just and proper

Respectfully Submitted

Robert M. Kowalski

Robert M. Kowalski

# 53527-424

Metropolitan Correctional Center

71 West Van Buren Street

Chicago, Illinois 60605

Robert M. Kowalski

#53527-424

Metropolitan Correctional Center

71 West Van Buren Street

Chicago, ILLINOIS

　　　　60605

FOREVER / USA

USA·FOREVER

11/08/2021-5

CLERK OF THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

219 South Dearborn Street

Chicago, ILLINOIS

　　　　60604

Legal Mail

60604-180099

Legal Mail


METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

NOV 0 2 2021

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.