UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) 19 CR 226 | |
| | ) | |
| Robert M. Kowalski, | ) HON Virginia M. Kendall | |
| defendant | ) | |

FILED
NOV 08 2021 CR
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EMERGENCY
MOTION TO COMPEL HUMANE CONDITIONS
OF PRE-TRIAL DETAINAGE AND FOR SANCTIONS

Now Comes Robert M. Kowalski (Robert) for his motion to compel humane conditions of pretrial Detention and for sanctions states as follows:

Pretrial detainees can not be punished in accordance with Fifth Amendment core values. Bell v Wolfish 441 US 520 (1979). Lockdown Law conditions constitute punishment.

Robert and all other similarly situated pre-trial detainees are secured under conditions at the MCC that represent cruel punishment. Since the revocation of his bond on June 2, 2021 some five months ago, Robert has been jailed under 23.5 hours per day solitary confinement. Excepting Lockdown Sunday, every week now, where no one at the Metropolitan Correctional

(1.)

Center (MCC) is allowed out of their cell because sufficient jail staff refuses to show up for work.

These conditions are first calculated to diminish the physical health of the pre-trial detainee. Then the resolve of anyone who has the audacity to contest their case is broken. It constitutes a real day plea bargain factory. Solitary confinement Lockdown constitutes a cruel and unusual punishment. When it is meted out indiscriminately as MCC policy. Absent a correspondingly valid penalogical purpose, not just as a brief carefully tailored disciplinary measure

Meanwhile a MCC staff attorney, Mr Steele, has regaled this court with illusory mythical tales of laptops and library access every single day. There is no longer any COVID-19 window dressing to obscure the fact that the U.S. Marshall and MCC are not properly caring for nor supervising their pretrial detainees. The Chicago seasons have changed. Nevertheless, the U.S. Marshall and MCC are attempting to balance the United States budget by refusing to turn on the jail boiler heating system. It is sooo... cold here. There is no way to contemplate much less prepare a defense under such abysmal conditions. Rather, one's presumption of innocence is slowly extinguished in the reality of a cold dark lonely cell. Every hope is crushed and every fear amplified. The MCC thinks it can just turn off the lights, go home, and wash their hands of the staffing problems.

Lockdown Sunday now commences a day earlier on Saturday afternoons. It extends later, depending largely upon the outcome of the Chicago Bears football game. Accordingly, Lockdown may now extend deep into Monday. Tormented souls languish behind cell doors berift of the basic necessities of life. The depravity is quite severe. While the MCC jail staff is of cavorting, trick or treating, and otherwise enjoying their families, pretrial detainees can't bathe, groom, or even call their worried suffering families. Presently, the MCC has revoked the issuance of nutritious hot meals as an extra measure of punishment.

Not meaning to disparage attorney Steele's best intentions but even the scant woefully inadequate "library" time he represented as available to this court has failed to materialize. It is merely a day dream devoid of any reality. It would have been better if he came to court prepared to testify truthfully about actual MCC jail conditions. Rather than sugarcoat inhumane violations of basic constitutional rights.

Attorney Steele had a special duty as an officer of the court to honestly testify before the same District Court where, poignantly his grandfather served as a justice a generation earlier. Prior to providing such sworn testimony he had an obligation to become personally acquainted about the specific jail conditions that his testimony would rely upon. So that he could properly advise the Federal District Court. Glaringly he choose not to do so. Preferring to merely parrot, hearsay fashion self serving statements of others. There is no Law Library time at MCC, regardless of good intentions under LOCKDOWN LAW.

③

Ironically, after having just delivered testimony on Tuesday, October 26, 2021, attorney Steele then deigned to hustle back to the MCC to verify his dubious facts. Roberts cell block mates confirmed that those two Seagate backup plus computer storage devices provided by the United States Attorneys office were removed by Attorney Steele. Presumably so he could perform a delayed reaction examination. That had it occurred, as it should have pre status hearing, would have enhanced and greatly assisted the court's consideration of Robert's motion.

Minimally, these vital instruments should not have been tampered with by MCC and attorney Steele. Unless it could have been done in a collaborative fashion with Robert. These contain sensitive confidential information subject to the District Court's own discovery order. This information was provided pursuant to the prosecutions Brady obligation. That this occurred while Robert was conveniently elsewhere at the time suggests a less than honorable motive. Why the unseemly after the fact rush, that implys these devices have been compromised? Who is to say that vital Brady records have not been deleted or even copied.

In retrospect it is kind of amusing that Mr Steele would have offered to help Robert research Illinois civil law issues in his case that are not offered by the MCC Law Library. When he can not deliver on the paltry 3 hours of not exactly "Law Library" time he committed to. While Robert is grateful, it would be of greater value if someone could operate the MCC in accordance with Bureau of Prison guidelines. And stop wading into the middle of Robert's criminal case as a litigant.

④

The U.S. Marshal and MCC seem to think that simply turning off the lights, Locking down all the pre-trial detainees, and just going home approach is the solution for inadequate staffing issues. There are no emergency conditions that justifies this response. The enormous punishment it wreaks as a human rights abuse rights abuse on a pretrial detainee is constitutionally intolerable. Indeed this is the worst form of punishment imaginable! Because it undermines one's presentation of a defense to meet the government's case. Which is the very hallmark of our justice system. These draconian methods would have made Chairman Mao proud. The MCC has become an instrument of terror devoid of redeeming justice. In a land that loves freedom it represents a foul grievous blow to liberty. Causing the entire justice system to fall into disrepute. Unchecked the next MCC answer to low staffing will be to implement the ole plantation hot box and chain gang strategies. Then taken to its logical extension to an "anything goes" treatment unless the reason imparted by the U.S. Constitution is implemented.

Wherefore Robert Respectfully requests that an order is entered:
A.) Dismissing this case as a sanction
B.) Sanction Attorney Steele for deliberately providing false inaccurate testimony to mislead the court
C.) Require the MCC to humanely house pre-trial detainees
d.) Require the MCC to provide adequate equipment to pro-se pretrial detainees

5.

E.) All relief that this court deems just and proper

Respectfully Submitted

*Robert M. Kowalski* (signature)

Robert M. Kowalski
# 53527-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

(6.)



METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST., CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected.

NOV 02 2021

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

11/08/2021-6