

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) No 19 CR 226-1 | |
| ) | |
| Robert M. Kowalski, ) Hon Virginia M. KENDALL | |
| defendant ) | |

**FILED**
NOV 09 2021 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION TO REQUEST OPERABLE DISCOVERY

Now comes Robert M. Kowalski (Robert) for his motion to request operable discovery states as follows:

1.) On November 2, 2021 a computer storage device, thumbdrive, with discovery was delivered to Robert. However, like most every other device this thumbdrive also failed to operate.

2.) Robert added it to the growing pile of NON-functioning computer storage devices in his possession. This now includes two thumbdrives and two Seagate backup Plus Portable storage devices.

3.) The gamesmanship Robert has experienced at the hands of the prosecution surpasses all bounds of decency.

4.) This is not what the prosecution's obligation contemplates.

①

5.) The Seagate devices represent a singularly frustrating unsatisfactory experience. One can actually view some files. But once you click on certain files the entire device crashes. That some files need over an hour plus to copy and download where the computer automatically turns off at two hours is another such amusement for the prosecutor. Many times you wait a whole hour and the file still can not be openned. However, the most egregious part of all is that the software languages are incompatible between the BOP and USDOJ, except for PDF Adobe.

6.) Obstructing and precluding a pro-se defendant from reviewing his discovery does not satisfy BRADY.

Wherefore Robert respectfully requests that this court enter an order requiring the prosecutorial to produce all Brady material without further delay.

Respectfully Submitted

*Robert M. Kowalski*

Robert M. Kowalski
#53527-424
Metropolitan Correction Center
71 West Van Buren Street
Chicago, Illinois 60605

Robert M. Kowalski
#53527-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

S SUBURBAN IL 604
3 NOV 2021 PM 7 L

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 South Dearborn Street
Chicago, Illinois
60604

Legal Mail

60604-170299



METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST. CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

NOV 0 9 2021

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.