SM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION **FILED**

UNITED STATES OF AMERICA )
)                          NOV 1 0 2021
)
v.                    ) No 19 CR CLERK, U.S. DISTRICT COURT
)                          THOMAS G. BRUTON
)
Robert M. Kowalski, ) Hon. Virginia M. Kendall
    defendant          )

MOTION TO ENJOIN FDIC LAW "ENFORCEMENT"

Now Comes Robert M. Kowalski (Robert) for his motion
to enjoin FDIC LAW enforcement states as follows:

Robert does not seek to conflate but deflate. Had the FDIC
not meddled without authority this proceeding may well have
remained a sedate accounting matter.

The FDIC was not established by Congress to serve as a
crime fighting agency. Frankly, it is not even an agency
of the United States government at all. Rather, it is a mere
instrumentality. As its name implys, historically it serves an
important role to promote national confidence in the ① deposits
of ② Federal banks by ③ insuring those deposits against loss. Also
its title clarifys that it is a ④corporation with its own identity
and corresponding agenda. It certainly does not relish losing
great sums of money. As it has at the hands of Washington

①

Federal Bank (WFB).

FDIC has taken steps to limit that loss. It has sought recovery to assuage their pain. The FDIC may function in two capacities. First as FDIC when it sells deposit insurance. Secondly, when it becomes a Receiver upon failure of one of the Federal Banks, as WFB has in this case, and they are appointed by the Office of the Comptroller of the Currency (OCC) as receiver, FDIC-R. Justice Scalia pretty much summed it up in O'Melveny + Myers v FDIC-R, 512 US 79 (1994) where he stated: "the FDIC as receiver steps into the shoes of the failed S+L" and noting more emphatically "But the FDIC is not the United States".

FDIC can no more pass itself off as a crime fighter than this impartial court or any other victim. Congress has established the proper role of FDIC. Certainly, FDIC may constitute an Inspector General department to help it carry on those designated functions as follows:
   "the mission of the FDIC's OIG is to investigate fraud, waste, and mismanagement with a focus on fraudulent transactions"

Certainly FDIC can investigate. In doing so FDIC can mimic FBI custom and practice to enhance professionalism by calling its employees: agents, special agents, or anything else it deems appropriate. But such terminology should not obfuscate the matter, in old Jedi mind trick fashion, that they are

②.

not professionals in a law enforcement sense. Hiring special agents, handing them titles, does not make it so. It is much the same difference between a private eye and a police detective. The allegiance of a FDIC employee differs from that of regular department of JUSTICE law enforcement. which makes FDIC assignment to a criminal prosecution problematic.

Sorry to burst the junior G-Man bubble at FDIC-OIG, but they lack the authority to appoint themselves as lawmen through their Inspector General Department. They are not authorized to serve through an agency of the government. Rather they are mere instrumentalities thereof. Their standing is more akin to Federal Reserve Bank, Federal Home Loan Bank, Freddy Mac, or Fannie Mae. Like federal Express, FDIC is not, a non-for profit entity.

These power aspirations have led to virulent swings in this prosecution. A bankruptcy proceeding No 18 BK 9130 saw FDIC-R make two sworn creditor claims relative to WFB in the amount of a whopping #27.2 million dollars. Now those very same formerly good legitimate debt, has morphed again down into a #7.7 million embezzlement claim per prosecutors. It does not make sense. It has made the job of real justice department agencies and defense more difficult with all this FDIC churning. By the time Robert is finished paring down the new list of benefit it will be clear that an enormous FDIC blunder has been compounded upon those earlier OCC fiasco auditing red flag missing audit rodeos. (See IG of Treasury Report of 11/6/2018)

3.

Most egregious of all, these self appointed agents who are not actually peace officers have been contacting local police authorities in the midst of a bizarre seated suicide death investigation for purposes related to WFB. There are indications within the discovery that these contacts revolved around fear that reports of the dodgy nature of the WFB president death would ignite a run at WFB and lead to greater FDIC financial loss. Had depositors learned of John Gembara's premature demise and the cause thereof on December 3, 2017, they likely would have used those two weeks remaining until the failure date of December 17, 2017 to extricate their largely uninsured Certificates of Deposit. Thereby FDIC was able to reap an undeserved windfall. (See OCC letter 12/5/17 page 6.)

Such petty concerns should not prempt or interfere with a death investigation. Yet they did to the detriment of that investigation. FDIC removed financial records at the scene according to an official City of Park Ridge Police department F.O.I.A. response. These vital records have not been accounted for in an prosecution team discovery despite defense request. Also, FDIC attorneys confirmed in a deposition of co-defendant Ms Torres on May 19, 2019 that certain "GHOST LOAN ACCOUNTS" are missing. May Robert suggest that the car trunk of FDIC special Agent Stephenson be reviewed? Park Ridge Police report confirm he was the contactor. Additionally, these same FDIC special agents have been busy moonlighting at the Dirksen Federal Courthouse. Impersonating real U.S. Marshals to prevent witnesses in this proceeding from attending court and otherwise testifying, notably on October 23, 2020.

The foregoing intrusions can be seen against a larger pattern of FDIC action when its pecuniary interests are at stake. FDIC should have paused and taken precautions when the OCC director of Special Services cited massive fraud, unreliable, altered records in her audit findings of December 5, 2017. But it plowed forward regardless using the WFB ponzi fake loans, as the basis of its bankruptcy sworn under oath creditor claims to the detriment of a hapless debtor. FDIC even touted itself the largest and most significant creditor of Robert with these reckless "ghost loan account" claims.

Now that the discovery highlights a connection of the deceased bank president to the Cayman Islands on the eve of WFB failure, one has to consider if these missing Park Ridge Police Records are related to that buried carribean pirate loot. Perhaps access to numbered bank accounts. FDIC has been too thirsty for its own good. It should have feared to meddle where its jurisdiction, authority and expertise lacked. Sorry FDIC! The proper agency with the appropriate badges needed to address these issues. The lure of this treasure was too strong to allow good sense to prevail.

Running amok and freelancing in the middle of death investigations is a strange medicine applied to promote integrity and confidence in FDIC insured national banks. So after helping the Park Ridge Police Department and Cook County Medical Examiners now they want to help out FBI and our prosecutors. Awfully helpful these FDIC fellas. It is too

unfortunate that Justice Scalia can no longer remind FDIC that: "FDIC is not the United States". Of course FDIC may investigate as much as anyone. However, FDIC is not authorized to directly intervene and obstruct the course of ongoing official investigation, passing themselves off as the legitimate law enforcement to the detriment of all.

Wherefore Robert respectfully requests this court enter an order:

A.) Enjoining FDIC from acting as a law enforcement Agency of the United States government

B.) All relief that this court deems just and proper.

Respectfully Submitted

Robert M. Kowalski

Robert M. Kowalski

# 53527-424

Metropolitan Correctional Center

71 West Van Buren Street

Chicago, Illinois 60605

Robert M. Kowalski
# 53527-424
Metropolitan Correctional Center
West Van Buren Street
Chicago, Illinois
60605

Legal Mail

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
Chicago, Illinois
60604

S. SUBURBAN IL 604

5 NOV 2021 PM 2 L

60604-180099

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST. CHICAGO, IL 60605
The enclosed correspondence is being mailed pursuant to an inmate's request. If you
This letter has neither been opened nor inspected.

NOV 0 5 2021

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.



11/10/2021-30