

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
v. )
) No 19 CR 226
Robert M. Kowalski, )
defendant ) Hon Virginia M. Kendall
)

## MOTION TO COMPEL
## BRADY VIOLATION

Now Comes Robert M. Kowalski (Robert) for his motion to compel Brady Violation states as follows:

The right of a defendant to meet the government's case against him is compromised when the prosecution witholds evidence. On June 22, 2021 the prosecution produced the long awaited highly anticipated Seagate backup plus portable computer storage device. It contained Washington Federal Bank (WFB) files entitled as FNESTRA 2. These purported to be the entire Loan Ledger entries relative to all mortgage Loans at WFB for the years 2010 through 2017. Except that the information provided for each respective calendar year always ends with September. Obviously this deletion reduced 33% of the critically needed information represented to be contained within.

The quality of the deleted omitted information is absolutely vital, indispensable, for the preparation of Robert's defense. Recently, the prosecution provided a draft statement entitled "Loan Disbursements for the benefit of Robert Kowalski". Many of the entries on this exhibit pertain to paid off loans. Had the FNESTRA 2 files not been manipulated and the defense left shortchanged the wrongful nature of this vexatious prosecution would have been laid bare. These practices do not comport with the prosecutor's role as the architect of a fair trial.

In light of the cut and pasted nature of the unreliable altered WFB records, it is ominous yet somehow ironic that the prosecution would similarly employ such tactics. Certainly the records from September to December for each year exist and are available.

Wherefore Robert respectfully requests that this court enter an order:
 A.) providing that prosecution tender all deleted material instanter.
 B.) Sanction the prosecution for deleting this information
 C.) granting all further relief that the court deems just + proper

Respectfully Submitted

*/s/ Robert M. Kowalski*

Robert M. Kowalski
#53527-424
Metropolitan Correction Center
71 West Van Buren Street
Chicago, Illinois 60605



Robert M. Kowalski
53527-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

Legal Mail

S SUBURBAN IL 604
5 NOV 2021 PM 2 L

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 South Dearborn Street
Chicago, Illinois 60604

60604-180099



11/10/2021-18

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST., CHICAGO, IL 60605

The enclosed letter was processed through special procedures for forwarding to you.
This letter has neither been opened nor inspected.

NOV 0 5 2021

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.