

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No 19 CR 226-1 |
| ) | |
| Robert M. Kowalski, ) | Hon. Virginia M. Kendall |
| defendant ) | |

**FILED**
NOV 10 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## NOTICE OF APPEAL

This is Roberts NOTICE OF APPEAL Relative to Robert's motion to disqualify JUDGE KENDALL. In open court the judge indicated she had denied the motion. However, defendant has no means to determine when.

Respectfully Submitted

Robert M. Kowalski

Robert M. Kowalski
# 53527-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605



Robert M. Kowalski
#53527-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

Legal Mail

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 South Dearborn Street
Chicago, Illinois 60604

S SUBURBAN IL 604
5 NOV 2021 PM 2 L

60604-180099

11/10/2021-26

METROPOLITAN CORRECTIONAL CENTER
7. W. VAN BUREN

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected.

NOV 05 2021

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.