Mo

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

# FILED

UNITED STATES OF AMERICA )
)
) NOV 23 2021
v. ) No 19 CR 226 - (
)
) THOMAS G. BRUTON
) CLERK, U.S. DISTRICT COURT
Robert M. Kowalski, ) Hon Virginia M. Kendall
defendant )

## MOTION TO COMPELL
## BRADY VIOLATIONS

Now Comes Robert M. Kowalski, (Robert) for his motion to
compel specific information states as follows:

The FDIC has acted as a defacto prosecution team member
during this proceeding. FDIC is an instrumentality, not agency
of the United States government. However, it has acted only as
a full agency of the executive branch may, in a law enforcement
capacity. This far exceeded the subpoena power given to it by
congress in 12 USC § 1821 solely to investigate. FDIC has interfered
in a local death scene investigations with unsolicited contact
removing financial record evidence found with the defendant.
Additionally, FDIC has prevented witnesses from testifying before
the District Court. Not pausing FDIC has sworn oaths for
search warrants before the Federal court, passing themselves off
as only duly authorized law enforcement of the executive
branch is entitled.

①

FDIC, after being victimized for a loss exceeding $90 million reported dollars from Washington Federal Bank (WFB) has brought considerable vigorous animation to these proceedings. Like many victims, FDIC's searing pain represents a blinding conflict of interest which deters providing justice. However, FDIC has been strangely reluctant to provide corresponding detail of any notes or records they relied upon to substantiate their $27.2 million of legitimate bankruptcy claims. These are the same ones FDIC wrought upon Robert as successor in interest to WFB.

This information has a vital exculpatory nature in light of the "GHOST LOAN ACCOUNTS" and/or "PURPORTED LOAN ACCOUNTS" that lie at the heart of WFB failure and this case. Clearly, FDIC would not have under federal bankruptcy rules, have filed false creditor claims. Too injured to notice anything except its own selfish interests, FDIC has neglected to consider how all those fake loans and illegitimate business practices of WFB have victimized others, including bank customers. Those reported accounting manuevers-moves form a cornerstone of Roberts defense.

The incredibly swollen $27.2 million bankruptcy claims of FDIC for good legitimate debt has presently whipsawed into a $7.7 million bank embezzlement charge. A draft statement provided by prosecution entitled "amounts for benefit of Robert" is rife with paid off loans, loans of others, and replete with loan losses from others. As much as Robert disagrees with the narrow mindedness of prosecutors snapshot approach, this represents the first real effort to untangle the morass of WFB records. The OCC director of special

services in her letter of December 5, 2017 warned about the unreliable altered quality of WFB records.

The information that FDIC is hoarding about Robert's loans sheds lite on the WFB fiasco. Only FDIC knows how it came up with a grand total of $27.2 million dollars. Yes the devil, and a defense to him, lies in these details. It is about time FDIC was required to share this exculpatory Brady information that clearly exists. During several Sec 2004 bankruptcy examinations counsel for FDIC actively disclosed the presence of this unique supplementary ledger system. Presumably, this consists of WFB's other second set of cooked books.

Further there is a major inconsistency relative to WFB financial documents determined to have been at the scene of a death investigation by the Park Ridge Police Department. The F.O.I.A. response of P.R.P.D. indicates the presence of such WFB financial records. Specifically, the police report notes contact with Special Agent Sean Stephenson of FDIC. All records the FDIC agent carried away from Park Ridge are necessary for a meaningful defense.

Wherefore, Robert requests this court enter an order:

A.) Requiring FDIC prosecution member provide all material that supports their $27.2 million dollar bankruptcy claim.

B.) All material that was removed from Park Ridge

C.) All relief that this court deems just and proper

Respectfully Submitted

*Robert M. Kowalski*

Robert M. Kowalski

# 53527-424

Metropolitan Correctional Center

71 West Van Buren Street

Chicago, Illinois 60605

Robert M. Kowalski
#53527-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois
60605

2021 NOV 23 AM 7:

S SUBURBAN IL 604

09 NOV 2021 PM 8 L

FOREVER / USA

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
Chicago, ILLINOIS
60604

60E0431800

Legal Mail

Legal Mail




METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you
This letter has neither been opened nor inspected.

NOV 0 9 2021

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.





11/23/2021-4