SM

FILED
NOV 30 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 19 CR 226 |
| | ) |
| ROBERT M. KOWALSKI, | ) Hon. Virginia M. Kendall |
| defendant | ) |

### MOTION TO REQUEST COPY SERVICES

Now Comes Robert M. Kowalski (Robert) for his motion to request copying service pursuant to Federal Rule of Criminal Procedure Rule 16(a)(1)(E)(i) and the Criminal Justice Act 18 U.S.C. § 3006A states as follows:

The veritable haystack of discovery documents has been placed outside of jailed indigent Robert's reach and use. Accordingly, his defense suffers from inability to prepare due to the absence of copying services. Robert lack's all means to copy, save, and memorialize entire pertinent sections of the discovery vital for the defense. This is jeopardizing defense preparation. Because there is no means for the defense to present its own version of the case. Preparation of exhibits is all but foreclosed Robert. This process is all the more complex and compounded by

the unreliable altered state of the Washington Federal Bank records. The Seventh Circuit has held that evidence is not considered suppressed if the defendant has an opportunity to confront and use it at trial. United States v. Lawson 810 F.3d 1032 (7th Cir 2016). Without the ability to harness this material Robert is effectively unable to use it.

Rule 16(a)(1)(E)(i) Federal Rule of Criminal Procedure provides "Documents and objects. Upon a defendant's request, the government must permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the governments possession custody, or control and: (i) the item is material to preparing the defense.

Robert hereby requests that he is allowed to copy all relevant portions of the discovery as he may require for the preparation of his defense. Further the Criminal Justice Act, USC 18 U.S.C. 3006(A)(e)(1) provides for services other than counsel. Indigent Robert is unable to bear the expense of this absolutely necessary copying service. Robert requests that this service is afforded through the criminal justice act. Without being able to USE the discovery it has essentially been suppressed by the prosecution team.

2

Wherefore Robert respectfully requests that the Court enter an order:

1.) Providing for copying services

2.) Providing for all such expenses are paid under the criminal justice act

3.) all relief that this court deems just and proper

Respectfully Submitted

*Robert M. Kowalski*
Robert M. Kowalski
# 53527-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois
      60605



Robert M. Kowalski
#53527-424
Metropolitan Correctional Center
West Van Buren Street
Chicago, Illinois
60605

Legal Mail

S SUBURBAN IL 604
24 NOV 2021 PM 3 L

RECEIVED
NOV 30 2021
BRUTON
DISTRICT COURT

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN Street
CHICAGO, ILLINOIS
60604

60604-180099

Legal Mail

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605

The enclosed letter was processed through postal mailroom procedures for forwarding to you. This letter has neither been opened nor inspected.

NOV 2 4 2021

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.



11/30/2021-41