**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                              Case No.: 1:19−cr−00226
                                              Honorable Virginia M. Kendall

Robert M. Kowalski, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 29, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall as to Robert M. Kowalski. In Court Status hearing held on 11/29/2021. The Government advised they went to the Metropolitan Correctional Center (MCC) on 11/18/2021 with two law enforcement agents to meet with Defendant Robert Kowalski regarding Discovery review and issues as outlined in Status Report [518]. The Government summarized Status Report [518] for the Court. The Government reported during the meeting on 11/18/2021, Defendant Robert Kowalski identified subfolders he was unable to open and view. The Government resolved the issues, and reported they have mailed Defendant another thumb drive reproducing the thumb drive that was faulty. The Government further reported they have mailed requested Discovery indexes to Defendant for reference. Briefing schedule set as to Defendant's Motion to Suppress [512], Motion to Compel [513], Motion to Compel [514] and Motion for Release [517]; Responses due by 12/13/2021; Replies due by 12/20/2021. Defendant's Motion requesting operable Discovery [501] is denied as moot. The Government's oral motion to seal Motion to Compel [514] is granted. Defendant is admonished in open Court regarding the filing of sensitive protected documents. The Government has received documents and records from the Divorce Receiver that Defendant Jan Kowalski is requesting. Defendant Robert Kowalski objects on the grounds they may contain material covered by attorney−client privilege. Defendant Robert Kowalski is given until 1/21/2022 to review records and assert privilege over records he believes should be withheld on the basis of attorney−client privilege. In Court Status hearing set for 1/24/2022 at 12:00 PM. Over objection of Defendant, time is excluded to 1/24/2022 due to the complexity of the case, for the numerous interlocutory appeals that Defendant has filed, Defendant being joined for trial with co−defendants as to whom time trial has not run and no motion for severance has been granted, competency evaluation and for the filing and review of Pretrial Motions pursuant to Title 18, Section 3161(H)(1)(C)(A)(7)(B)(iv), and Title 18, Section (H)(6). Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.