UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 19 CR 226-1 |
| ) | |
| Robert M. Kowalski, ) | Hon Virginia M. Kendall |
| defendant ) | |

FILED
DEC 06 2021 OK
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## REQUEST FOR SPECIFIC INFORMATION

Now Comes Robert M. Kowalski (Robert) for his request for specific information states as follows:

May Robert Request the following:

1.) All claims that FDIC has made to any insurance carrier relative to the failure of Washington Federal Bank (WFB). Including but not limited to insurance coverages of Zurich and those relating to Bansley + Keiner Accountants.

2.) All records relating to the records of the FDIC professional liability investigation

3.) The identity of and all information pertaining to those 17 WFB accounts of John F. Gembara identified by Mr. Fong. Including but not limited to Gembara Ins Agency as well.

(1)



4.) WFB Trial balance specially prepared as of the date of WFB failure December 15, 2017.

5.) ALL Agreements of Robert to assume WFB loans and mortgages

6.) A "cheat sheet" spreadsheet prepared by Ms Mandujano for missing "GHOST LOAN ACCOUNTS" 18362- 18370.

7.) "OMIT LIST" prepared by Jane Tran (Iriondo).

8.) All Financial Records Removed from the Park Ridge Police Department custody pertaining to the death scene investigation of John F Gembara by Special agents of FDIC.

9.) All the notes John Gembara prepared on what was termed his "yellow pad".

10.) Reports of investigation of FDIC Special agents and all other prosecution team members related to this WFB failure. Including reports of all analysts.

11.) FDIC order of investigation date 1-16-2018 and all other such orders.

12) List of Questions OCC auditors gave to John Gembara (2017)

13.) The identity of all WFB depositors who were not made 100% whole by FDIC for their lost deposits

14.) On August 27, 2020 Special Agent Evans said there are additional examples of WFB customers who had non-performing loans and continued to receive loan distributions after they were not making any payments. May Robert request a list of these

15.) Loan Payment histories OCC obtained from Ms Torres, November 2017.

16.) Amended call report filed by WFB December 2017.

17.) A detailed ledger compiling all sources of WFB loss.

18.) Schedules of Real Estate prepared by FDIC Special Agent Jacob Evans.

19.) Several whistleblower letters were directed to the FBI and USAO. What became of these requests for investigation.

20.) All information for all of John Gembara's phone accounts including home numbers

21.) All R.E. Tax payments and negative escrow payments made through "Ghost Loan Accounts" 18362 - 18370

22.) All emails between CEE and Ms Mandujano

Respectfully Submitted

*Robert M. Kowalski*

Robert M. Kowalski

#53527-424

Metropolitan Correction Center

71 West Van Buren Street

Chicago, Illinois 60605

Robert M. Kowalski
#53527-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois
60605

Legal Mail

12/06/2021-19

Clerk of the United States District Court
For the Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois
60604

