FILED
DEC 09 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No 19 CR 226-1 |
| ) | |
| Robert M. Kowalski, ) | Hon Virginia M. Kendall |
| defendant ) | |

## EMERGENCY MOTION
## TO ENJOIN MCC LOCKDOWN PRACTICES

Now Comes Robert M. Kowalski, (Robert), for his emergency motion to enjoin MCC Lockdown Practices states as follows:

On Monday November 29, 2021 the MCC forecast called for sudden lockdown. Today December 2, 2021 will have an afternoon cold front moving through bringing more MCC Lockdown. With staffing shortages the forecast has a chance of lockdown everyday. No one at the MCC really wants to keep the MCC in crises lockdown mode, but leadership has failed to hire sufficient staff to operate a jail as the constitution requires. The Federal Bureau of Prisons reports they are feeling the pinch as others are pulled into fill in for missing officers. When asked at a Senate hearing about Federal prison staffing, Attorney General Merrick Garland said, "I agree this is a serious problem at the Bureau of Prisons".

There are no valid penalogical reasons to impose more LOCKDOWN upon pre-trial MCC detainees. Robert has been placed in defacto solitary confinement for over six months. While locked down Robert has no access to real law library nor discovery laptop resources. He is kept locked in a cell for 23.5 hrs/Day alone like a Super Max plus inmate. Recreation, religious association, grooming, hygiene, and all rights in Warden Heisner's Handbook have been compromised. They represent hypocrisy.

The Supreme Court in Bell v Wolfish 441 U.S 520 (1979), provided that pre-trial detainees may not be punished consistent with due process values. This has become an empty promise. Where at MCC, not only must Robert endure the physical, mental torment of isolation, and deprivation, but he must also contend with the knowledge that as a pro-se defendant he can not adequately mount a defense to meet the government's case. He is in the jaws of a plea bargain factory as an unarmed prisoner. One that swamps one's presumption of innocence by presumption of innocence by making it impossible to present vindication, quenching all hope. This is the equivalent of a Gulag. Add in some waterboarding and Robert may well be in Abu Ghraib prison in Iraq.

The brand of Justice envisioned by the Constitution demands more of the Bureau of Prisons than breaking of the souls of defendants. The above causes irreparable harm that money damages cannot remedy.

Wherefore Robert respectfully requests this Court enter an order:

1.) Enjoin the continued pretrial punishment incarceration.

2.) Require the MCC to allow Robert the ability to mount a defense

3.) All relief that this Court deems just and proper

Respectfully Submitted

*Robert M. Kowalski*

Robert M. Kowalski
#53527-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

Robert M. Kowalski
#53527-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

Legal Mail

CAROL STREAM IL 601
4 DEC 2021 PM 5 L

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 South Dearborn Street
Chicago, Illinois 60604

RECEIVED

DEC 09 2021 CR

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605

The enclosed correspondence process through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected.

DEC 03 2021

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the matter for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.