RE: Computer equip for client?	https://mail.aol.com/webmail-std/en-us/PrintMessag

**From:** John_Murphy
**To:** sshanin
**Subject:** RE: Computer equip for client?
**Date:** Mon, Oct 3, 2022 3:02 pm

Hi Steve—

We do not have unused computer equipment available. Even if we did, our computers are for the use of our staff alone. I'm not sure what else I can say. If Judge Kendall asks, you can say you inquired and let her know that we don't have computers for defendants.

Thanks.

John



| Deliver to Steven<br>Highland ... 60035 | All | | Hello, Steven<br>Account & Lists | Returns<br>& Orders | 7 |

All   Prime Video   Buy Again   Amazon Basics   Customer Service   Groceries   Health & Household

**Early Black Friday deals are here**

Your Account > Your Orders > Order Details

# Order Details

Ordered on October 12, 2022    Order# 112-2328572-3965005

View or Print Invoice

**Shipping Address**
Robert Kowalski


**Payment Method**


**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $123.61 |
| Shipping & Handling: | $2.99 |
| Free Shipping: | -$2.99 |
| Total before tax: | $123.61 |
| Estimated tax to be collected: | $12.62 |
| **Grand Total:** | **$136.23** |

∨ Transactions

## 2 Shipments

### Delivered Oct 13, 2022
Your package was left near the front door or porch.

 Amazon Basics Multipurpose Copy Printer Paper - 8.5 x 11 Inch 20Lb Paper - 3 Ream Case (1500 Sheets), 92 GE Bright White
Sold by: Amazon.com Services LLC
Return eligible through Jan 31, 2023
$20.34
**Condition:** New

[ Buy it again ]

[ Track package ]

[ Get product support ]

[ Return or replace items ]

[ Share gift receipt ]

[ Leave seller feedback ]

[ Write a product review ]

[ Archive order ]



External DVD Drive, USB 3.0 Portable CD/DVD +/-RW Drive/DVD Player for Laptop CD ROM Burner Compatible with Laptop Desktop PC Windows Linux OS Apple Mac Black
Sold by: Giotego Inc
Return eligible through Jan 31, 2023
$18.38
**Condition:** New

[ Buy it again ]

## Delivered Oct 13, 2022
Your package was left near the front door or porch.



HP DeskJet 2755e Wireless Color All-in-One Printer with Bonus 6 Months Instant Ink with HP+
Sold by: Amazon.com Services LLC
Return eligible through Jan 31, 2023
$84.89
**Condition:** New
🎁 **Gift options:** Gift Receipt and Gift message selected
*"Ship in Amazon packaging selected"*

[ Buy it again ]

[ Track package ]
[ Get product support ]
[ Return or replace items ]
[ Share gift receipt ]
[ Write a product review ]
[ Archive order ]

**Customers who bought HP DeskJet 2755e Wireless Color All-in-One Printer... also bought**                Page 1 of 7

Archive order

**Delivered Sep 21, 2022**
Your package was left near the front door or porch.

Lenovo IdeaPad 3 11 Chromebook Laptop, 11.6" HD Display, Intel Celeron N4020, 4GB RAM, 64GB Storage, Intel UHD Graphics 600, Chrome OS, Onyx Black
Return window closed on Oct 21, 2022

Buy it again   View your item

Get product support

Write a product review

Archive order

ORDER PLACED   TOTAL   SHIP TO                           ORDER # 113-4408691-9549856

**Delivered Sep 20, 2022**

Speedo Unisex-Youth Adventure Swim Mask Junior, Blue Sea
Return window closed on Oct 20, 2022

Buy it again   View your item

Get product support

Write a product review

Archive order



 using chromebook to open word document       

Q All    ▶ Videos    🖼 Images    📰 News    📖 Books    ⋮ More                Tools

About 4,350,000 results (0.48 seconds)

**Open & edit Office files on your Chromebook**

1. If you haven't yet, download the Office file to your Chromebook.
2. In the corner of your screen, click the Launcher.
3. Find your file, and double-click it to open.
4. Edit your file.

https://support.google.com › chromebook › answer    ⋮

**Open & edit Office files on your Chromebook - Google Support**

                                ❓ About featured snippets  ·  🏳 Feedback

## People also ask    ⋮

Can you open and edit Word docs on a Chromebook?

