# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 13, 2023

*Before*

DIANE S. SYKES, *Chief Judge*
DAVID F. HAMILTON, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

|  | UNITED STATES OF AMERICA, |
|---|---|
|  | Plaintiff - Appellee |
| No. 23-1193 | v. |
|  | ROBERT M. KOWALSKI, |
|  | Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:19-cr-00226-1 ||
| Northern District of Illinois, Eastern Division ||
| District Judge Virginia M. Kendall ||

Upon consideration of the **MOTION TO ENJOIN NON-COMPETENT REPRESENTATION OF STANDBY COUNSEL**, filed on February 9, 2023, by appellant Robert M. Kowalski,

**IT IS ORDERED** that the motion is **DENIED**.

form name: **c7_Order_3J**     (form ID: **177**)