

**U.S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Michelle Petersen*<br>*Assistant United States Attorney* | *Dirksen Federal Courthouse*<br>*219 South Dearborn Street, Fifth Floor*<br>*Chicago, IL 60604* | *Direct Line: (312) 886-7655*<br>*E-mail: michelle.petersen@usdoj.gov* |

November 19, 2021

Robert Kowalski #53527-424
MCC Chicago
71 West Van Buren Street
Chicago, Illinois 60605
VIA HAND DELIVERY

Re: ***United States v. Robert Kowalski et al.,*** **No. 19 CR 226**

Dear Mr. Kowalski:

During our meeting yesterday, you requested copies of the claim that the FDIC filed in your bankruptcy proceeding.[1] The claims filed by the FDIC in your bankruptcy case are publicly available documents and are not part of the government's Rule 16 discovery obligations. However, as a courtesy to you, I have printed out from PACER copies of three claims that were filed by the FDIC in your bankruptcy proceeding: Claim 20-1(7 pages); Claim 22-1 (8 pages); and Claim 22-2 (1,002 pages including the associated exhibits). Those three documents are enclosed. I have split these documents into three separate envelopes so that they will fit in the legal mailbox for hand delivery at the Chicago MCC, marked "1 of 3," "2 of 3," and "3 of 3."

I will continue to work on addressing the additional issues we discussed and will be sending you additional materials in the near future.

Very truly yours,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *Michelle Petersen*
Michelle Petersen
Assistant United States Attorney

Cc: Imani Chiphe
Standby counsel for Robert M. Kowalski

---

[1] Case number 18-09130 filed in the Bankruptcy Court for the Northern District of Illinois. A copy of the docket from that case, printed today from PACER, is also enclosed.