UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No 19 CR 226 |
| | ) |
| ROBERT M. KOWALSKI, | ) |
| defendant | ) Judge Virginia Kendall |

### EMERGENCY MOTION TO DETERMINE ROLE OF STANDBY COUNSEL

Now Comes ROBERT M. KOWALSKI, (ROBERT), for his emergency motion to determine role of standby counsel pursuant to the Fifth and Sixth Amendments states as follows:

Robert is incarcerated at the Jerome Combs Detention Center in Kankakee, Illinois pending sentencing. Accordingly, he has no access to the District Court docket, P.A.C.E.R., Record of court proceedings, and discovery amongst other essential items. This material is necessary to prepare for his sentencing hearing. Standby Counsel Bischoff has been advised of Robert's dire predicament and specific needs. Nevertheless, those promised resource materials have not reached Robert's cell. The already once delayed sentencing hearing is less than sixty days away.

The lack of these sorely needed materials interferes with Robert's presentation of his defense. This resulting inability of Standby Counsel to work in a collaborative fashion is rather de ja vu for this proceeding. Coming as it does on the heels of Mr Shanin's puzzling Chromebooking imbroglio.

It is vain to give a man his day in court without allowing him the opportunity to prepare for it. Powell v. Alabama, 287 U.S. 45 (1932). Once again, Robert's Sixth Amendment Right to Represent himself has been thwarted, interfered with, by a Standby Counsel due to no fault of his own. The trial court has broad discretion to define "what if any, assistance standby, or advisory counsel may provide a defendant conducting his own defense". United States v. Lawrence, 161 F3d 250 (4th Cir 1998).

Wherefore, Robert respectfully requests this court enter an order that allows and identifies the essential tools Standby Counsel will provide so that a meaningful adequate defense may be prepared.

Respectfully Submitted

*Robert M. Kowalski*

ROBERT M. KOWALSKI

#499069

Jerome Combs Detention Center

3050 Justice Way, Kankakee, Illinois 60901