UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) No. 19 CR 226 | |
| ) | |
| ROBERT M. KOWALSKI ) | |
| ) | |

**FILED**
DEC 15 2023 JCM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION FOR RELEASE PENDING SENTENCING

Now Comes Robert M. Kowalski, (ROBERT), for his motion to allow Release pending sentencing pursuant to 18 U.S.C § 3143, 18 U.S.C 3145(c), Napue v. Illinois, 360 U.S 264 (1959), the Fifth Amendment, and Fourteenth Amendments states as follows:

### COUNT THE COLLATERAL TOO!!

At the __HEART__ of what the government creatively termed "__GHOST LOAN ACCOUNTS__" and later as "__PURPORTED LOANS__" actually consisted of Robert's good and valuable real estate consideration. In the context of a Halsted Street development, Robert and William honorably pledged certain productive real estate properties to Washington Federal Bank (WFB) as __COLLATERAL__ for certain letters of credit posted with Evergreen Bank Group. So that this real estate security could be __SOLD__ to __SATISFY__ any debt obligation, in the event their WFB letters of credit were drawn

upon. Mortgages provided the requisite security interest to perfect the WFB interest in the property. These are not loans in a vernacular sense. Since WFB did not advance any funds directly to the mortgagor. But these served in a greater commercial sense as a <u>SECURITY</u> for another obligation, a surety.

Robert and William scrupulously provided no less than thirteen debt free real estate assets to secure their contingent debt. The fair market value of these properties far exceeded the recorded face value of each mortgage. These properties, however, were <u>NOT SOLD</u> by WFB to satisfy the Letter of Credit debt. WFB employed this collateral in a fraudulent deceptive manner to deceive its auditors. Rather than recoup its investment, WFB retained the collateral with the owners equity trapped by their mortgage for their own purposes. Namely, to deceptively conceal WFB's true financial condition at Robert's and William's expense. Proof thereof lies strewn everywhere:

1.) Indictment at paragraph 00 shows how WFB loan processor Mandujano reduced two large loans by several million dollars and then inflated thirteen other of Robert and William's loans by a corresponding amount.
2.) Government Exhibit 908 shows Roberts collateral hiding in the far left column
3.) Government Exhibit 904 again reflects more collateral parcels in the far left column.

4.) <u>CHANGED CUSTOMER LIST</u>, Government Exhibit 33, page two contains twelve parcels of collateral being manipulated and remanipulated by WFB fraudsters. Also, it chronicles how Robert's mailing address was shifted to another customer, so not to alarm Robert to the illicit use being made of his property.

### CREDIT IS DUE

The consumption of his properties did not benefit Robert. Ultimately, WFB deception first resulted in a $27.2 million sworn F.D.I.C creditor claim being asserted against Robert. Subsequently, it was scaled back here to a bare $8.7 million embezzlement. Notwithstanding, the whip sawing amounts of the inflated claims; under any circumstance, Mortgagors Robert and William are entitled to receive <u>CREDIT</u> for the value of their pledged real estate, taken over and used for WFB's nefarious purposes. Particularly since it was provided as security for letter of credit debt, not for any other purpose. Government analyst Lexby, keen on counting benefit could not count bricks, as it were. Consequently, Robert was convicted without receiving a corresponding benefit of his own collateral. It is indisputable that Robert is due a credit for the amount of his real estate collateral.

### CONVICTION BY OMISSION

The calculation of the master loss summary summary statement, Government Exhibit No. 957 is prima facie fatally

flawed. Simply because it notably does not furnish ANY credit WHATSOEVER for the good and valuable consideration Robert and William provided in the form of their real estate security. Conservatively, this represented a considerable multi-million value. Roberts collateral mortgages held in favor of WFB extended to over two dozen individual parcels. Once this forgotten OMITTED material value is factored back into the equation, there is no doubt Robert is owed money from WFB and FDIC!

Consequently, Robert's continued incarceration is tantamount to UNJUST incarceration. It is akin to both WFB and FDIC plundering victim (bank slave) Robert; depriving him of his hard earned property more than 20 individual buildings and then naming him thief. Robert has already wrongfully spent thirty months behind bars for the crimes of a banker and a scapegoat for FDIC. Robert can not be convicted from the basis of solicited false uncorrected material. Napue v. Illinois, 360 U.S. 264 (1959). A correction is due where a critical component of the equation has been deliberately omitted.

Wherefore Robert respectfully requests that bond is allowed and the conviction vacated.

Respectfully Submitted,

Robert M. Kowalski

( ) Changed Customers Name

② "in fact didn't marsha Boat"

Robert M Kowalski  2918 S Wentworth Ave Chicago, IL 60616

| Loan Number | Loan Balance | Property Address |
|---|---|---|
| 15631 | $ 637,219.63 | 1512 W Polk Chicago, IL 60607 |
| 18362 | $2,758,530.97 | 833 W Fulton Chicago, IL 60607 |
| 18370 | $2,733,572.51 | 857 W Fulton Chicago, IL 60607 |

