SM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION **FILED**

UNITED STATES OF AMERICA )

)                                   DEC 18 2023 AXA

)                                   **THOMAS G. BRUTON**
v.                                        ) No 19 CR 226        **CLERK, U.S. DISTRICT COURT**

)

)

ROBERT M. KOWALSKI,                       )

defendant                   ) Judge Virginia M. Kendall


## MOTION TO VACATE TAINTED CONVICTION

Now Comes Robert M. Kowalski, (ROBERT), for his motion to
vacate the verdict of guilt and for a new trial pursuant
to Federal Rule Crim Pro 33(b), Napue v. Illinois, 360 U.S
264 (1959), the due process clause of the Fifth and
Fourteenth Amendments U.S. Const states as follows:


## CREATIVE ACCOUNTING CONVICTION

Substantial real estate collateral was pledged by debtor
Robert as security for his Washington Federal Bank (WFB)
Notes and obligations. However, the value of his posted
collateral was <u>NOT</u> credited against the principal amounts
of debtor Robert held by FDIC. within government exhibits
900, 902, 904, 908, and 910 analyst confirmed the existence
of this considerable resource, which extended to over two
dozen good and valuable individual properties. Nevertheless,
agent Lexby slyly refused to credit Robert for the value of
his collateral against any money owed. Thus allowing the
prosecution to convict Robert out of their patently false

uncorrected statements. Had analyst Lexby prepared
scrupulously honest accurate statements, these would
undoubtedly have confirmed that Robert was in fact
owed money by WFB! Not one nickel of his collateral
was applied to a debt. Had the jury learned the
governments accounting exhibits concealed such a fundamental
misrepresentation, and Robert received NO BENEFIT
whatsoever. It is more than likely a different verdict
would have been reached.

## BACKGROUND

In a related parallel bankruptcy case No 18 BK 9130,
prosecution team member FDIC claimed that Robert owed
$27.2 million to WFB. Here, at trial this enormous,
formidable, and obviously inflated amount was whittled
down by analyst Lexby to less than a third of its former
imposing value. He reduced it down to $8,742,681.$\frac{41}{}$
exactly. A former I.R.S. agent, Mr Lexby testified based
upon a series of chart exhibits he compiled from altered
unreliable WFB records. He espoused a "BENEFIT"
theory without understanding the nature or content of
each disbursement.

Despite his best efforts, these Lexby charts are RIFE
with numerous prima facie errors. They do not reconcile
the fraudulent WFB bookkeeping. Largely because the
assumptions they rely upon were drawn from records
deemed ALTERED and UNRELIABLE without correction.
Agent Lexby could not have ascertained the forensic

history behind each entry solely from NON-crossreferenced accounting records alone. Shortcomings aside, Mr Lexby's charts shed light on how mortgage loan customer Robert was first victimized by a predatory Lender WFB and then falsely convicted by a vindictive reckless prosecution.

## NAPUE VIOLATIONS

The government violated due process when it obtains a conviction by soliciting or failing to correct false evidence. Napue v. Illinois, 360 U.S. 264 (1959). Here the government produced a crafty knowing presentation of false evidence at trial it created, that it knew to be false without correction. In particular, Mr Lexby a former IRS Agent and financial analyst testified extensively to "PAYMENTS FOR BENEFIT OF ROBERT KOWALSKI". But he neglected to consider pledged collateral. His expert testimony consisted of an explanation determined from a slew of exhibits he had prepared. Based upon the "GHOST LOAN ACCOUNTS" record of a failed WFB. These exhibits were marked as government exhibits 900, 902, 908, 906, 910, 914, 916 and most importantly conclusion Loss Summary Schedule 957. This delivered the KNOCKOUT BLOW by showing a whopping massive Loss calculation of $8,742,681.[41] However, a prima facie review shows these slick exhibits are teeming with factually fraudulent inaccuracy and material omission. The Jury employed these admitted into evidence exhibits during its deliberation.

The government knew this information was incorrect when it was presented. In view of the fact its exhibits originated with material coming from an unsavory dubious source. Long ago, on December 5, 2017; the Office of the Comptroller of the Currency, (OCC), director of Special Services released: "interim results of 2017 Full Scope Examination" of WFB. Wherein she observed:

A.) there is great concern regarding the lack of internal controls and/or the breakdown of internal controls with respect to the accuracy and completeness of the banks books and records

B.) the bank's books and records are UNRELIABLE and contain ALTERATIONS.

C.) Former President Gembara and Loan Procesor Mandujano created false documents including, but not limited to, payment histories and loan trial balances

Despite the clear need for caution, analyst Lerby and prosecution did not heed the precautionary warnings issued by a sister governmental authority. They compiled their charts utilizing the same adulterated inaccurate incomplete WFB data, without METICULOUS regard to the truthfulness or completeness thereof. Similar to those OCC auditors who before refused to note Red Audit Flags (See Material Loss Report Exhibit A). Instead of correcting inaccurate falsehoods, agent Lerby proceeded to further compound the damaging fraud contained within. These exhibits are patently false. Analyst Lerby did not bother to double check his facts as follows:

A.)                          EXHIBIT 900

              BISSELL STREET DEVELOPMENT

Government Exhibit 900 includes checks Nos 12939, 12947,
13955, 13956, 13957, and 13958; which total $218,008.$^{04}$
Relative to certain Bissell Street Loans. However, these
accounting maneuvers pertain to other loans of other client's
properties. Namely to: loan No 05-02483-7 belonging to
Gitano Enterprises, Malca Construction (ABT appliances for
2425 West Winona), and Javier Espana (closing costs payable
to Nancy Quintana purchaser's attorney 6232 N. Keating)
Respectively.


Government expert agent Lexby also without integrity
neglected to include Bissell payments found elsewhere on
his well prepared charts. (See Exhibit 914, pages 33 and 35;
also Exhibit 916, pages 30 and 32). Likewise expert Lexby
identified a Chicago Title indemnity check elsewhere from
the Kent sale of 1740 N Bissell. That he misapplied to loans
# 18362 and # 18370 in the amount of $19,932.$^{-}$ (See Exhibit
B.). In total, incorrectly, he overlooked the additional sum
of $387,310.$^{04}$ that should properly have been credited to
Bissell loans. Thus, he should have reported to the jury the
NET BENEFIT to Robert was NOT CASH RECEIVED. But was
actually a net amount that WFB/FDIC owed to him of
$309,667.$^{80}$ !! More importantly, Mr Lexby's expert
analysis unequivocally discloses that the remaining three
homes of 1742, 1746, and 1748 N. Bissell should have been
FREE AND CLEAR of ALL entangling WFB mortgage loans.
WFB Release deeds ought to have been issued.

Nevertheless, that was hardly the end of the WFB equity stripping scheme of a predatory lender. Upon failure of WFB, Robert's three million dollars of equity had been systematically stripped away to the bone. Government Exhibit No. 33 provides what WFB termed a "CHANGED CUSTOMERS NAME" list. It shows how their scheme operated. Exhibit 33 reflects: 1748 N. Bissell with a balance of $839,267, 1746 N. Bissell had $741,935.[5], 1742 N. Bissell $779,000, and long since sold in 2011, Repaid 1738 N. Bissell $788,478.[23]. Robert definitely did not benefit from unfunded WFB construction mortgage loans. That left him relying to his detriment on financing that did not materialize. Robert was literally left in a hole he excavated. Depleted of resources after demolishing a structure and placing two concrete foundations, at his own considerable expense ca $100,000.¯. Robert's premium homesites became the weed strewn eyesore bane of the Lincoln Park Ranch Triangle community. WFB refused to supply recordable release deeds for its unfunded construction loans, adversely affecting record title. Ultimately, FDIC, as receiver for WFB, pursued creditor claims for these fraud amounts. Further compounded the harm inflicted in the amount of $4,094,932.[46]. Instead of simply tearing up or burning these WFB fraudulent mortgages, that had been paid off many years earlier.

## EXHIBIT 902

### 801-11 WEST FULTON MARKET STREET $664,877.68

This parcel was sold and closed at Chicago Title on or about June 12, 2014; for $2,625,000.-. See deed recorded as Cook County Recorder of Deeds document No 141782601. Thereafter, WFB provided its release of mortgage at document No 1511116018 on April 21, 2015. Public records are clear that this debt was settled and paid. The jury learned otherwise.

