UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

United States of America )
)
v. ) No. 19 CR 226
)
)
Robert M. Kowalski, )
defendant ) Judge Virginia M. Kendall

FILED
JAN 11 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION TO REQUEST EXPERT ASSISTANCE

Now Comes Robert M. Kowalski, (ROBERT), for his motion to request expert assistance of a real estate appraiser, forensic accountant, and real estate mortgage law expert pursuant to 18 U.S.C § 3006(A) and Fourteenth Amendment states as follows:

A reasonable estimate of the complex loss can not be ascertained without competent expert testimony. This court cannot assess responsibility nor appreciate Robert's role in the Washington federal loss without expert testimony.

### A.) REAL ESTATE APPRAISER

Robert pledged the following twenty-two properties to secure his indebtedness to Washington Federal Bank. Goss holds that where a defendant was convicted of mortgage fraud, the appropriate loss calculation was the actual loss, taking into account the FAIR MARKET VALUE of collateral

## DEED IN LIEU SPECIALIST

c.) Robert requests a mortgage loan specialist to discuss the mechanics and practical aspects of a deed in lieu transaction in Illinois

d.) Robert requests a complete set of government discovery material

e.) Unmonitored telephone access to contact witnesses directly from his own cell free of monetary restrictions

f.) A videoconferencing program to contact investigators and standby counsel

G.) Law Library Access

H.) Printing and ability to receive copies made from materials

Wherefore Robert respectfully requests the court enter an order providing the foregoing.

Respectfully Submitted

Robert M. Kowalski

ROBERT M KOWALSKI

#499069

Jerome Combs Detention Center

3050 Justice Way

Kankakee, Illinois 60901

pledged by the defendant to the victim. Therefore, Robert requires a qualified appraiser to determine the value of his considerable collateral.

1.) 7508 West 64th Street
2.) 1742 N. Bissell
3.) 3693 Leonard Wood
4.) 1746 N. Bissell
5.) 851 E 63rd Place
6.) 1748 N. Bissell
7.) 6411 S. Maryland
8.) 6500 S. Drexel
9.) 4547 S. Union
10.) 1843 S. May
11.) 6555 S. Greenwood
12.) 6442 S. Maryland
13.) 4041 S. Calumet
14.) 6835 S. Merrill
15.) 4126 S. Calumet
16.) 1946 S. Canalport
17.) 2120 N. Lockwood
18.) 1948 S. Canalport
19.) 2648 W Luther
20.) 7305 W. 64th Street
21.) 480 Saunders
22.) 7321 W 64th Street

These above properties were tendered as additional collateral. Some were new construction mortgages that should have been free and clear of any WFB mortgage. In a case involving collateral pledged or otherwise provided by the defendant, loss shall be <u>REDUCED</u> by "the fair market value of the collateral at the time of sentencing. USSG § 2B1.1. Once the value of the above real estate is factored back into the equation. Because Robert intended to pay back the loans he intended no loss, consequently the government suffered no actual loss.

## B.) FORENSIC ACCOUNTANT

Robert participated in Deed of Foreclosure work upon distressed WFB properties that required considerable improvement. WFB and Robert expended funds to restore the viability of these properties for sale.

1.) 3219 S. Lituanica Ave
2.) 1711 S. Newberry Ave
3.) 4321 S. Wolcott Ave
4.) 1713 S. Newberry #1 Ave
5.) 5447 W Leland Ave
6) 8707 Ridge Road
7.) 5449 W. Leland Ave
8) 2242 W. Cermak Rd
9.) 6231 N. Whipple Ave
10) 2547 W. 59th Street
11.) 6233 N. Whipple Ave
12) 5340 S. Rockwell Ave
13) 5301 W Leland Ave
14) 7722 S. Linder Ave
15) 5307 W Leland Ave #1
16) 1700 S. Des Plaines St
17) 2712 W North Ave
18) 11611 S. Vincennes Ave
19) 2714 W North Ave
20) 11613 S. Vincennes Ave
21) 817 W Fulton Market
22.) 6522 S. Ellis Ave
23) 819 W Fulton Market
24) 1831 S. Keeler Ave
25) 6232 N. Keating Ave
26) 3508 S. Wallace Ave
27) 6234 N. Keating Ave
28.) 939 W. 37th Street
29.) 19313 S. Traemore Lane
30) 15900 S. Springfield Ave
31.) 14470 S. Kostner Ave
32.) 2425 West Winona Ave
33.) Home Country Club Hills
34.) Home Chicago Heights
34.) 1918 West Cermak #1 Road
35.) 1918 W Cermak #3 Road

Funds received to improve WFB properties did not benefit Robert. These were merely an expense to WFB. An accountant is needed to reconcile these amounts.