FILED
4/1/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
MCP
MR

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 19 CR 226 |
| ) | |
| ROBERT M. KOWALSKI, ) | |
| defendant ) | |

## MOTION TO COMPEL SPECIFIC INFORMATION

Now Comes Robert M. Kowalski, (ROBERT), for his motion to compel specific information pursuant to Due Process Protections Act of 2020, Brady v. Maryland, 373 U.S. 83 (1963), Napue v. Illinois, 360 U.S. 264 (1959), Fed R Crim Pro 16, due process clause of fifth Amendment, and Faretta Right of the Sixth Amendment states as follows:

The government has been kind enough to furnish defense: one (1) box loaded with largely irrelevant discovery material, along with one (1) CD loaded with the same limited material. In order to demonstrate their obstensible compliance with their special duties as a prosecutor. However, the material urgently required to prepare for a fair sentencing is SORELY lacking. Accordingly, Robert requests loan snapshot histories for each of his twenty-two (22) collateral properties, (See Exhibit A). Also for the thirty five (35) formerly distressed OREO properties Robert restored to viability. (See Exhibit B).

The urgent need for this is critical. For there is a fundamental misunderstanding that courses through, as a main theme through this proceeding. It is a mistake that has often been repeated and compounded. Analyst Lexby's summary government trial exhibits neatly sidestepped this issue. While an excited FDIC Agent Evans simply referred to it as "FREE MONEY". But each characterization is flawed. Every single account history starts with a new account "acquisition credit", as if Washington Federal Bank (WFB) had actually disbursed money. When of course, fraudulent WFB through its accounting maneuvers did no such thing!

## FLAWED ACCOUNTING MOVES CONVICTION

This pivotal loss calculation issue is neatly framed by the juxtaposition of account snapshot of Loan No 21892 and government exhibit 900, both pertain to 1742 N. Bissell St. (See Exhibit C). The snapshot begins with a beginning balance of $590,000. Then credits the loan with an additional $152,861.$^{13}$ for what Analyst Lexby's statements later identified as "transferring Bissell/Willow land cost loans". Elaborating further, he ferreted out from the snapshot "Journal Entries" that only equaled $88,764.$^{91}$. This however, makes no sense in the overall context of construction financing. These Bissell Street custom homes cost considerably more than this paltry sum to build. Which means that other legitimate construction expenses are buried deep somewhere in analyst Lexby's charts, government trial exhibits No. 914 and No. 916. Construction loans are advanced incrementally, not in a lump sum at the beginning. Consequently, "Bob the Builder"

(ROBERT) has been busted by the feds, convicted for homebuilding.

Accordingly, Robert would request confirmation (proof) of such new account advances or a means to locate same in the labyrinthine that WFB altered records represents. The foregoing issue is replicated universally across all twenty two (22) of Robert's construction or collateral mortgages. Conversely, the prosecution could simply stipulate that these beginning loan balances were never advanced, as none indeed were ever funded. Without this vital information Robert cannot contest the loss calculation adequately.

It is indisputable that Robert has the right to be convicted and sentenced on the basis of true and accurate information. Including the right to contest the facts relied upon by the court and to question the proceedings. Our society closed its debtor's prisons eons ago. United States v. Big Crow, 327 F3d 685 (8th Cir 2003). The Seventh Circuit observed that sloppy or mediocre financial and accounting evaluation upon which a conviction is obtained can be the genesis for reversal. United States v. Smith, 890 F2d 711 (5th Cir 1989); quoting United States v. Achilli, 234 F2d 797 (7th Cir 1956).

Wherefore, Robert respectfully requests the foregoing material will be ordered provided.

Respectfully Submitted,

*Robert M. Kowalski*
ROBERT M. KOWALSKI
#499069
Jerome Combs Detention Center
3050 Justice Way
Kankakee, Illinois 60901

# KOWALSKI PROPERTY USED AS COLLATERAL

1.) 1742 N. Bissell Street, Chicago
2.) 1746 N. Bissell Street, Chicago
3.) 1748 N. Bissell Street, Chicago
4.) 480 Saunders Road, Lake Forest
5.) 1843 S. May Street, Chicago
6.) 4041 S. Calumet Avenue, Chicago
7.) 4126 S. Calumet Avenue, Chicago
8.) 6442 S. Maryland Avenue, Chicago
9.) 7508 W. 64th Street, Summit
10.) 7318 W. 64th Street, Summit
11.) 6500 S. Drexel Avenue, Chicago
12.) 6555 S. Greenwood Avenue, Chicago
13.) 853 E 63rd Place, Chicago
14.) 4547 S. Union Street, Chicago
15.) 2648 W. Luther Avenue, Chicago
16.) 6411 S. Maryland Avenue, Chicago
17.) 6835 S. Merrill Avenue, Chicago
18.) 2128 N. Mobile Avenue, Chicago
19.) 2120 N. Lockwood Avenue, Chicago
20.) 3693 Leonard Wood, Highland Park
21.) 1946 S. Canalport Avenue, Chicago
22.) 1948 S. Canalport Avenue, Chicago

EXHIBIT A

# FORMERLY DISTRESSED WASHINGTON OREO PROPERTIES

1.) 3219 S. Lituanica Avenue, Chicago
2.) 1711 S. Newberry Avenue, Chicago
3.) 4321 S. Wolcott Avenue, Chicago
4.) 1707 S. Newberry Avenue, Chicago
5.) 5447 W. Leland Avenue, Chicago
6.) 5449 W. Leland Avenue, Chicago
7.) 8737 West Ridge Road, River Grove, IL
8.) 2242 W. Cermak Road, Chicago
9.) 6031 N. Whipple Avenue, Chicago
10.) 6033 N. Whipple Avenue, Chicago
11.) 2547 W. 59th Street, Chicago
12.) 5340 S. Rockwell Avenue, Chicago
13.) 5301 W. Leland Avenue, Chicago
14.) 7722 S. Linder Avenue, Chicago
15.) 5307 W. Leland Avenue, Chicago
16.) 1700 S. Des Plaines Avenue, Chicago
17.) 2712 W. North Avenue, Chicago
18.) 2714 W. North Avenue, Chicago
19.) 11611 S. Vincennes Avenue, Chicago
20.) 11613 S. Vincennes Avenue, Chicago
21.) 817 W. Fulton Market Street, Chicago
22.) 819 W. Fulton Market Street, Chicago
23.) 6522 S. Ellis Avenue, Chicago
24.) 1823 N. Keeler Avenue, Chicago
25.) 4111 W. 187th Place, Country Club Hills
26.) 6232 N. Keating Avenue, Chicago
27.) 6234 N. Keating Avenue, Chicago
28.) 939 W. 37th Street, Chicago,

EXHIBIT B

29.) 19430 Tramore Avenue, Mokena
30.) 15900 S. Springfield Avenue, Oak Forest
31.) 14401 S. Kostner Avenue, Midlothian
32.) 2425 W. Winona Avenue, Chicago
33.) 1918 West Cermak #1, Road, Chicago
34.) 1918 West Cermak #3, Road, Chicago
35.)                          , Chicago Heights

Robert M. Kowalski
#499069
Jerome Combs Detention Center
3050 Justice Way
Kankakee, Illinois 60901



CHAMPAIGN IL 618
27 MAR 2024 PM 5 L

FOREVER / USA

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219. SOUTH DEARBORN STREET
CHICAGO, ILLINOIS
60604

60604-180099

Legal mail

Legal mail



04/01/2024-9



FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT 

© USPS 2022