UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 19 CR 226-1 |
| v. | Judge Virginia M. Kendall |
| ROBERT M. KOWALSKI | |

## GOVERNMENT'S STATUS REPORT REGARDING DISCOVERY TO DEFENDANT ROBERT M. KOWALSKI

The UNITED STATES OF AMERICA, through MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby provides this Court with the government's status report regarding discovery produced to defendant Robert M. Kowalski.

At the last hearing on April 23, 2024, defendant Kowalski requested that the government produce to him documents seized during a search of two storage units in May 2019. After defendant's request, the government reviewed the hard drive provided to him in March 2024 to verify that defendant had copies of all of the documents from the boxes/storage containers. As set forth below, the government identified documents within 4 boxes that, while previously made available to defendant for his inspection, were inadvertently not produced to defendant in PDF format. Those documents have now been produced to defendant in PDF format.

1

## Background of the May 2019 Search Materials

During a May 2019 search of two storage units[1], approximately sixty boxes/storage containers[2] ("boxes") were seized, though some of the boxes contained items other than documents, such as keys and office supplies.

On October 6, 2022, during a status hearing, the government returned to defendant several boxes and cartons from the May 2019 search. *See* Tr. 10/6/22 at 917. The remaining seized materials continued in the government's possession.

## The Seized Items Were Made Available to Defendant

Prior to trial, defendant was repeatedly notified that the seized items were available for his review. *See. e.g.*, Dkt. 1201 at 16-17 (describing examples of offers made to defendant for review). While he was detained pretrial, the government offered to arrange for defendant to be brought to the United States Attorney's Office (USAO) to review records, including the items seized from May 2019. For example, the government offered to make arrangements for defendant to come to the USAO to review records on July 27, 2022, including so that defendant could "look at" the "physical records" gathered in the case. Tr. 7/20/22 at 45. However, defendant stated "I don't want to be here on the 27th." *Id*. at 50. At defendant's request, he was not brought to the USAO on July 27, 2022. *Id*. at 51.

---

[1] The contents of the storage units were searched pursuant to a search warrant (19 CR 229, May 23, 2019).
[2] Some of the seized storage containers were crates or other types of storage containers. For simplicity sake, the storage containers will be referred to as "boxes" in this status report as a shorthand for a storage container.

In August 2022, defendant was released from custody in order to prepare for trial. The government's offer to review records was re-extended to defendant during that time period, but he again declined to come to the USAO to review any records. For example, during the hearing on October 6, 2022, the boxes from the May 2019 search were specifically discussed. After the government returned some of the May 2019 boxes to defendant, the government stated the following:

> The invitation has been extended to Mr. Kowalski several times for us to sit down and go through any issues that he was having with discovery as well as the opportunity to come and inspect . . . items that we have. As the Court may know, many of these boxes [are] boxes that were kept [by the USAO], and we scanned and imaged and provided [them] to Mr. Kowalski, so those opportunities [for review] are available.

Tr. 10/6/22 at 11. Even after this status, defendant did not come to the USAO to review any of the records.

**The Government's Production of Scanned Images of the Seized Documents**

On April 28, 2021, the government produced to defendant a "collected items log" which contained general descriptions of the contents of each seized box/container. An example of one of the box descriptions is below:

```
(U) Box containing miscellaneous office supplies,
business cards, IL drivers license in the name of Robert
Kowalski, 2 computer games, handouts marked Green Slate
Institute, Kansas title and registration VIN
JTDBL40E39J052572 plate 574LAC, miscellaneous receipts,
Washington Savings and Loan account 001-09-0-400048-5
account statements 1991 - 1999, Washington Federal Bank
for Savings account 100248 account statements 1999 -
2012.
```

Additionally, the government undertook a project to scan and produce to defendant all of the documents that were seized on May 2019 as PDFs. This project was in excess of the government's discovery obligations because (1) the government had already made the boxes available for inspection and (2) the seized items include documents that do not fall under the government's discovery obligations, including things such as defendant's income tax returns from 1989 and 1990; a flyer for a toy drive; a portion of the March 13, 2005 "Home & Garden" section of the Chicago Tribune; and a recipe for Spicy Grilled Chicken Salad.

The scanned images were produced to defendant on a rolling basis in 2021 and 2022 as scanning was completed.

### The Government Identified Boxes/Containers that Were Inadvertently Not Produced in PDF Format

After defendant requested copies of all of the May 2019 documents at the last status, the government endeavored to put all of the scanned images on one flash drive for defendant, so they would all be in one place and easier for him to access. That flash drive was produced to defendant on May 2, 2024.

While creating that flash drive, the government identified a few boxes/storage containers that were inadvertently not previously produced to defendant in PDF Format.

A. **Box 33**: Box 33 was inadvertently not produced to defendant when a technological error caused the images to not properly export from the government's system. Box 33 was included on the index provided to defendant on 10/26/21 (see portion of index below), but defendant did not notify the government that the file was missing.

