# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 1, 2024

*By the Court:*

| No. 24-2028 | IN RE: <br> ROBERT M. KOWALSKI, <br> Petitioner |
|---|---|
| **Petition for Writ of Mandamus** ||
| District Court No: 1:19-cr-00226-1 <br> District Judge Virginia M. Kendall ||

The following is before the court:

1. **PETITION FOR WRIT OF MANDAMUS**, filed on June 14, 2024, by the pro se petitioner.

2. **MOTION TO APPEA IN FORMA PAUPERIS**, filed on June 24, 2024, by the pro se petitioner.

This petition for writ of mandamus appears to be identical to the petition filed in case no. 24-1399. Accordingly,

**IT IS ORDERED** that this petition is **DISMISSED** as duplicative.

**IT IS FURTHER ORDERED** that the motion to proceed in forma pauperis is **DENIED**.