**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **No. 19 CR 226** |
| | ) | **Judge Virginia Kendall** |
| **ROBERT KOWALSKI** | ) | |

## MOTION TO CONTINUE SENTENCING

NOW COMES the Defendant, ROBERT KOWALSKI, and submits the following Motion to Continue Sentencing, stating as follows:

1. Standby counsel has drafted the instant motion at the direction of Defendant Kowalski and, based on information provided during a conversation held on June 26, 2024, via Zoom and again on July 2, 2024 via telephone;

2. This matter is scheduled for sentencing on July 29, 2024, at 10:00 a.m.;

3. Robert Kowalski now seeks to continue the date of the sentencing hearing by forty-five (45) days in order to continue preparation for sentencing. Recent events have placed Mr. Kowalski at a significant disadvantage which requires additional time;

4. First and foremost, after receiving discovery from the government, which consisted of his personal files, he has now lost access to that discovery. (*See Dckt. #1459*) [1] Apparently, the discovery has been confiscated by authorities at Jerome Combs Detention Center because it may contain various documents which are considered contraband. Mr. Kowalski cannot access his files nor can he direct standby counsel as to which documents he wishes to be printed;

5. In addition, this Court has recently approved Mr. Kowalski's request for expert services. Because Mr. Kowalski cannot access his files, he is unable to share certain documents with his expert. As a result, said expert will need additional time to complete his work and subsequent report; [2]

---

[1] Defense counsel had arranged with the government for Mr. Kowalski's personal files to be extracted from previous disclosures which were far more voluminous. This was done to simplify his access to his personal files. Apparently, there were files contained within that disclosure which are considered contraband by the detention facility which had not been removed prior to being tendered.

[2] Standby counsel facilitated a telephone call on today's date between Mr. Kowalski and Appraiser Steve Albert

6. Finally, Mr. Kowalski has directed standby counsel to ask this Court to recommend that he be transferred to the Metropolitan Correctional Center in order to give him more access to standby counsel and because he believes he will have greater access to computers and other services there.

WHEREFORE the defendant, ROBERT KOWALSKI, requests that the July 29, 2024 date for sentencing be stricken and that his sentencing hearing be continued for forty-five (45) days.

Respectfully submitted,

By: /s/ *Jerry Bischoff*          ,
Jerry Bischoff, standby
counsel for
Robert Kowalski

Jerry Bischoff
Attorney at Law
35 E. Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 853-2167
Atty. #6197011

---

during which these issues were discussed.

**CERTIFICATE OF SERVICE**

       I hereby certify that foregoing Defendant ROBERT KOWALSKI's Motion to Continue was served on July 2, 2024, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                               **s/** *Jerry D. Bischoff*
                                               **JERRY BISCHOFF**
                                             35 East Wacker Drive, Suite 650
                                             Chicago, Illinois 60601
                                             (312) 853-2167