UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT M. KOWALSKI | No. 19 CR 226-1<br><br>Judge Virginia M. Kendall |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S EMERGENCY MOTION TO COMPEL**

The UNITED STATES OF AMERICA, through MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby provides this response to Defendant's Emergency Motion to Compel Brady Discovery Material (Dkt. 1459). This motion is moot because defendant now has access to the discovery at issue, and should be denied as moot.

On March 21, 2024, at the request of defendant, the government tendered to defendant a hard drive which reproduced to defendant the discovery that had been previously tendered to him. Dkt. 1371 at 1. On June 28, 2024, defendant filed an "Emergency Motion to Compel Brady Discovery Material." Dkt. 1459. In that motion, defendant stated that the March 2024 hard drive was seized by officials at the facility where defendant is detained pending trial, the Jerome Combs Detention Center (JCDC) in Kankakee. *Id.* at 1-2.

The government confirmed with JCDC officials that on June 19, 2024, defendant was allowed access to the law library computer at approximately 6:35 p.m. At approximately 6:45 p.m., JCDC officials noticed on the security camera that defendant appeared to be viewing pornographic images. JCDC provided to the

1

government a video clip that is approximately two-and-one-half minutes long; during that time period, defendant is reviewing a series of explicit images where womens' nude breasts are visible. During the video clip, defendant sometimes flips back and forth to see the same images multiple times. Screenshots of the security footage video are below (with explicit portions redacted):





Explicit images are contraband and are not allowed in the JCDC. Therefore, the JCDC officials took possession of the hard drive. Contrary to the defendant's claims, their confiscation of the hard drive was not done by JCDC officials in order to "suppress this material on behalf of the United States government." Dkt. 1459 at 2. Instead, it was done because defendant spent several minutes viewing pornographic, contraband images during his discovery review time, and he was not allowed to possess such materials in custody.

Upon receipt of the motion, the government asked JCDC to return the hard drive to the government, which occurred in early July 2024. The government then searched the hard drive to locate the explicit images. As explained below, the explicit images are attached to an email that defendant himself sent to a Washington Federal employee, using that employee's official Washington Federal email address.

The government identified the explicit images as a powerpoint entitled "YourHealth.pps" which contained numerous slides depicting explicit images of women. The powerpoint file was attached to an email sent by defendant to Individual A, the president of Washington Federal, on February 24, 2010, with a message "There are enough boobs in this email to feed every child in America. What a Country!!!" Defendant's email remained in the servers at Washington Federal, and was produced to defendant prior to trial along with all the other emails that he sent to Washington Federal. Those discovery productions were reproduced to defendant on the March 2024 hard drive.

Defendant's email and attachments were removed from the hard drive, along with copies of emails where Individual A forwarded to others the explicit powerpoint. An additional video file that was inoperable on the government's computers, but whose title suggested that it may contain explicit content, was also removed from the hard drive. The March 2024 hard drive was returned to defendant with those files removed[1], and it arrived at the JDDC on July 9, 2024.

During the time period that defendant did not have access to the hard drive, defendant maintained possession of his other discovery materials, including the following:

- A disc containing all of the government's trial exhibits, which was tendered to defendant in December 2023.

- A printed copy of the government's trial exhibits showing loss calculations (Exhibits 900 through 975), which were tendered to defendant January 25, 2024. *See* Dkt. 1336 at 4.

- A flash drive containing a number of Washington Federal loan files that were specifically requested by defendant, which was produced on February 1, 2024. Dkt. 1316. These files were also produced to defendant prior to trial, and were reproduced on this flash drive at his request. Dkt. 1317. The flash drive also contained a small amount of new discovery from the bankruptcy trustee related to funds that the bankruptcy trustee was able to recover from defendant's bankruptcy estate.

- A flash drive containing the contents of boxes seized during a May 2019 search, which was produced to defendant on May 2, 2024. Dkt. 1398.

- A disc containing information from the FDIC regarding the post-failure sales of various Washington Federal loans and associated rights to collateral, along reports from post-trial interviews of witnesses completed by the government, which was produced to defendant on May 14, 2024.

---

[1] Defendant was provided with an index listing the files that were removed and where they were located on his hard drive. Those files remain on standby counsel's hard drive.

Therefore, even without the hard drive, defendant had numerous materials to assist him in preparation for his upcoming sentencing hearing.

Because defendant's discovery hard drive has now been returned to him, defendant's motion to compel is moot and the government respectfully requests that the Court deny defendant's Emergency Motion to Compel Brady Discovery Material (Dkt. 1459).

    Respectfully submitted,

    MORRIS PASQUAL
    Acting United States Attorney

By:   *s/ Michelle Petersen*
    MICHELLE PETERSEN
    BRIAN P. NETOLS (SAUSA)
    JEFFREY SNELL
    KRISTIN PINKSTON
    Assistant United States Attorneys
    United States Attorney's Office
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-7655

Dated: July 12, 2024

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), that the Government's RESPONSE TO DEFENDANT'S EMERGENCY MOTION TO COMPEL will be mailed to the defendant at the Kankakee Detention Center on or before next business day following July 12, 2024.

/s/ *Michelle Petersen*
MICHELLE PETERSEN
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-7655