UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 19 CR 226 |
| ) | |
| ROBERT M. KOWALSKI, ) | |
| defendant ) | Judge Virginia M. Kendall |

## MOTION TO REQUEST SERVICES

Now Comes Robert M. Kowalski, (ROBERT), for his motion to request services of a forensic CPA accountant pursuant to the Criminal Justice Act 18 USC 3006(A), the due process clause of the fifth Amendment, and Sixth Amendment states as follows:

A defendant's right to self-representation plainly encompasses certain rights to have his voice heard. McKaskle v. Wiggins, 465 U.S. 168 (1984). Robert is a pro se indigent defendant. The Criminal Justice Act of 1964, having authorized the payment by the United States for the services that are necessary to the proper presentation of an indigent defendant's case at all stages in a criminal proceeding.

The loss calculation presents an IMMENSE issue at Robert's sentencing hearing. Where in view of the erroneous significant amount claimed, Robert faces

sentencing enhancements that may impose a sentence of 946 months. This represents a veritable life sentence. Calculation of a proper loss calculation is indeed troublesome. The records of failed Washington Federal Bank have been deemed <u>UNRELIABLE</u> and <u>ALTERED</u>. (See interim results of OCC audit of 12/5/17). Further, there is evidence that WFB engaged in accounting "<u>BIFURCATION</u>". That consists of an irregular method for initially accounting for the whole amount, 100% of a new construction loan as advanced as a beginning balance. But administering the accounting for such incremental construction draws within an entirely separate loan account elsewhere. Thus ostensibly doubling the amounts disbursed, as part of their fraud.

An accountant could best explain how and why WFB's vexatious practices do not conform with generally accepted accounting principles (G.A.A.P.). It is quite clear this double counting has arbitrarily inflated the amount of "<u>BENEFIT</u>" the government attributed to Robert.

Wherefore, Robert respectfully requests this court enter an order allowing the defense to secure the services of a certified public accountant (C.P.A.)

Respectfully Submitted

*Robert M. Kowalski*

ROBERT M. KOWALSKI

#499069

Jerome Combs Detention Center

3050 Justice Way, Kankakee, Illinois 60901