UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 19 CR 226 |
| | ) |
| ROBERT M. KOWALSKI, | ) |
| defendant | ) Judge Virginia M. Kendall |

FILED
AUG 12 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## OBJECTION TO ESTABLISHED SENTENCING DATE

Now Comes Robert M. Kowalski, (ROBERT), for his objection to sentencing date established pursuant to Fed Rule Crim Pro 32(e)(2), the due process clause of the Fifth Amendment and the Sixth Amendment states as follows:

On July 31, 2024; the U.S. Probation office disclosed its supplemental report. This substantively amended its prior presentence report. A probation office must disclose a presentence investigation report AT LEAST 35 days before sentencing. Fed R Crim Pro 32(e)(2). United States v. Stone, 2022 U.S App Lexis 30125 (7th Cir 2022).

Wherefore Robert respectfully requests that a new suitable sentencing date is established

Respectfully Submitted,

Robert M. Kowalski

ROBERT M. Kowalski #53527-424

MCC-Chicago
71 W. Van Buren, Chicago, IL 60605

ROBERT M. KOWALSKI
# 53527-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

CLERK OF THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 South Dearborn Street
Chicago, ILLINOIS
60604

60604-180099

Legal mail

Legal mail



METROPOLITAN CORRECTIONAL CENTER
71 W VAN BUREN ST, CHICAGO IL 606005
The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

AUG 07 2024

If the sender raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the sender's correspondence is forwarding to another addressee, please return the enclosure to the above address.