# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

September 9, 2024

To:  Thomas G. Bruton
     UNITED STATES DISTRICT COURT
     Northern District of Illinois
     Chicago, IL 60604-0000

| No. 24-1752 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>ROBERT M. KOWALSKI, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cr-00226-1<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                                           No record to be returned

This notice sent to:
[ ]  United States Probation Officer

form name: **c7_Mandate**    (form ID: **135**)