# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

January 8, 2025

Before

MICHAEL Y. SCUDDER, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| No. 24-2810 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>ROBERT M. KOWALSKI, Defendant - Appellant |
| No. 24-2840 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>ROBERT M. KOWALSKI, Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:19-cr-00226-1<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall ||

Upon consideration of the **MOTION FOR RELEASE PENDING APPEAL**, filed on December 16, 2024, by the pro se appellant,

**IT IS ORDERED** that the motion for release pending appeal is **DENIED**. *See* 18 U.S.C. § 3143(b).

form name: **c7_Order_3J**     (form ID: **177**)