# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## NOTICE OF ISSUANCE OF MANDATE

March 31, 2025

To:  Thomas G. Bruton
     UNITED STATES DISTRICT COURT
     Northern District of Illinois
     Chicago, IL 60604

|  | |
|---|---|
| No. 24-2840 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>ROBERT M. KOWALSKI,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:19-cr-00226-1 |
| Northern District of Illinois, Eastern Division |
| District Judge Virginia M. Kendall |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                                    No record to be returned

This notice sent to:
[ ] United States Probation Officer

form name: **c7_Mandate**    (form ID: **135**)