UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

**FILED**

**JUL 23 2025**

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>          plaintiff | ) | |
| | ) | |
| v. | ) | No. 19-Cr-226 |
| | ) | |
| ROBERT M. KOWALSKI,<br>          defendant | ) | Chief Judge Virginia M. Kendall |

## PETITION TO FORWARD PORTIONS OF RECORD

Now Comes, Robert M. Kowalski, (Robert), for his Petition to forward portions of the record pursuant to Fed R App Proc 11(e)(1), the due process clause of the Fifth Amendment, and Sixth Amendment states as follows:

This petition is submitted under the authority of Fed App Proc 11(e)(1); which states that "a party may at any time during the appeal request that designated parts of the record be forwarded. Accordingly, Robert requestes that you transmit, forthwith, the following portions of the record on appeal at FCI-Thomson:

1.) All transcripts previously prepated from trial and hearings in this cause.

2.) All motions and other responsive pleadings filed by all parties.

3.) All orders entered by the District Court herein.

4.) All trial exhibits

5.) All materialy that commonly forms the Record on Appeal.

Wherefore, Robert respectfully requests this court enter an order that directs the District Court Clerk to forward the foregoing parts of the record on appeal.

Respectfully Submitted,

Robert M. Kowalski
#53527-424, FCI-THOMSON, P.O. Box 1002, Thomson, Il 61285

53527-424
Robert Kowalski
PO BOX 1002
Thomson, IL 61285
United States

QUAD CITIES IL P&DF
IL 612 1 T
17 JUL 2025    PM

**AUSP Thomson**

JUL 15 2025

Received in CSD

CLERK OF:
THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

RECEIVED

JUL 23 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



07/23/2025-30

LEGAL MAIL

6060431800

LeGAL MAIL