Can you access Word on a Chromebook?

Why is my Chromebook not compatible with Microsoft Word?

                                                                Feedback

▶ Videos    ⋮

 How To Open A Word Document On A Chromebook
YouTube · Tech Time With Timmy
Feb 8, 2022

Case: 1:19-cr-00226 Document #: 869 Filed: 01/31/23 Page 8 of 10 PageID #:7910

 4 key moments in this video



How to View and Edit Microsoft Word and Excel Files on ...
YouTube · Dignited
Aug 4, 2022

 6 key moments in this video



How to Open & Save Word Documents On A Chromebook
YouTube · TJ Struck
Feb 23, 2014

 4 key moments in this video

Feedback

View all →

https://www.makeuseof.com › Linux

### Can You Use Microsoft Word on a Chromebook? - MakeUseOf

Jul 24, 2021 — Yes, You Can Read, Edit **Word Documents on a Chromebook**. While a **Chromebook** doesn't natively support reading and editing **Word documents** right out ...

https://support.microsoft.com › en-us › office › how-to...

### How to access Microsoft Office on a Chromebook

**Open** the browser **on** your **Chromebook** and go to www.office.com. · For quick access, create a shortcut, or bookmark the URL in your browser. · Sign in **with** your ...

https://www.parallels.com › tips › ms-word

### How to Use Microsoft Word on Chromebook - Parallels

Visit the Chrome Web Store **on** your **Chromebook**. · **Open** the Extensions tab in the side menu, and use its search feature to locate Microsoft Office Online.

https://asapguide.com › how-to-open-microsoft-word-c...

### How to Open Microsoft Word Document on a Chromebook

Feb 24, 2022 — The easiest way to edit a Microsoft **Word document** is by launching the **file** right away. The **Chrome OS** will immediately **run** the **document on** a ...

https://atguides.humboldt.edu › google › 856228-how-...

### How do I open Microsoft Office Files (Word, Excel, PowerPoint ...

Mar 5, 2018 — How do I **open** Microsoft Office **Files** (**Word**, Excel, PowerPoint) **on** my **Chromebook**? · Download a Microsoft Office **File** · Locate the **File** in **File** ...

https://support.accelerate.education › article › 10-open-...

### Open and Save Word Docs on a Chromebook

Dec 15, 2021 — Click **on File**, then Save as Google **Docs**. The **document** will take a few seconds to convert to Google **Docs**. A new tab will **open with** the **document**.

https://www.dignited.com › how-to-access-microsoft-of...

### How to Access Microsoft Office on a Chromebook - Dignited

Aug 4, 2022 — If you would like to **open** and edit **word documents**, spreadsheets, and presentations **on** a **Chromebook**, you would need to **use** Google **Docs**, ...

https://www.techbout.com › microsoft-word-on-chrome...

### How to Use Microsoft Word On Chromebook - Techbout

The native Google **Docs** App **on** your **Chromebook** allows you to **open**, view and edit Microsoft **Word files** directly **on** a **Chromebook**. If Google **Docs** is not available, ...

## Related searches

Software for Chromebook	∧

using chromebook to open word document - Google Search

file:///C:/Users/Steven/iCloudDrive/19cr226/Chromebook%20to%20open%20word%20do...

| ChromeOS | Google Chrome | Google Docs | Google Sheets | LibreOffice | Chrome Remote Desktop |
|---|---|---|---|---|---|

See more →

**google docs**

**how to create a word** document on chromebook

**microsoft** word for chromebook **free download**

**why is** word **different on** chromebook

**microsoft office for** chromebook **free download**

**can you use microsoft** word **on a** chromebook **without internet?**

chromebook word **processor**

**microsoft** word **on** chromebook

Feedback

More results ⌄