Piorun Properties  2918 S Wenworth Ave Chicago, IL 60616

| Loan Number | Loan Balance | Property Address | |
|---|---|---|---|
| 20676 | $560,965.56 | 5447 W Leland Chicago, IL 60630 | SOLD 2009 |
| 21062    (Spears) | $539,407.78 | 5301 W Leland Chicago, IL 60630 | |
| 21907 | $839,267.86 | 1748 N Bissell Chicago, IL 60630 | |
| 1019597   (Drozd) | $162,827.27 | 027 S Chicago New Buffalo MI 49117 | |
| 03001768   (B Romero) | $182,026.90 | 2547 W 59th St Chicago, IL 60629 | |
| 05020794   (B Romero) | $193,339.33 | 2547 W 59th St Chicago, IL 60629 | |
| 05021944 (LaSalvia) | $106,728.68 | 2325 W Ohio Chicago, IL 60612 | |
| 05022322 (Espana) | $550,672.38 | 6232 N Keating Chicago, IL 60646 | SOLD |
| 05022542   (Republic) | $326,791.47 | 11613 S Vincennes Chicago, IL 60643 | |
| 05022550   (Republic) | $314,210.92 | 11611 S Vincennes Chicago, IL 60643 | |
| 05022584   (B Romero) | $193,280.64 | 5340 S Rockwell Chicago, IL 60632 | |
| 05022673 (Espana) | $513,355.14 | 6234 N Keating Chicago, IL 60646 | SOLD 2012 |
| 05022801   (E Navarro) | $418,219.82 | 2712-14 W North Ave Chicago, IL 60647 | |
| 05022835 | $650,629.62 | 2943 W Jarvis Chicago, IL 60645 | SOLD 2010 |
| 05023255 (Spears) | $347,482.54 | 6522 S Ellis Chicago, IL 60637 | |
| 05023263 (Spears) | $210,379.03 | 1823 N Keeler Chicago, IL | |
| 05023742   (Perry & Perry) | $570,452.89 | 6806 S LaFayette Chicago, IL 60621 | |
| 05024235 | $788,478.22 | 1738 N Bissell St Chicago, IL 60614 | SOLD 2011 |
| 05024439  (Spears) | $135,392.69 | 6522 S Ellis Chicago, IL 60637 | |
| 08001682   (Drozd) | $170,271.76 | 027 S Chicago St New Buffalo MI 49117 | |
| 05020184   (Padilla) | $151,876.12 | 958 Brassfield Ave Romeoville, IL 60446 | |
| 08001802   (Padilla) | $181,982.80 | 958 Brassfield Ave Romeoville, IL 60446 | |

EXHIBIT 19

22
17


GOVERNMENT EXHIBIT 33

( ) Changed Customers Name

*Loan Balance when?* ↗

### Indomitable 2918 S Wenworth Chicago, IL 60616

| Loan Number | Loan Balance | Property Address | |
|---|---|---|---|
| 21892 | $779,072.38 | 1742 N Bissell St Chicago, IL 60614 | |
| 05023603 | $479,409.24 ~~254,409.24~~ | 6555 S Greenwood Ave #1 Chicago, IL 60637 | |
| 05023629 | $313,826.24 *538,826.29* | 2648 W Luther Ave Chicago, IL 60608 | |
| 05023645 | $454,827.14 *200 654,827.14* | 2120 N Lockwood Ave Chicago, IL 60639 | — $135 |
| 05023653 | $323,309.88 *598,309.88* | 4547 S Union Ave Chicago, IL 60609 | |
| 05023679 | $402,469.39 *613,028.34* *2 to 888.88* | 2128 N Mobile Ave Chicago, IL 60639 | ← SOLD |
| 05023687 | $558,990.18 | 851 E 63rd Pl Chicago, IL 60637 | |
| 05023750 | $358,082.96 *633,082.96* | 851 E 63rd Pl Chicago, IL 60637 | |
| 05023768 | $858,936.40 | 480 Saunders Blvd Lake Forest, IL 60045 | |
| 05023776 | $858,997.02 | 3693 Leonard Wood East Highland Park, IL 60035 | ← SOLD |
| 05023784 | $551,596.23 *651,596.23* | 6411 S Maryland Chicago, IL 60637 | — 180,000 |
| 05024099 | $339,550.00 *614,550.00* | 1946 S Canalport Ave Chicago, IL 60616 | |
| 05024104 | $311,750.00 *586,750.00* | 1948 S Canalport Ave Chicago, IL 60616 | ← SOLD |
| 05024528 | $834,994.34 | 801 W Fulton Chicago, IL 60607 | ← SOLD |

*when sold* (annotation left of row 05023679)

### Inflexible 2918 S Wenworth Ave Chicago, IL 60616

| Loan Number | Loan Balance | Property Address | |
|---|---|---|---|
| 05022657 | $971,397.41 | 809 W Fulton Market Street Chicago, IL 60607 | ← SOLD |

### Invincible LLC 2918 S Wenworth Ave Chicago, IL 60616

| Loan Number | Loan Balance | Property Address | |
|---|---|---|---|
| 21923 | $741,935.15 | 1746 N Bissell St Chicago, IL 60614 | |
| 05022665 | $971,236.53 | 811 W Fulton Market Street Chicago, IL 60607 | ← SOLD |

17

ROBERT M. KOWALSKI
#499069
Jerome Combs Detention Center
3050 Justice Way
Kankakee, Illinois 60901

CLERK OF:
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, Illinois
60604

Legal Mail          Legal Mail



12/15/2023-11

This Correspondence is from
a detainee from:
Jerome Combs Detention Center
3050 Justice Way
Kankakee, IL 60901



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022