## EXHIBIT 908

### LETTERS OF CREDIT $1,700,000

Government exhibit No 908 reflects that the foregoing obligation was divided up amongst six properties that Robert and his brother William, heretofore pledged as valuable security for the contingency that THEIR Letters of Credit to Evergreen Bank Group for development of 210 and 220 N Halsted, might one day be drawn upon. Agent Lerby identified these properties included: 1.) 3693 Leonard Wood, Highland Park; 2.) 480 Saunders, Lake Forest; 3.) 851 E. 63rd Place, Chicago; 4.) 6411 South Maryland, Chicago; 5.) 2648 W. Luther, Chicago; and 6.) 4547 S. Union, Chicago. Additionally, Mr. Lerby did not appreciate that additional collateral was pledged to WFB. Namely: 7.) 6555 S. Greenwood Mort Doc# 1011319029; 8.) 4041 S. Calumet Mort Doc# 111713063; 9) 4126 S. Calumet Mort Doc# 1212131027; and 10.) 2120 N Lockwood 1011319023. The total recorded value of these added collateral mortgages was $487,000. The buildings themselves were worth considerably more.

Prior to the WFB mortgages these properties were owned without any encumbrance whatsoever. Robert and William pledged good and valuable consideration in the form of Real Estate collateral for THEIR obligations ALONE. The market value of these parcels greatly exceeded stated recorded amount of the mortgage. The Lexby chart amount also changes Robert with letters of credit of others:

A.) Gregory Gajewski, Gage Development $ 400,000. -

B.) Jorge Sanchez, Fargo Group $ 400,000. -

Robert is hardly required to become a SURETY for the obligations of others; without requisite documentation pursuant to the Illinois Statute of Frauds Act. 740 ILCS 80/2 (west 2012). Further, it is Robert's understanding that subsequently Jorge Sanchez repaid his Letter of credit. Our Jury was misled Agents Lexby's erroneous exhibit. Robert would have been in the same position with or without having produced collateral. Agent Lexby subtracted absolutely no value whatsoever to ten valuable productive properties.

## EXHIBIT 904

### LIBERTY MUTUAL APPEAL BOND : $ 655,000. -

Similarly, Robert provided additional collateral in the event his appeal bond was drawn upon. This included:

1.) 6500 South Drexel Avenue, Chicago; recorded as mortgage doc # 1212131024 $ 192,000. -

2.) 1843 South May Street, Chicago; recorded as doc# 1530322013 mortgage $ 268,000. -

3.) 6442 South Maryland Avenue, Chicago; recorded as mortgage doc # 1212131020 $ 226,000. -

4.) 6835 South Merrill Avenue, Chicago; recorded as
    mortgage doc # 10733 1110       $ 250,000.—

Collectively, these four mortgages provided $ 936,000 of
good and valuable consideration relative to this potential
obligation. Additionally, prior to WFB failure the May
and Maryland buildings were refinanced with another
lender. Directly paying down the amount of the appeal
bond by $ 494,000.—. The jury learned none of this. No
value was given to the remaining assets. Nor did these
payoffs received reduce this debt.

## EXHIBIT 906

## SEA RAY 460 BOAT (EXPELLIARMUS!) $ 190,000.—

The former president of WFB provided this check as
HIS contribution to our boat partnership. However,
the government's discovery in this proceeding unexpectedly
contained an interesting memo from WFB vice president
Marsha Bradley. From this memo it was learned that this
amount had been subsequently shifted on her order on
March 31, 2008 and applied to:

A.) a construction mortgage ML Acct # 50105022178,
    pertaining to Robert's company Sheffield Development's
    site at 7508 W. 64th Street, Summit, IL $ 160,000.—

and B) a junior WFB loan on Robert's personal residence
    at 1512 West Polk Street, Chicago, IL $ 30,000.—

(See Mortgage Statement Exhibit C.) These bookkeeping
moves were conducted without Robert's authority. The
jury never learned of Exhibit C nor that consequently
Mr. Lerby's analysis contained a material omission.

EXHIBIT 910

REAL ESTATE TAXES PAID FOR BENEFIT OF ROBERT

CONTROLLED PROPERTIES

1.) 2-5-2013 <u>6442 S. Maryland, Chicago, IL</u>
Taxes paid amounted to $ 25,573.$^{13}$
and again on 9-24-2015 $ 35,847.$^{63}$
$ 61,422.$^{76}$

WFB was paid off after Urban Partnership Bank refinanced. (See Cook County Recorded Document # 1531722048), $ 500,000; thereafter WFB furnished its release Doc# 1623545058, Likewise, FDIC provided a release after WFB had sought to perpetuate more fraud by revival of this paid off mortgage at Doc# 1907317038.

2.) 7-5-2016 <u>2128 N. Mobile, Chicago, Il</u>
Taxes paid amounted to $ 17,434.-
Indomitable, LLC sold this property on November 18, 2013. See document # 1312845056. Consequently, at the time WFB paid these taxes Robert no longer owned the home

3.) 6-20-2014 <u>1948 S. CaNalport, Chicago, IL.</u>
Taxes paid amounted to $ 64,444.$^{94}$
This new two flat was sold in 2015. At that time WFB provided a payoff letter and a subsequent release deed that included these taxes.

<u>NOT ATTORNEY KOWALSKI'S PROPERTY</u>

4.) 8-7-2014  1918 W. Cermak - Trinity LLC  $ 39,372.$^{68}$

Robert's representation began in 2014. Cook County real
estate taxes are paid on an accrual basis (one year behind).
There are NO circumstances where Robert is responsible.


5.) 8-7-2014  1709-11 S. Newberry - Society Bldrs, LLC  $ 24,688.$^{44}$

Roberts representation began in 2014. Cook County Real
estate taxes are paid on an accrual basis (one year behind).
There are No circumstances where Robert is responsible.

<u>CHANGED CUSTOMER LIST</u>

6.) 9-23-2013  5340 S. Rockwell, Chicago Benito Romero $17,143.$^{19}$

7.) 9-23-2013  2547 W. 59th St, Chicago, Benito Romero $15,189.52

8.) 1-26-2016  5307 W Leland, Chicago, Maka Const  $ 9,842.30

9.) 1-12-2016  11613 S. Vincennes, Chgo, Republic Prop  $ 25,853.91

10.) 1-12-2016  1823 N. Keeler, Chicago, R. Spears  $ 13,595.17

11.) 1-12-2016  5301 W. Leland, Chicago, R. Spears  $ 32,503.$^{07}$

12.) 7-13-2016  2547 W. 59th St, Chicago, B. Romero  $ 9,651.33

13.) 7-13-2016  5340 S. Rockwell, Chicago, B. Romero  $ 8,648.97

14.) 7-19-2016  1709-11 S. Newberry, Chicago, Society  $ 2,359.36

15.) 7-19-2016  1709-11 S. Newberry, Chicago, Society  $ 1,858.24

16.) 7-19-2016  1918 W. Cermak, Chicago, Trinity V  $ 19,276.94

17.) 11-9-2016  6522 S. ELLIS, Chicago, R. Spears $ 7,041.70


These "changed customer's" lists are part of Government's
exhibits 32 and 33. The direction to create changed
lists is contained at government exhibit 35 in the
former WFB presidents own handwriting. On April 9,
2019 Alicia Mandujano explained why she was instructed

to prepare such lists. She was questioned by FDIC
under oath: (SEE EXHIBIT     )

    Q: Was there any discussion you had with MR
      Gembara about his desire NOT to have other
      real estate owned on the banks books?
    A: John said the bank wasn't in business to
      take customer's properties, that they were
      in business to make money.

It is common practice in Illinois for attorney's to structure
any deed in lieu of foreclosure pursuant to 735 ILCS
5/15-1401 to avoid exposing the bank to liability from
property ownership. For example in Northbrook Bank v
Omalley 2017 IL App (1st) 160438 U the court observed this
practice:

    "pursuant to the settlement agreement, Bill on behalf
    of Woodsmill Park, executed a "Warranty deed in lieu
    of foreclosure" for the sale of 1344-56 S. Michigan
    property, dated November 15, 2012; WHICH WAS
    CONVEYED TO NORTHBROOK BANKS ASSIGNEE"

Being the assignee of a deed did NOT without much
more entail that Robert had become a SURETY for
WFB. The statute of frauds provides in pertinent
part as follows:

    "No action SHALL be brought, whereby to charge
    the defendant upon any special promise to answer
    for the debt, unless the promise or agreement
    upon which such action shall be brought, shall be
    in writing and signed by the party to be charged

therewith, or some other person thereunto by him lawfully authorized". 740 ILCS 80/1 (west 2014).