4

| RKBOX_031-000001 | RKBOX_031-000759 | 759 | TBD | Documents |
| RKBOX_032-000001 | RKBOX_032-002938 | 2,938 | TBD | Documents |
| RKBOX_033-000001 | RKBOX_033-005067 | 5,067 | TBD | Documents |
| RKBOX_034-000001 | RKBOX_034-001285 | 1,285 | TBD | Documents |

US v Robert Kowalski, 19 CR 226. Discovery 10-26-21 -Part 2a and 2b of 2.xlsx

The contents of Box 33 include real estate closing paperwork for a variety of properties, primarily from 2010-2017; utility bills; insurance-related documents; and various construction-related receipts. The index previously provided to defendant also identifies addresses related to the paperwork in this box:

```
(U) Box containing documents related to insurance
policies, 6500 S. Drexel, 1904 E. 79th St., 1837 W. 21st
St., 2450 W. Flournoy, 2647 W. 23rd Pl., 2852 W. 38th
St., 2013 W. 19th, 2237 W. 18th St., 2253 W. 19th St.,
2258 W. Cullerton, 2416 W. Arthington Ave., 2414 W.
Arthington Ave., 843 E. 65th St.
```

**B. Box 48:** Box 48 was inadvertently not produced to defendant when a technological error caused the images to not properly export from the government's system. Box 48 was included on the index provided to defendant on 10/26/21 (see portion of index below), but defendant did not notify the government that the file was missing.

| RKBOX_046-000001 | RKBOX_046-006173 | 6,173 | TBD | Documents |
| RKBOX_047-000001 | RKBOX_047-005653 | 5,653 | TBD | Documents |
| RKBOX_048-000001 | RKBOX_048-003488 | 3,488 | TBD | Documents |
| RKBOX_049-000001 | RKBOX_049-002636 | 2,636 | TBD | Documents |
| RKBOX_049-002637 | RKBOX_049-002651 | 15 | TBD | Documents |
| RKBOX_051-000001 | RKBOX_051-002739 | 2,739 | TBD | Documents |

The contents of Box 48 include various construction-related receipts and utility bills from the late 1990s and early 2000s, including bills and receipts related to the Fulton Market properties; records related to LaSalle Bank; and records related to Bobcat equipment. The previously-produced index also identifies property addresses referenced in this box:

```
(U) Box containing documents related to Fulton Market,
2943 S. Throop, 514 S. Oakley Blvd., 1999 purchase of
Bobcat loader.
```

**C. Box 12:** Part of Box 12 was inadvertently not produced to defendant. The images bates-labeled RKBOX_012-000001 to 000193 were produced previously (on June 22, 2021) but the images bates-labeled RKBOX_012-

000194 to 001158 were inadvertently not included in a subsequent production.

Box 12 includes several folders labeled with addresses, containing records related to rental units (leases, rent rolls, credit reports for prospective tenants, etc.). The previously-provided index lists the relevant properties:

> (U) Crate containing hanging folders marked as 2712 W. North Ave., 11613 S. Vincennes, 6806 S. Lafayette, 1823 N Keeler, and 6555 S. Greenwood.

**D. Box 13:** Box 13 was inadvertently not produced to defendant.

Box 13 did not contain many documents, less than 200 pages scanned. In Box 13 contains copies of defendant's 2006 tax return; a "Dads for Justice" flyer; printouts of pages referencing a sale of jetskis; and a copy of a 2006-07 lease for a unit in 845 Fulton Market. Box 13 was also described in the previously-produced index:

> (U) Crate containing 845 Fulton lease, blank labels, empty file folders, file labeled 2006 Robert Kowalski tax return, and one brown box which contains shirts, Dads for Justice document, and documents related to a Craigslist Seadoo sale

The flash drive provided to defendant on May 2, 2024 includes the scanned images from these four boxes, along with the other boxes which were produced both pretrial and again on the March 2024 hard drive.[3] The government also produced an identical flash drive to defendant's standby counsel.

---

[3] The flash drive produced May 2, 2024 also includes images of documents from the boxes that were produced to defendant pretrial by the government's filter team, which do not appear on the March 2024 hard drive. The government has confirmed with the filter team that it has now re-produced to defendant all of the discovery that was tendered to defendant pretrial.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:     *s/ Michelle Petersen*
        MICHELLE PETERSEN
        BRIAN P. NETOLS (SAUSA)
        JEFFREY SNELL
        Assistant United States Attorneys
        United States Attorney's Office
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-7655

Dated: May 6, 2024

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), that the Government's STATUS REPORT REGARDING DISCOVERY TO DEFENDANT ROBERT M. KOWALSKI will be mailed to the defendant at the Kankakee Detention Center on or before May 7, 2024.

**Robert Kowalski, USMS #53527-424**
Kankakee Detention Center
3050 South Justice Way
Kankakee, Illinois 60901

/s/ Michelle Petersen
MICHELLE PETERSEN
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-7655