During their deposition FDIC also asked WFB Loan Processor Ms Mandujano about her changed customer list:

Q: Was there any documentation where Mr Kowalski explicitly ASSUMED the loans?

A. NO.

EXHIBITS 914 + 916

LOANS # 18362 And # 18370

In the matter of: Washington Federal Bank Ms Mandujano was question on the captioned loans.

Q At the time the bank was closed, there were two loan files to Mr Kowalski, 18362 and 18370. And do you remember the PURPOSE or use of those two loans.

A. To pay Mr Kowalski's loans and Perry + Perry, Spears, all the loans he took over.

Ms Mandujano was also asked what Robert was doing to the deed in lieu properties? She responded:

A. I thought he was going to rehab them and then sell them and get them paid at the bank back for the loans.

That is exactly what Robert was attempting to accomplish! Exhibit 914 at page 8 and Exhibit 916 page 5 contain a check # 12665 payable to "Art Roofing 2425 Winona" in the

amount of $2,500.-. This address coincides with a new construction home abandoned by Montgagor Maka Construction. Robert completed the home as part of his representation and sold the home pursuant to his client WFB's instruction. The proceeds returned to WFB. Such expenses did not constitute a loan to Robert. Agent Lexby's exhibits contain rampant errors. They should not have been used to manipulate a conviction.

As long as Mooney v. Holohan, 294 U.S. 103 (1935) the Court has made clear that presentation of known false evidence is incompatible with rudimentary demands of Justice. The same result obtains when the state, although not soliciting false evidence, allows it to go uncorrected when it appears. Napue v. Illinois, 360 U.S. 224 (1959). A claim under Napue will SUCCEED when: 1.) the testimony was actually false, and the false material was material. Jackson v. Brown, 513 F3d 1057 (9th Cir 2008). The exhibits prepared by Agent Lexby that were subsequently introduced into evidence are indisputably riddled with falsity. Rather than weed out inaccurate fraud data from records deemed unreliable, prosecution merely adopted the fraud as its own. The enormity of the false testimony amounted to the material, not inconsiderable sum of $8,742,682.[41]. Agent Lexby notably neglected to include the value of Robert's pledged collateral. Thus, Robert has overpaid and is entitled to a refund.

The prosecution was repeatedly warned about the character and quality of WFB's altered unreliable records. But chose stubbornly to tread into deep fraud fraught waters, without _FIRST_ correcting materials they _KNEW_ were fraudulent and proceeded regardless of the prejudice that ensued. A new trial is required if the false testimony could in any reasonable liklihood have affected the judgment of the jury. Napue v. Illinois, 360 U.S. 264 (1959).

There is no doubt that presenting charts that displayed the obviously incorrect amount of an $8,742,681.[41] embezzlement _AFFECTED_ the jury. Particularly, where the correct amount once the blatant errors and value of over twenty properties pledged as collateral are subtracted. Equals that Robert is owed a considerable amount by WFB/FDIC. Such a result should not be surprising where the fraud lender engaged in massive fraud upon its government auditors and depositors. That predatory practices would also be visited upon mortgage customers. A conviction obtained through use of false evidence, known to be such by representatives of the state _MUST FAIL_ under the fourteenth Amendment. Long v. Butler, 809 F3d 299 (7th Cir 2015).

wherefore Robert respectfully requests this court
enter an order that vacates the conviction, sets
a new trial, and requires repayment of the over-
payment provided by ROBERT.


Respectfully Submitted,

ROBERT M. KOWALSKI
# 499069
Jerome Combs Detention Center
3050 Justice Way
Kankakee, Illinois 60901

# Robert Kowalski
## Loss Summary Schedule

**Disbursements via loan # 18362:**

2010 Items:              $423,460.99 Government Exhibit 912
2011 through 2017:     $1,986,283.00 Government Exhibit 916

**Disbursements via loan # 18370:**

2010 Items:              $341,188.92 Government Exhibit 912
Oct. 5, 2010 through 2017:  $1,966,406.10 Government Exhibit 914

**Letters of Credit:**      $1,700,000.00 Government Exhibit 908

**801-811 Fulton Market:**   $640,877.68 Government Exhibit 902

**Sea Ray yacht - 7/13/07:**
"Expelliarmus"          $190,000.00 Government Exhibit 906

**Liberty Mutual Appeal Bond:**  $655,000.00 Government Exhibit 904

**"Bissell Loans":**

Disbursed via loan #5021907 - Piorun Properties - 1748 Bissell   $383,474.45 Government Exhibit 900
Disbursed via loan #5024035 - Piorun Properties - 1738 Bissell   $241,588.34 Government Exhibit 900
Disbursed via loan #5024269 - Piorun Properties - 1740 Bissell   $241,516.90 Government Exhibit 900
Disbursed via loan #5021923 - Invincible - 1746 Bissell        $269,342.78 Government Exhibit 900
Disbursed via loan #5021892 - Indomitable - 1742 Bissell     $222,108.26 Government Exhibit 900
Loan Payoff - 4/24/12 #24269               -$511,985.24 Government Exhibit 900
Loan Payoff -5/16/12 #24235              -$550,395.21 Government Exhibit 900

**Real Estate Taxes Paid by WFB:**
Various properties of RMK etal     $543,814.44 Government Exhibit 910

                        **$8,742,681.41**



GOVERNMENT EXHIBIT 957

## Robert Kowalski

### 801-811 Fulton Market:

| | Date | Check # | Payee | Amount | Document Identification Numbers |
|---|---|---|---|---|---|
| **801 Fulton Market:** | | | | | |
| Disbursed via loan #5023603 - Indomitable -6555 S. Greenwood ✗ | 7/12/2011 | 12876 | Evergreen Bank Group | $339,389.05 | USER_001-5397118; USER_001-5397119; USER_001-076433-88; FDIC-R-WCOR-10530-ONB-REP-2011-00086628_000001; FDIC-R-WFB-LTH-00000802 |
| Voided by WFB | | | | -$339,389.05 | USER_001-10530-ONB-REP-2011-00086628_000001; FDIC-R-WFB-LTH-00000802 |
| **803 Fulton Market:** | | | | | |
| Reissued check with additional $30.34 per diem | 7/13/2011 | 12877 | Evergreen Bank Group | $339,419.39 | USER_001-1779193-515b BTEL_001-008796; FHLBC_012-000010; FDIC-R-WCOR-10530-ONB-REP-2011-00086906_000002; FDIC-R-WFB-LTH-00000802 |
| Disbursed via loan #2000404D - Market Street Properties | 11/26/2008 | 11521 | First American | $550,000.00 | USER_001-4091011.xlsx; USER_001-0787835-41,42; USER_001-0756016-3; USER_001-1779191-475; BTEL_001-008378 & 006174; USER_001-4145949-1 |
| Disbursed via loan #5022649 - Market Street Properties | 1/13/2009 | 11584 | Chicago Title | $100,000.00 | USER_001-4145949-1; USER_001-0787835-1611 USER_001-0756172-10; USER_001-1779191-191 BTEL_001-008378; BTEL_001- |
| Disbursed via loan #5022649 - Market Street Properties | 2/4/2009 | 11600 | Chicago Title | $316,450.88 | USER_001-0787835-1 WIFB5934-000307794-4; USER_001-1779191; BTEL_001- |
| Disbursed via loan #5022649 - Market Street Properties | 2/5/2009 | 11603 | Chicago Title | $2,003.00 | USER_001-0788027-7; WIFB5934-000307795-7; USER_001-1779191; BTEL_001- |
| **807 Fulton Market:** | | | | | |
| Disbursed via loan #5023687 - Indomitable - 851 E. 83rd Place ✗ | 9/30/2013 | 13690 | Richard Mason As Trustee | $194,250.00 | AB_007-000524; FDIC-R-WCOR-10530-ONB-REP-2013-00017096_000001 & FDIC-R-WFB-LTH-00002288 |
| | 10/17/2013 | 13713 | Richard Mason As Trustee | $85,750.00 | AB_007-000523; FDIC-R-WFB-LTH-00002288 |
| **809 Fulton Market:** | | | | | |
| Disbursed via loan #5023784 - Indomitable - 6411 S. Maryland ✗ | 9/30/2013 | 13690 | Richard Mason As Trustee | $194,250.00 | AB_007-000524; FDIC-R-WCOR-10530-ONB-REP-2013-00022076_000001 & FDIC-R-WFB-LTH-00002324 |
| | 10/17/2013 | 13713 | Richard Mason As Trustee | $85,750.00 | AB_007-000530; FDIC-R-WCOR-10530-ONB-REP-2013-00022076_000001 & FDIC-R-WFB-LTH-00002324 |

GOVERNMENT EXHIBIT 902

**Robert Kowalski**

**Liberty Mutual Appeal Bond:**

| | Date: | Payee: | Amount: | Document Identification Number | Document Indentification Numbers WFB Accounting of Transactions |
|---|---|---|---|---|---|
| Disbursed via loan #5022178 – William Kowalski – 7508 W. 64th Street | 7/12/2017 | Wire Out #1 | Liberty Mutual | $355,000.00 | WFBS-H-0014-00083504-23; WFBS-H-0014-00083592-1, 2, 3 | BTEL_001-01432, 014159; FDIC-R-WCOR-10530-ONB-REP-2017-00050773_000001, 000006; FDIC-R-WCOR-10530-ONB-REP-2017-00050772_000001; FDIC-R-WCOR-10530-ONB-REP-2017-00050875_000005; FDIC-R-WFB-LTH-00002135 |
| Disbursed via loan #5021892 – Indemnible – 1742 Bissell | 7/12/2017 | Wire Out #2 | Liberty Mutual | $150,000.00 | USER_001-0996265-1, 2, 3 | BTEL_001-01432, 014159; FDIC-R-WCOR-10530-ONB-REP-2017-00050773_000001, 000006; FDIC-R-WCOR-10530-ONB-REP-2017-00050772_000001; FDIC-R-WCOR-10530-ONB-REP-2017-00050875_000005; FDIC-R-WFB-LTH-00001790 |
| Disbursed via loan #5023768 – Indemnible – 480 Saunders Road | 7/12/2017 | Wire Out #2 | Liberty Mutual | $150,000.00 | WFBS-H-0014-00083504-23; WFBS-H-0014-00083591-1, 2, 3 | BTEL_001-01432, 014159; FDIC-R-WCOR-10530-ONB-REP-2017-00050773_000001, 000006; FDIC-R-WCOR-10530-ONB-REP-2017-00050772_000001; FDIC-R-WCOR-10530-ONB-REP-2017-00050875_000005; FDIC-R-WFB-LTH-00002313 |
| | | | $655,000.00 | | |

Liberty Mutual Appeal Bond

GOVERNMENT EXHIBIT 904

# Robert Kowalski

## Sea Ray Yacht - 7/13/07:

| Date: | Check # | Payee: | Amount: | Endorsement: | Document Identification Number |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 7/13/2007 | 10452 | William Kowalski | $190,000.00 | Pay to the order of Chicago Sea Ray | USER_001-0140293-108, 109; SBUDS_001-000126 & 000127; BTEL_001-004861, 005129, 005130, 005132; WFBS034-00018879-1; FDIC-R-WFB-LTH-00002129 |

"Expelliarmus"

Sea Ray Yacht


GOVERNMENT
EXHIBIT
906

Page 1

**Robert Kowalski**

**Letters of Credit:**

| Payable on Demand to Evergreen Bank Group | Date: | Check #: | Payee: | Letter of Credit #: | Amount: | Document Indentification Numbers | Document Indentification Numbers WPB Accounting of Transactions |
|---|---|---|---|---|---|---|---|
| Fulton Market Loans – | | | | | | | |
| Disbursed via loan #5022776 – Indemnifiable – 3693 Leonard Wood East | 3/18/2010 | 12090 | Evergreen Bank Group | No. 8211 | $400,000.00 | USER_001-0788757-171, 172; USER_001-1121338-4; USER_001-0762228-4; USER_001-1121338-1, 2; WFB8034-00018213-2; FDIC-R-WFB-LTH-00002314 | BTEL_001-0077298, 7381, 7608, 7618-20; FDIC-R-WCOR-10530-CNB-REF-2010-00043653_000002, 000003; FDIC-R-WCOR-10530-CNB-REP-2010-00043652_000001, 000015, 000020, 000024; FDIC-R-WCOR-10530-CNB-REP-2010-00045069_000003 - 000005; FDIC-R-WCOR-10530-CNB-REF-2010-00045070_000001 - 3, 000007 - 8, 000033 - 34, 000036 - 371; USER_001-40910122.xls |
| Disbursed via loan #5023768 – Indemnifiable – 480 Saunders Road | 3/18/2010 | 12091 | Evergreen Bank Group | No. 8209 | $400,000.00 | USER_001-0788757-173, 174; USER_001-1121338-4; USER_001-0762228-4; USER_001-1121338-1, 2; WFB8034-00018213-2; FDIC-R-WFB-LTH-00002307 | Same |
| Disbursed via loan #5023769 – Indemnifiable – 851 E. 63rd Place | 3/18/2010 | 12092/12093 | Evergreen Bank Group | No. 8201 | $320,000.00 | USER_001-0788757-175, 176; USER_001-1121338-5; USER_001-0762228-4; USER_001-1121338-1, 2; WFB8034-00018213-2; FDIC-R-WFB-LTH-00002300 | Same |
| Disbursed via loan #5022750 – Indemnifiable – 8511 E. 63rd Place | 3/18/2010 | 12093 | Evergreen Bank Group | No. 8205 | $180,000.00 | USER_001-0788757-177, 178; USER_001-1121338-6; USER_001-0762228-4; USER_001-1121338-1, 2; WFB8034-00018213-2; FDIC-R-WFB-LTH-00002321 | Same |
| Disbursed via loan #5023784 – Indemnifiable – 6411 S. Maryland | 3/18/2010 | 12093 | Evergreen Bank Group | No. 8205 | $200,000.00 | PNLBC_012-000011; USER_001-0765324-2; USER_001-0762633-87; USER_001-387i544-1; FDIC-R-WFB-LTH-00002257 | Same |
| Disbursed via loan #5023629 – Indemnifiable – 2648 W. Luther | 7/14/2011 | 12379 | Evergreen Bank Group | No. 8225 | $200,000.00 | PNLBC_012-000011; USER_001-0765339-1; USER_001-0762633-86; USER_001-387i545-1; FDIC-R-WFB-LTH-00002271 | BTEL_001-008717, 008796; FDIC-R-WCOR-10530-CNB-REP-2011-00087238_000002, 000025 |
| Disbursed via loan #5023653 – Indemnifiable – 4547 S. Union | 7/15/2011 | 12881 | Evergreen Bank Group | No. 8226 | $200,000.00 | FDIC-R-WFB-LTH-00002271 | BTEL_001-008717, 008796; FDIC-R-WCOR-10530-CNB-REP-2011-00087900_000002, 000082 |
| | | | | | $1,700,000.00 | | |

GOVERNMENT EXHIBIT 908

**GOVERNMENT EXHIBIT 910**

## Real Estate Taxes paid by WFB for the benefit of Robert Kowalski controlled properties

| Check Number | Date | Payee | Check Amount | Escrow? | Paid for Kowalski benefit | Lease Payment Assigned to: | Listed Borrower | Address of Property | PIN | Document Identification Numbers |
|---|---|---|---|---|---|---|---|---|---|---|
| 14490 | 2/5/2013 | David Orr Cook County Clerk/Kowalski | $2,984.19 | 18116-FOLIO0003-000003-16 | $2,984.19 | LN #22123 | Indemindable LLC | | 20-23-101-028-1002 | FDIC-R-WFJOR-10530-CNB-REF-2013-0000684E_000004; FDIC-A-WFJOR-10530-CNB-REF-2014-0007060A_000005; 0281482-20, FDIC-B-WFB1H+00001575 - 1575 |
| 14491 | 2/5/2013 | David Orr Cook County Clerk/Kowalski | $7,361.03 | | $7,361.03 | LN #22123 | Indemindable LLC | | 20-23-101-028-1003 | FDIC-R-WFJOR-10530-CNB-REF-2013-0000684E_000006; FDIC-A-WFJOR-10530-CNB-REF-2014-0007060A_000007; 0281482-6, FDIC-B-WFB1H+00001575 - 1575 |
| 14492 | 2/5/2013 | David Orr Cook County Clerk/Kowalski | $6,344.74 | | $6,344.74 | LN #22123 | Indemindable LLC | | 20-23-102-036-1001 | FDIC-R-WFJOR-10530-CNB-REF-2013-0000684E_000008; USER_001-12374131 to 16-JO_001-0004481; USER_001-12374131 to 16-JO_001-0004481, USER_001-; FDIC-B-WFB1H+00001575 - 1575 |
| 14493 | 2/5/2013 | David Orr Cook County Clerk/Kowalski | $4,773.63 | | $4,773.63 | LN #22123 | Indemindable LLC | 6423 Maryland Ave, unit 3 | 20-23-102-036-1002 | FDIC-R-WFJOR-10530-CNB-REF-2013-0000684E_000006; USER_001-12374131 to 16-JO_001-0004481L, USER_001-; 0281482-20, FDIC-B-WFB1H+00001570 - 1575 |
| 14494 | 2/5/2013 | David Orr Cook County Clerk/Kowalski | $4,601.54 | | $4,601.54 | LN #22123 | Indemindable LLC | 6442 S Maryland Ave, unit 2 | 20-23-102-036-1003 | USER_001-12374131 to 16-JO_001-0004481L, USER_001-; 0281482-20, FDIC-B-WFB1H+00001570 - 1575 |
| 13547 | 4/17/2013 | DAVID D ORR, COOK COUNTY CLERK / 5025630 INDOMITABLE, LLC | $18,408.93 | non-escrow | $18,408.93 | LN #22329 | Indemindable LLC | 6443 S Maryland Ave, unit 1 | 16-25-210-032-0000 | FDIC-A-WFJOR-10530-CNB-REF-2014-0005819-1; FDIC-B-WFB1H-000003342, FDIC-A-WFB1H-; 000002256 - 2262 |
| 13559 | 5/3/2013 | DAVID D ORR, COOK COUNTY CLERK / 01-0502363 INDOMITABLE, LLC | $248.00 | non-escrow | $248.00 | LN #22329 | Indemindable LLC | 2648 Luther Ave. | 16-25-210-032-0000 | FDIC-A-WFJOR-10530-CNB-REF-2014-0005819-1; FDIC-B-WFB1H-000003342, FDIC-A-WFB1H-; 000002256 - 2262 |
| 13553 | 5/3/2013 | DAVID D ORR, COOK COUNTY CLERK / INDOMITABLE | $17,409.12 | non-escrow | $17,409.12 | LN #23750 | Indemindable LLC | 2648 Luther Ave. | 20-23-101-048-1002 | FDIC-A-WFJOR-10530-CNB-REF-2013-0000054_000001; AB_J07-000531b, USER_001-0283715-6, FDIC-A-WFB1TH-; 000002300 - 2306 |
| 13554 | 5/30/2013 | DAVID D ORR, COOK COUNTY CLERK / INDOMITABLE | $18,767.63 | non-escrow | $18,767.63 | LN #23750 | Indemindable LLC | 8511 63rd Place | 20-23-101-048-1003 | FDIC-A-WFJOR-10530-CNB-REF-2013-0000054_000001; AB_J07-000531b, USER_001-0283715-6, FDIC-A-WFB1TH-; 000002300 - 2306 |
| 13555 | 8/30/2013 | DAVID D ORR, COOK COUNTY CLERK / INDOMITABLE | $17,857.11 | non-escrow | $17,857.11 | LN #23750 | Indemindable LLC | 8511 63rd Place | 20-23-101-049-1001 | FDIC-A-WFJOR-10530-CNB-REF-2013-0000054_000001; AB_J07-000531b, USER_001-0283715-7, FDIC-A-WFB1TH-; 000002280 - 2309 |
| 13556 | 8/30/2013 | DAVID D ORR, COOK COUNTY CLERK / INDOMITABLE | $45,658.48 | non-escrow | $45,658.48 | LN #23645 | Indemindable LLC | 2220 N Lockwood Ave. | 13-33-110-046-0000 | FDIC-A-WFJOR-10530-CNB-REF-2013-0000054_000002 & FDIC-A-WFJOR-10530-CNB-REF-2014-0007060A_000002; 000000216 - 2777 |
| 13562 | 9/4/2013 | DAVID D ORR, COOK COUNTY CLERK / 5025630 INDOMITABLE | $19,350.54 | non-escrow | $19,350.54 | LN #22952 | Indemindable LLC | 45475 Union Ave. | 20-04-320-017-0000 | AB_J07-000531a, USER_001-0283715-5, FDIC-A-WFB1TH-; 000002243 - 2277 |
| 13582 | 9/23/2013 | DAVID D ORR, COOK COUNTY CLERK PIORKUN | $17,143.19 | non-escrow | $17,143.19 | LN #25584 | Romero, Benito | 5N451 Rockwell | 19-12-419-026-0000 | FDIC-A-WFJOR-10530-CNB-REF-2013-0005819-3, FDIC-A-WFB1TH-; AB_J07-000442, USER_001-0597233-6, FDIC-A-WFB1TH-; 000013548_000005 |
| 13583 | 9/23/2013 | DAVID D ORR, COOK COUNTY CLERK PIORKUN | $15,189.52 | non-escrow | $15,189.52 | LN #23794 | Romero, Benito | 2547 W 59th St. | 19-13-404-000-0000 | FDIC-A-WFJOR-10530-CNB-REF-2013-0005819-3, FDIC-A-WFB1TH-; AB_J07-000442, USER_001-0597233-7, FDIC-A-WFB1TH-; 000013548_000005 |
| 13548 | 6/20/2014 | DAVID D ORR COOK COUNTY CLERK / KOWALSKI (Included in Bissell Properties Schedule) | $64,445.94 | | $21,481.64 | LN #23104 | Indemindable LLC | 1848 S Davisport Ave. | 14-32-425-042-0000 | AB_J07-000625i,USER_001-0382080-4 |
| | | (Included in Bissell Properties Schedule) | | 21081.65 | | LN #21923 | | 1746 N Bissell St. | 14-32-425-043-0000 | AB_J07-000625i,USER_001-0382080-4 |
| | | (Included in Bissell Properties Schedule) | | 21481.65 | | LN #21507 | | 1746 N Bissell St. | 14-32-425-000-0000 | AB_J07-000625i,USER_001-0382080-4 |
| 14021 | 8/7/2014 | DAVID D ORR, COOK COUNTY CLERK / 01-0502144 TRINITY V LLC | $29,595.66 | non-escrow | $29,595.66 | LN #22144 | Trinity V LLC | 1535 W Cermak | 17-19-428-050-1001 | FDIC-A-WFJOR-10530-CNB-REF-2014-0007060A_000005; 0283195-2, FDIC-A-WFB1H-00005471, FDIC-A-WFB1H-; 000013548_000133 - 2329 |

Real Estate Taxes

| Check Number | Date | Payee | Check Amount | Escrow? | Paid for Kowalski Benefit | Loan # Payment Assigned to: | Listed Borrower WF8926040033125 | Address of Property | PIN | Document Identification Numbers |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1816-FOLIE0003-000000 - 16 USER_001-653P31.xls | | | | | | |
| 14024 | 8/7/2024 | DAVID D ORR, COOK COUNTY CLERK / DL05021244 TRINITY V LLC | $9,777.02 | non-escrow | $9,777.02 | LN #23144 | Trinity V LLC | 1918 W Cermak | 17-19-426-051-1003 | FDIC-R-WFCtN-10535O-068-REF-2014-0000A-FDC_000005; AB_007-000664; FDIC-A-WFB-MRI-000585974; USER_001-000032; |
| 14025 | 8/7/2024 | DAVID D ORR, COOK COUNTY CLERK / 05022089 SOCIETY BUILDERS LLC | $9,289.55 | non-escrow | $9,289.55 | LN #23089 | Society Builders LLC | 1709-11 S Newberry | 17-20-406-012-1000 | 2382104; FDIC-A-WFB-MRI-000585971; USER_001-000032; |
| 14026 | 8/7/2024 | DAVID D ORR, COOK COUNTY CLERK / 05022089 SOCIETY BUILDERS LLC | $15,399.29 | non-escrow | $15,399.29 | LN #23089 | Society Builders LLC | 1709-11 S Newberry | 17-20-406-047-1001 | FDIC-R-WFCtN-10535O-068-REF-2014-0000A-FDC_000006; AB_007-000664; FDIC-A-WFB-MRI-000585971; USER_001-000032; |
| 14237 | 2/9/2015 | DAVID D ORR, COOK COUNTY CLERK / 503278-4 INDOMITABLE, LLC | $2,724.12 | non-escrow | $2,724.12 | LN #23794 | Indomitable LLC | 64115 Newberry | 17-20-406-047-1001 | FDIC-R-WFCtN-10535O-068-REF-2015-0000285C_000006; FDIC-A-WFCtN-10535O-068-REF-2015-0000285C_000006/ FDC; R-WFB-LTH-000003321 - 2327 |
| 14238 | 2/9/2015 | DAVID D ORR, COOK COUNTY CLERK / 503278-4 INDOMITABLE, LLC | $3,726.03 | non-escrow | $3,726.03 | LN #23794 | Indomitable LLC | 64115 Maryland | | FDIC-R-WFCtN-10535O-068-REF-2015-0000285C_000006/FDIC; R-WFB-LTH-000003321 - 2327 |
| 14239 | 2/9/2015 | DAVID D ORR, COOK COUNTY CLERK / 503278-4 INDOMITABLE, LLC | $3,641.74 | non-escrow | $3,641.74 | LN #23794 | Indomitable LLC | 64115 Maryland | | FDIC-R-WFCtN-10535O-068-REF-2015-0000715_000006; FDIC; R-WFB-LTH-000003321 - 2327 |
| Check Voided by WFB | 2/17/2015 | | -$2,724.12 | non-escrow | -$2,724.12 | | | | | FDIC-R-WFCtN-10535O-068-REF-2015-0000705_000006; FDIC; |
| Check Voided by WFB | 2/17/2015 | | -$3,726.03 | non-escrow | -$3,726.03 | | | | | FDIC-R-WFCtN-10535O-068-REF-2015-0000715_000006; FDIC; |
| Check Voided by WFB | 2/17/2015 | | -$3,641.60 | non-escrow | -$3,641.60 | | | | | FDIC-R-WFCtN-10535O-068-REF-2015-0000705_000006; |
| 14304 | 5/4/2015 | DAVID D ORR, COOK COUNTY CLERK / 503278-4 KOWALSKI | $6,816.20 | non-escrow | $6,816.20 | LN #23794 | Indomitable LLC | 20-35-306-040-1000 | | AB_007-000785; USER_001-6589735-1; FDIC-R-WFB-LTH-; FDIC-R-WFCtN-10535O-068-REF-2015-0000708C_000002; |
| 14305 | 5/4/2015 | DAVID D ORR, COOK COUNTY CLERK / 503278-4 KOWALSKI | $7,803.37 | non-escrow | $7,803.37 | LN #23794 | Indomitable LLC | 20-35-305-040-1000 | | FDIC-A-WFCtN-10535O-068-REF-2015-0000708C_000002/FDIC; AB_007-000785; USER_001-6589735-1; FDIC-R-WFB-LTH- |
| 14306 | 5/4/2015 | DAVID D ORR, COOK COUNTY CLERK / 503278-4 KOWALSKI | $7,701.58 | non-escrow | $7,701.58 | LN #23794 | Indomitable LLC | 20-35-305-069-1000 | | FDIC-A-WFCtN-10535O-068-REF-2015-0000708C_000002/FDIC; AB_007-000785; USER_001-6589735-1; FDIC-R-WFB-LTH- |
| 14442 | 9/15/2015 | David Orr Cook County Clerk/Market St. | $14,501.84 | | $14,501.84 | LN #22123 | "Market Street Properties" | 64423 Maryland | | FDIC-R-WFCtN-10535O-068-REF-2015-0002040_000002/FDIC; R-WFB-LTH-000003570 - 1575 |
| Check Voided by WFB | 9/18/2015 | | -$14,501.84 | | -$14,501.84 | | | | | FDIC-R-WFCtN-10535O-068-REF-2015-0002040_000002/FDIC; R-WFB-LTH-000003570 - 1575 |
| 14449 | 9/24/2015 | David Orr Cook County Clerk/Market St. | $4,416.07 | | $4,416.07 | LN #22123 | Market Street Properties | 64423 Maryland Ave. unit 1 | 20-35-102-028-1001 | AB_007-000776; USER_001-028714-2; FDIC-R-WFB-LTH-000003570 - 1575 |
| 14450 | 9/24/2015 | David Orr Cook County Clerk/Market St. | $4,416.07 | | $4,416.07 | LN #22123 | Market Street Properties | 64423 Maryland Ave., unit 2 | 20-35-102-028-1002 | FDIC-R-WFCtN-10535O-068-REF-2015-0000388_000007; AB_007-000776; USER_001-028714-2; FDIC-R-WFB-LTH- |
| 14452 | 9/24/2015 | David Orr Cook County Clerk/Market St. | $5,974.75 | | $5,974.75 | LN #22123 | Market Street Properties | 64423 Maryland Ave., unit 6 | 20-35-102-028-1006 | FDIC-R-WFCtN-10535O-068-REF-2015-0000408_000007; AB_007-000776; USER_001-028714-2; FDIC-R-WFB-LTH- 000003570 - 1575 |
| 14453 | 9/24/2015 | David Orr Cook County Clerk/Market St. | $5,313.81 | | $5,313.81 | LN #22123 | Market Street Properties | 64423 Maryland Ave., unit 7 | 20-35-102-028-1007 | AB_007-000776; USER_001-028714-2; FDIC-R-WFB-LTH-000003570 - 1575 |
| 14454 | 9/24/2015 | David Orr Cook County Clerk/Market St. | $4,210.41 | | $4,210.41 | LN #22123 | Market Street Properties | 64423 Maryland Ave., unit 8 | 20-35-102-028-1008 | AB_007-000776; USER_001-028714-2; FDIC-R-WFB-LTH-000003570 - 1575 |
| 14455 | 9/24/2015 | David Orr Cook County Clerk/Market St. | $7,098.26 | | $7,098.26 | LN #22123 | Market Street Properties | 64423 Maryland Ave., unit 5 | 20-35-102-028-1005 | AB_007-000776; USER_001-028714-2; FDIC-R-WFB-LTH-000003570 - 1575 |
| 14456 | 9/24/2015 | David Orr Cook County Clerk/Market St. | $6,446.76 | | $6,446.76 | LN #22123 | Market Street Properties | 64423 Maryland Ave., unit 4 | 20-35-102-028-1004 | 000003570 - 1575 |

| Check Number | Date | Payee | Check Amount | Escrow? | Paid for Kowalski Benefit | Loan # Payment Assigned to: | Listed Borrower | Address of Property | PIN | Document Identification Numbers |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | USER_001-653735.xls 38116-FOLD10000-000001 -16 | | | WB9DBM-0013873 | | | |
| 14609 | 1/12/2016 | DAVID D ORR, COOK COUNTY CLERK / 5021956-P NOKUN PROPERTIES LLC | $9,642.30 | non-escrow | $9,642.30 | LN #23360 | Maka Construction | 5307 W Leland | 13-16-113-039-1003 | FDIC-R-WC03-320510-ONR-REF-2016-00057416_000006/ AB_007-0008911-USER_001-0285973-1; FDIC-R-WDA-LTH- 0000280 - 2957 |
| 14613 | 1/12/2016 | DAVID D ORR, COOK COUNTY CLERK / 5022542-P NOKUN PROPERTIES LLC | $25,553.91 | non-escrow | $25,553.91 | LN #23542 | Republic Property Dev. | 11633 S Vincennes | 25-19-406-000-0000 | FDIC-R-WC03-320510-ONR-REF-2016-00057416_000006/ AB_007-0008911-USER_001-0285973-16; FDIC-R-WDA-LTH- 0002858 - 2735 |
| 14614 | 1/12/2016 | DAVID D ORR, COOK COUNTY CLERK / 5022514-P NOKUN PROPERTIES LLC | $13,326.04 | non-escrow | $13,326.04 | LN #23263 | Richard Spears | 1823 N Keeler | 13-34-412-023-0000 | FDIC-R-WC03-320510-ONR-REF-2016-00057416_000006/ AB_007-0008941-USER_001-0285973-16; FDIC-R-WDA-LTH- 0002867 - 0000 |
| 14622 | 1/15/2016 | DAVID D ORR, COOK COUNTY CLERK / 5022369-P NOKUN PROPERTIES LLC | $270.13 | non-escrow | $270.13 | LN #23263 | Richard Spears | 1823 N Keeler | 13-34-412-023-0000 | FDIC-R-WC03-320510-ONR-REF-2016-00054482_000005; AB_007-0008961-USER_001-0599384-1; FDIC-R-WDA-LTH- 0000336 - 1547 |
| 14656 | 1/27/2016 | DAVID D ORR, COOK COUNTY CLERK / 2106-2 NOKUN PROPERTIES LLC | $32,503.07 | non-escrow | $32,503.07 | LN #23062 | Richard Spears | 5301 W Leland | 13-16-113-040-0000 | FDIC-R-WC03-320510-ONR-REF-2016-00033135_000005; AB_007-0008991-USER_001-0599384-2; FDIC-R-WDA-LTH- 0000335 - 2547 |
| 14825 | 7/5/2016 | DAVID D ORR, COOK COUNTY CLERK / 5024050-9 INDOMITABLE | $8,135.69 | non-escrow | $8,135.69 | LN #24099 | Indomitable LLC | 1946 S Canalport Ave. | 17-21-317-026-0000 | FDIC-R-WC03-320510-ONR-REF-2016-00074648_000006/ AB_007-0008911-USER_001-0599384-6; FDIC-R-WDA-LTH- 0002278 - 2284 |
| 14826 | 7/5/2016 | DAVID D ORR, COOK COUNTY CLERK / 5020570-4 INDOMITABLE | $17,434.58 | non-escrow | $17,434.58 | LN #23679 | Indomitable LLC | 2228 N Mobile Ave. | 20-25-101-046-1001 | FDIC-R-WC03-320510-ONR-REF-2016-00074640_000006/ AB_007-0008911-USER_001-0599384-6; FDIC-R-WDA-LTH- 0001889 - 1878 |
| 14836 | 7/13/2016 | DAVID D ORR, COOK COUNTY CLERK / 5020570-4 | $9,651.33 | non-escrow | $9,651.33 | LN #23794 | Romero, Benito | 2547 W 39th | 19-13-404-005-0000 | FDIC-R-WC03-320510-ONR-REF-2016-00074640_000006/ AB_007-0008911-USER_001-0599384-6; FDIC-R-WDA-LTH- 0002483 - 2490 |
| 14837 | 7/13/2016 | DAVID D ORR, COOK COUNTY CLERK / 5022584 | $8,648.97 | non-escrow | $8,648.97 | LN #23584 | Romero, Benito | 2547 W 39th | 19-12-419-028-0000 | FDIC-R-WC03-320510-ONR-REF-2016-00077957_000006/ AB_007-0008911-USER_001-0599384-6; FDIC-R-WDA-LTH- 0002185 - 2311 |
| 14850 | 7/19/2016 | DAVID D ORR, COOK COUNTY CLERK / 5022089 SOCIETY BUILDERS | $2,359.36 | non-escrow | $2,359.36 | LN #22089 | Society Builders LLC | 1709-113 Newberry | 17-20-406-047-1001 | FDIC-R-WC03-320510-ONR-REF-2016-00077957_000006/ AB_007-0008911-USER_001-0040504-3; FDIC-R-WDA-LTH- 0002159 - 2111 |
| 14855 | 7/19/2016 | DAVID D ORR, COOK COUNTY CLERK / SOCIETY BUILDERS | $1,858.24 | non-escrow | $1,858.24 | LN #22089 | Society Builders LLC | 1709-113 Newberry | 17-20-406-012-0000 | FDIC-R-WC03-320510-ONR-REF-2016-00077957_000006/ AB_007-0008911-USER_001-0040504-2; FDIC-R-WDA-LTH- 0002108 - 2135 |
| 14856 | 7/19/2016 | DAVID D ORR, COOK COUNTY CLERK / 5022144 TRINITY LLC | $19,276.94 | non-escrow | $19,276.94 | LN #22144 | Trinity LLC | 1918 W Cermak | 17-19-426-050-1001 | FDIC-R-WC03-320510-ONR-REF-2016-00016107_000005; AB_007-0008911-USER_001-0283384-2; FDIC-R-WDA-LTH- 0002123 - 1228 |
| 15008 | 11/9/2016 | DAVID D ORR, COOK COUNTY CLERK / 5022585 P NOKUN PROPERTIES LLC | $7,041.70 | non-escrow | $7,041.70 | LN #23235 | Richard Spears | 6522 S Ellis | 20-23-315-026-0000 | FDIC-R-WC03-320510-ONR-REF-2016-00061508_000005; AB_007-0008911-USER_001-0283384-2; FDIC-R-WDA-LTH- 0002838 - 1837 |
| 15125 | 2/7/2017 | DAVID D ORR, COOK COUNTY CLERK / KOWALSKI | $23,364.18 | non-escrow | $23,364.18 | LN #24099 | Indomitable LLC | 1946 S Canalport Ave. | 17-21-317-095-0000 | FDIC-R-WC03-320510-ONR-REF-2017-00083752_000001/ FDIC-R-WDA-LTH-0002382 - 2387 |
| 15227 | 5/19/2017 | DAVID D ORR, COOK COUNTY CLERK / 5021680-7 INDOMITABLE LLC | $4,501.58 | non-escrow | $4,501.58 | LN #23687 | Indomitable LLC | 851 E 83rd Place | 20-35-101-046-1001 | FDIC-R-WC03-320510-ONR-REF-2017-00083756_000005/ R-WFA-AB00-001680 -1471-1; AB_007-001070_18071- CHECK VOUCHERS MAY 2017-000001-32; FDIC-R-WDA-LTH- 0002285 - 2291 |
| 15228 | 5/19/2017 | DAVID D ORR, COOK COUNTY CLERK / 5023687 INDOMITABLE LLC | $5,896.64 | non-escrow | $5,896.64 | LN #23687 | Indomitable LLC | 851 E 83rd Place | 20-35-101-046-1002 | FDIC-R-WC03-320510-ONR-REF-2017-00083756_000005/ R-WFA-AB00-0014680 -15469; AB_007-001070_18071- CHECK VOUCHERS MAY 2017-000001-34; FDIC-R-WDA-LTH- 0002285 - 2293 |
| 15229 | 5/19/2017 | DAVID D ORR, COOK COUNTY CLERK / 5023750 INDOMITABLE LLC | $14,112.88 | non-escrow | $14,112.88 | LN #23750 | Indomitable LLC | 851 E 83rd Place | 20-23-101-046-1003 | FDIC-R-WC03-320510-ONR-REF-2017-00083754_000005/ FDIC-R-WDA-LTH-0002200 - 2306 |

Real Estate Taxes



X [Wiggens v. Estelle 681 F2d 266 (5th Cir 1982)
Court appointed counsel was never meant to be an albatross tied around a defendants neck.

(But while the presence of SB Counsel may be forced upon a defendant, his aid may NOT.

But like any other tool, he may be used or not used.
afforded a genuine opportunity to help conduct his defense)

SPECTACLE

Const right to fair trial

Defendant had no lawyer the adversary process becomes presumptively unreliable.

The proper role of SB counsel is quite limited
McKaskle

X (SB Counsel was ineffective. As such he "high jacked" the defense of the case from a defendant.

18 USC 3553 Com } NADA - ↗ ASKED F

(17)

[what were contrived as protections for the accused should not be turned into fetters

Faretta v. Cal 422 US 806 (1975)

RANK INJUSTICE distort or ignore fundamental const right

~~imprisoned a man~~
is to imprison a man in his privelages

EXHIBIT "B"

Washington Federal Bank for Savings
2869 South Archer Ave
Chicago, IL 60608
(773) 254-3422

Account Snapshot

12/18/2017
STO53000

| Branch: | 1 - Archer Branch |
| Phone: | (773) 254-3422 |
| Fax: | (773) 254-6022 |

Date: 12/18/2017
Period: 03/31/2008 to 12/15/2017
3547 (Days)

William A Kowalski
918 S Vine St
Hinsdale, IL 60521-4549

Personal Banker: Cathy Torres

---

**ACCOUNT #: ML - 50105022178**   1-4 Single Family Residence
7508 WEST 64TH STREET/

Transaction Information

| Effective Date | Entered Date | CK # | Description | Amount | Balance |
|---|---|---|---|---|---|
| | | | | | $180,000.00 |
| 3/31/2008 | 3/31/2008 | | New Account | | |
| | | | Principal: | $180,000.00 | |
| | | | Total: | $180,000.00 | |
| 3/31/2008 | 3/31/2008 | | Principal Only Disburse | | $200,000.00 |
| | | | Principal: | $20,000.00 | |
| | | | Total: | $20,000.00 | |
| 3/31/2008 | 3/31/2008 | | Principal Only Receipt | | $160,000.00 |
| | | | Principal: | $40,000.00 | |
| | | | Total: | $40,000.00 | |
| 3/31/2008 | 3/31/2008 | | Adjust Level Payment | | $160,000.00 |
| | | | Interest: | $33.75 | |
| | | | Total: | $33.75 | |
| 5/14/2008 | 5/14/2008 | | Principal Only Disburse | | $731,472.08 |
| | | | Principal: | $571,472.08 | |
| | | | Total: | $571,472.08 | |
| 5/31/2008 | 5/31/2008 | | Normal Payment | | $731,472.08 |
| | | | Interest: | $900.00 | |
| | | | Total: | $900.00 | |
| 6/30/2008 | 6/30/2008 | | Normal Payment | | $731,472.08 |
| | | | Interest: | $4,114.53 | |
| | | | Total: | $4,114.53 | |
| 7/31/2008 | 7/31/2008 | | Normal Payment | | $731,472.08 |
| | | | Interest: | $4,114.53 | |
| | | | Total: | $4,114.53 | |
| 9/2/2008 | 9/2/2008 | | Normal Payment | | $731,472.08 |
| | | | Interest: | $4,114.53 | |
| | | | Total: | $4,114.53 | |
| 9/30/2008 | 9/30/2008 | | Normal Payment | | $731,472.08 |
| | | | Interest: | $4,114.53 | |
| | | | Total: | $4,114.53 | |
| 10/31/2008 | 10/31/2008 | | Normal Payment | | $731,472.08 |
| | | | Interest: | $4,114.53 | |
| | | | Total: | $4,114.53 | |
| 12/3/2008 | 12/3/2008 | | Normal Payment | | $731,472.08 |
| | | | Interest: | $4,114.53 | |
| | | | Total: | $4,114.53 | |

Page: 1

EXHIBIT C

CONFIDENTIAL

FDIC-R-WFB-LTH-00002129

②

in fact
didn't
marsha
Boat

( ) Changed Customers Name

Robert M Kowalski  2918 S Wentworth Ave Chicago, IL 60616

| Loan Number | Loan Balance | Property Address |
|---|---|---|
| 15631 | $ 637,219.63 | 1512 W Polk Chicago, IL 60607 |
| 18362 | $2,758,530.97 | 833 W Fulton Chicago, IL 60607 |
| 18370 | $2,733,572.51 | 857 W Fulton Chicago, IL 60607 |

Piorun Properties  2918 S Wenworth Ave Chicago, IL 60616

| Loan Number | Loan Balance | Property Address | |
|---|---|---|---|
| 20676 | $560,965.56 | 5447 W Leland Chicago, IL 60630 | SOLD 2009 |
| 21062      (Spears) | $539,407.78 | 5301 W Leland Chicago, IL 60630 | |
| 21907 | $839,267.86 | 1748 N Bissell Chicago, IL 60630 | |
| 1019597      (Drozd) | $162,827.27 | 027 S Chicago New Buffalo MI 49117 | |
| 03001768      (B Romero) | $182,026.90 | 2547 W 59th St Chicago, IL 60629 | |
| 05020794      (B Romero) | $193,339.33 | 2547 W 59th St Chicago, IL 60629 | |
| 05021944 (LaSalvia) | $106,728.68 | 2325 W Ohio Chicago, IL 60612 | |
| 05022322 (Espana) | $550,672.38 | 6232 N Keating Chicago, IL 60646 | SOLD |
| 05022542      (Republic) | $326,791.47 | 11613 S Vincennes Chicago, IL 60643 | |
| 05022550      (Republic) | $314,210.92 | 11611 S Vincennes Chicago, IL 60643 | |
| 05022584      (B Romero) | $193,280.64 | 5340 S Rockwell Chicago, IL 60632 | |
| 05022673 (Espana) | $513,355.14 | 6234 N Keating Chicago, IL 60646 | SOLD 2012 |
| 05022801      (E Navarro) | $418,219.82 | 2712-14 W North Ave Chicago, IL 60647 | |
| 05022835 | $650,629.62 | 2943 W Jarvis Chicago, IL 60645 | SOLD 2010 |
| 05023255 (Spears) | $347,482.54 | 6522 S Ellis Chicago, IL 60637 | |
| 05023263 (Spears) | $210,379.03 | 1823 N Keeler Chicago, IL | |
| 05023742      (Perry & Perry) | $570,452.89 | 6806 S LaFayette Chicago, IL 60621 | |
| 05024235 | $788,478.22 | 1738 N Bissell St Chicago, IL 60614 | SOLD 2011 |
| 05024439  (Spears) | $135,392.69 | 6522 S Ellis Chicago, IL 60637 | |
| 08001682      (Drozd) | $170,271.76 | 027 S Chicago St New Buffalo MI 49117 | |
| 05020184      (Padilla) | $151,876.12 | 958 Brassfield Ave Romeoville, IL 60446 | |
| 08001802      (Padilla) | $181,982.80 | 958 Brassfield Ave Romeoville, IL 60446 | |

EXHIBIT 19

22
17



GOVERNMENT
EXHIBIT

33

( ) Changed Customers Name

*Loan Balwe*

*whow?*

### Indomitable 2918 S Wenworth Chicago, IL 60616

| Loan Number | Loan Balance | Property Address |
|---|---|---|
| 21892 | $779,072.38 | 1742 N Bissell St Chicago, IL 60614 |
| 05023603 | $479,409.24 | 6555 S Greenwood Ave #1 Chicago, IL 60637 |
| 05023629 | $313,826.24 | 2648 W Luther Ave Chicago, IL 60608 |
| 05023645 | $454,827.14 | 2120 N Lockwood Ave Chicago, IL 60639 |
| 05023653 | $323,309.88 | 4547 S Union Ave Chicago, IL 60609 |
| 05023679 | $402,469.39 | 2128 N Mobile Ave Chicago, IL 60639 |
| 05023687 | $558,990.18 | 851 E 63rd Pl Chicago, IL 60637 |
| 05023750 | $358,082.96 | 851 E 63rd Pl Chicago, IL 60637 |
| 05023768 | $858,936.40 | 480 Saunders Blvd Lake Forest, IL 60045 |
| 05023776 | $858,997.02 | 3693 Leonard Wood East Highland Park, IL 60035 |
| 05023784 | $551,596.23 | 6411 S Maryland Chicago, IL 60637 |
| 05024099 | $339,550.00 | 1946 S Canalport Ave Chicago, IL 60616 |
| 05024104 | $311,750.00 | 1948 S Canalport Ave Chicago, IL 60616 |
| 05024528 | $834,994.34 | 801 W Fulton Chicago, IL 60607 |

### Inflexible 2918 S Wenworth Ave Chicago, IL 60616

| Loan Number | Loan Balance | Property Address |
|---|---|---|
| 05022657 | $971,397.41 | 809 W Fulton Market Street Chicago, IL 60607 |

### Invincible LLC 2918 S Wenworth Ave Chicago, IL 60616

| Loan Number | Loan Balance | Property Address |
|---|---|---|
| 21923 | $741,935.15 | 1746 N Bissell St Chicago, IL 60614 |
| 05022665 | $971,236.53 | 811 W Fulton Market Street Chicago, IL 60607 |

17



FOREVER / USA

$1.50 0
US POSTAGE
FIRST-CLASS
062S001495050S
FROM 60901

ROBERT M. KOWALSKI
#499069
Jerome Combs Detention Center
3050 Justice Way
Kankakee, Illinois 60901

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

219 South DEARBORN STREET

CHICAGO, ILLINOIS

60604318002005

Legal Mail

Legal Mail

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

This Correspondence is from
a detainee from:
Jerome Combs Detention Center
3050 Justice Way
Kankakee, IL 60901

12/18/2023-7